# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

                                                     Index Number

ARTHUR BALDER, Plaintiff,                   **656451/2022**

- against -

                                              **AFFIDAVIT OF SERVICE**

                                              **OF INITIATING PAPERS**

SUSAN SARANDON,     Defendant.

STATE OF NEW YORK

COUNTY OF NEW YORK:

I, BELLA JAZMIN DE LA GUIA DUARTE, being duly sworn, depose and say:

I am over 18 years of age and am not a party to this case.

I reside at 264 9th St, Jersey City NJ 07302, USA.

Personal Service, Substituted Service, CPLR 308, has been attempted at **the defendant's last known address: 147 West 15th Street, Suite 108, New York, NY, 10011.**

I attempted Personal Service, Substituted Service Step 1, at last known domicile of the defendant, **147 West 15th Street, Suite 108, New York, NY, 10011,** on June 1, 2022, at 16:40 PM, and on the same day at 17:14 PM. It was unsuccessful since nobody answered the street ringer.

I also enclosed a copy of the above papers in a postpaid, sealed envelope properly addressed to defendant's residence, located at **147 West 15th Street, Suite 108, New York, NY, 10011,** and I deposited the envelope in a post office depository under the exclusive care and custody of the United States Postal Service.

I attempted Personal Service, Substituted Service Step 2, mailing the papers by USPS Priority Mail to last known domicile of the defendant, **147 West 15th Street, Suite 108, New York, NY, 10011,** on June 3, 2022, with Tracking Number: 9505515425392154112782. The USPS Tracking Service shows result: "item was delivered in or at the mailbox at 2:43 pm on June 9, 2022 in NEW YORK, NY 10011 See **EXHIBIT 1, Receipt of tracking number, and USPS tracking number online proof of successful delivery in New York City.**

Additionally, Personal Service, Substituted Service, CPLR 308, has been successfully attempted at **the defendant's designated place of business and designated agent, Shani Rosenzweig, at her workplace, United Talent Agency offices, 888 7th Ave New York NY 10106**. [N.Y. C.P.L.R. Law § 308  6. *For purposes of this section, "actual place of business" shall include any location that the defendant, through regular solicitation or advertisement, has held out as its place of business.*]

Since the defendant indicated on an email sent by her on Sep 14, 2020, 1:32 PM that the plaintiff was [we quote her own words as sent to the plaintiff:] **"welcome to reach out to Shani Rosenzweig's office (Susan's agent)"**, and being thus this person designated by the defendant as an agent as regards to any additional communications coming from the defendant, the Personal Service, Substituted Service was also successfully attempted as follows to the defendant's place of business [CPLR 308]:

I enclosed a copy of the above papers in a postpaid, sealed envelope properly addressed to defendant's place of business, located at **888 7th Ave New York NY 10106,** and I deposited the envelope in a post office depository under the exclusive care and custody of the United States Postal Service.

On June, 8, 2022, a true copy was mailed in a closed and sealed envelope with the writing on it "For Susan Sarandon, 'Personal and Confidential", being that closed and sealed envelope inside an envelope sent to Shani Rosenzweig at her workplace, United Talent Agency offices, 888 7th Ave New York NY 10106 with the Tracking number 9505515425392159113302, and the USPS Tracking online service states: "item was delivered in or at the mailbox at 10:08 am on June 9, 2022 in NEW YORK, NY 10106." See **EXHIBIT 2, Receipt of tracking number, and USPS tracking number online proof of successful delivery to Shani Rosenzweig workplace, United Talent Agency, in New York City.**

On June, 9, 2022, the papers were served in person in a closed and sealed envelope with the writing on it "For Susan Sarandon, 'Personal and Confidential', being that closed and sealed envelope inside another envelope, written on it "For Shani Rosenzweig Personal and

Confidential" 'brought in person to Shani Rosenzweig's workplace, United Talent Agency Offices, 888 7th Ave New York NY 10106. This closed and sealed envelope, that stated 'For Shani Rosenzweig, Personal and Confidential' on its cover, was served to an individual of the Mailing Room of the building servicing the offices United Talent Agency located at 888 7th Ave New York NY 1010. The individual that accepted the envelope for Shani Rosenzweig had the following characteristics:

Dressed in a blue uniform, female, color of skin black, black hair, robust complexion; although she was seated all the time she seemed to be a tall woman, perhaps height 5'9" to 6'0", weight 161-200 lbs, age 35 to 50 years.

**Military Service**

It is my belief that Shani Rosenzweig is not in the US Military Service. The basis for my belief is the conversation(s) and observation(s) described above.

