ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, NY 10065
Phone: (646) 650-2207
*Attorneys for Defendant SUSAN SARANDON*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

ARTHUR BALDER,

               Plaintiff,                       **CERTIFICATE OF SERVICE**

    - against –

                                                    Case No.:

SUSAN SARANDON,

               Defendant.

---------------------------------------------------------------------------X

      Barry M. Golden, pursuant to 28 U.S.C. § 1746, certifies under the penalty of perjury as follows: that on the 27th day of July, 2022, a true and accurate copy of the **NOTICE OF REMOVAL** was served within the time permitted by the court rules on the following by depositing a true and correct copy of the above, enclosed in a plain, post-paid wrapper, in an official depository under the exclusive care and custody of Federal Express, to be delivered via FedEx Ground, addressed to the following at the address set forth after each name, and electronically filing same via NYSCEF:

        Arthur Balder
        2813 Palisade Ave.
        Union City, New Jersey 07087
        *Plaintiff*

   I certify under penalty of perjury that the foregoing is true and correct.

   Executed on July 27, 2022, in New York, New York.

                                                                     By: _____
                                                                        Barry M. Golden