I again attempted Personal Service, Substituted Service Step 1, at last known domicile of the defendant, **147 West 15th Street, Suite 108, New York, NY, 10011,** on June 10, 2022, at 16:55 PM, and on the same day, non-business hours, at 18:15 PM. It was unsuccessful since nobody answered the street level ringer. But then I ringed the 'Super' button. A male voice answered. I requested to deliver an envelope for 'Susan Sarandon' and explained that nobody answered the ringer of Suite 108. The 'super' answered that he was not there, that I could leave the envelope for her in the lobby. I told him there was nobody there. He said that I should come back when somebody is there. He said the way 'it works' is that I should mail it because in his words 'there is no doorman there'.

I also enclosed a copy of the above papers in a postpaid, sealed envelope properly addressed to defendant's residence, located at **147 West 15th Street, Suite 108, New York, NY, 10011,** and I deposited the envelope in a post office depository under the exclusive care and custody of the United States Postal Service.

Since the 'Super' at the last known address of the defendant, **147 West 15th Street, Suite 108, New York, NY, 10011,** had indicated that the defendant would get the envelope if mailed to the defendant, an envelope was sent via USPS on June, 15, 2022, with Tracking Number: 9510815425392166113831. The service was 'signature required'. The option chosen was 'person's signature', not 'electronic signature'.

The USPS online service states when entering that tracking number: "Your item was delivered to an individual at the address at 3:14 pm on June 16, 2022 in NEW YORK, NY 10011. The item was signed for by S SARAUDOU." It is my understanding and belief that "S SARAUDOU" stands as a typographical error for S SARANDON, being S an abbreviation of 'Susan', thus being the defendant herself the person identified as signing in person, not electronically, for the reception of the mailed enveloped, since the Priority Mail 1-Day USPS Signature Required service requires to identify the person who signs for reception of a the mail, and since the option chosen was 'person's signature', not electronic.

**<u>The defendant was successfully served by different ways with true copies of the initiating papers of Index Number 656451/2022, and on one occasion at her last known address in NEW YORK, NY 10011. See EXHIBIT 3, Proof of USPS mailed to and signed in person by Susan Sarandon within the State of New York.</u>**

## Military Service

It is my belief that Susan Sarandon is not in the US Military Service. The basis for my belief is the conversation(s) and observation(s) described above.

State of New York
County of New York

_____
BELLA JAZMIN DE LA GUITA DUARTE

Sworn to before me this ____ day of June, 2022     _____

JUN 1 7 2022

_____
Notary Public

Alice J. McPherson
Notary Public, State of New York
Reg. No. 02MC6420076
Qualified in New York County
Commission [illegible]

FILED: NEW YORK COUNTY CLERK 06/17/2022 04:05 PM         INDEX NO. 656451/2022
NYSCEF DOC. NO. 8       Case 1:22-cv-06401-JLR-SN   Document 1-2   Filed 07/27/22   Page 7 of 16       RECEIVED NYSCEF: 06/17/2022

6 of 6

6 of 6



```
            UNITED STATES
            POSTAL SERVICE.

              UNION CITY
              301 30TH ST
          UNION CITY, NJ 07087-9998
              (800)275-8777
06/03/2022                        03:09 PM
------------------------------------------
Product              Qty    Unit      Price
                            Price
------------------------------------------
Rate Inquiries        1               $0.00

Priority Mail® 1-Day  1               $8.95
Flat Rate Env
  New York, NY 10010
  Flat Rate
  Expected Delivery Date
   Mon 06/06/2022
  Tracking #:
   9505 5154 2539 2154 1127 82
  Insurance                           $0.00
   Up to $50.00 included
Total                                 $8.95

------------------------------------------
Grand Total:                          $8.95
------------------------------------------
Credit Card Remitted                  $8.95
  Card Name: MasterCard
  Account #: XXXXXXXXXXXX9663
  Approval #: 07977Z
  Transaction #: 435
  AID: A0000000041010        Chip
  AL: MASTERCARD
  PIN: Not Required CHASE MASTERCARD
------------------------------------------

******************************************
  Every household in the U.S. is now
   eligible to receive a third set
        of 8 free test kits.
      Go to www.covidtests.gov
******************************************

  Text your tracking number to 28777 (2USPS)
  to get the latest status. Standard Message
   and Data rates may apply. You may also
    visit www.usps.com USPS Tracking or call
              1-800-222-1811.

     Save this receipt as evidence of
  insurance. For information on filing an
           insurance claim go to
     https://www.usps.com/help/claims.htm
          or call 1-800-222-1811

            Preview your Mail
            Track your Packages
            Sign up for FREE @
        https://informeddelivery.usps.com

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
         Thank you for your business.

         Tell us about your experience.
    Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device,
```



```
       or call 1-800-410-7420.

------------------------------------------

UFN: 338610-0370
```

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 9505515425392154112782

Your item was delivered in or at the mailbox at 2:43 pm on June 9, 2022 in NEW YORK, NY 10011.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, In/At Mailbox

June 9, 2022 at 2:43 pm
NEW YORK, NY 10011

**Get Updates** ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

USPS Tracking Plus® ⌄

---

Product Information ⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



```
           UNITED STATES
          POSTAL SERVICE.

              UNION CITY
              301 30TH ST
           UNION CITY, NJ 07087-9998
              (800)275-8777

06/08/2022                        02:03 PM
_____
Product              Qty    Unit       Price
                            Price
_____

Priority Mail® 1-Day  1                $9.25
   New York, NY 10106
   Weight: 1 lb 1.50 oz
   Expected Delivery Date
      Fri 06/10/2022
   Tracking #:
      9505 5154 2539 2159 1133 02
   Insurance                           $0.00
      Up to $50.00 included
Total                                  $9.25

_____
Grand Total:                           $9.25
_____
Credit Card Remitted                   $9.25
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX9663
   Approval #: 077852
   Transaction #: 462
   AID: A0000000041010     Chip
   AL: MASTERCARD
   PIN: Not Required  CHASE MASTERCARD


***********************************************
  Every household in the U.S. is now
     eligible to receive a third set
          of 8 free test kits.
       Go to www.covidtests.gov
***********************************************

 Text your tracking number to 28777 (2USPS)
   to get the latest status. Standard Message
     and Data rates may apply. You may also
  visit www.usps.com USPS Tracking or call
              1-800-222-1811.

    Save this receipt as evidence of
  insurance. For information on filing an
        insurance claim go to
    https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

          Preview your Mail
         Track your Packages
         Sign up for FREE @
    https://informeddelivery.usps.com

   All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.

      Tell us about your experience.
   Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device.
```



```
      or call 1-800-410-7420.

_____

UFN: 338610-0370
Receipt #: 840-50700112-4-1662879-2
Clerk: 03
```

# USPS Tracking®

FAQs >

**Track Another Package** +

Remove ✕

**Tracking Number:** 9505515425392159113302

Your item was delivered in or at the mailbox at 10:08 am on June 9, 2022 in NEW YORK, NY 10106.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, In/At Mailbox

June 9, 2022 at 10:08 am
NEW YORK, NY 10106

**Get Updates** ⌄

| Text & Email Updates | ⌄ |

| Tracking History | ⌄ |

| USPS Tracking Plus® | ⌄ |

| Product Information | ⌄ |

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



**UNITED STATES POSTAL SERVICE**

```
               UNION CITY
              301 30TH ST
         UNION CITY, NJ 07087-9998
              (800)275-8777
06/15/2022                              03:33 PM
------------------------------------------------
Product              Qty    Unit       Price
                            Price
------------------------------------------------
Priority Mail® 1-Day  1                $8.70
  New York, NY 10011
  Weight: 0 lb 15.70 oz
  Expected Delivery Date
    Fri 06/17/2022
  Tracking #:
    9510 8154 2539 2166 1138 31
  Insurance                            $0.00
    Up to $50.00 included
  Signature                            $3.45
  Confirm
Total                                 $12.15

------------------------------------------------
Grand Total:                          $12.15
------------------------------------------------
Credit Card Remitted                  $12.15
  Card Name: MasterCard
  Account #: XXXXXXXXXXXX9663
  Approval #: 00405Z
  Transaction #: 484
  AID: A0000000041010         Chip
  AL: MASTERCARD
  PIN: Not Required CHASE MASTERCARD
------------------------------------------------

************************************************
 Every household in the U.S. is now
 eligible to receive a third set
     of 8 free test kits.
     Go to www.covidtests.gov
************************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
     insurance claim go to
   https://www.usps.com/help/claims.htm
       or call 1-800-222-1811

         Preview your Mail
        Track your Packages
        Sign up for FREE @
    https://informeddelivery.usps.com

 All sales final on stamps and postage.
 Refunds for guaranteed services only.
     Thank you for your business.

    Tell us about your experience.
 Go to: https://postalexperience.com/Pos
 or scan this code with your mobile device,
```



```
       or call 1-800-410-7420.

------------------------------------------------
UFN: 338610-0370
Receipt #: 840-50700112-4-1670260-2
```

FILED: NEW YORK COUNTY CLERK 06/17/2022 04:05 PM
NYSCEF DOC. NO. 11
INDEX NO. 656451/2022
RECEIVED NYSCEF: 06/17/2022

Case 1:22-cv-06401-JLR-SN   Document 1-2   Filed 07/27/22   Page 15 of 16

6/16/22, 3:21 PM                       USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9510815425392166113831

Remove X

Your item was delivered to an individual at the address at 3:14 pm on June 16, 2022 in NEW YORK, NY 10011. The item was signed for by S SARAUDOU.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Left with Individual

June 16, 2022 at 3:14 pm
NEW YORK, NY 10011

Get Updates ⌄

| Text & Email Updates | ⌄ |

| Proof of Delivery | ⌄ |

| Tracking History | ⌄ |

| USPS Tracking Plus® | ⌄ |

| Product Information | ⌄ |

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**