UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
:                                                ORDER OF REFERENCE
:                                                TO A MAGISTRATE JUDGE
Plaintiff,   ARTHUR BALDER,                  :
:                                                22-CV-6401  ( VEC ) (     )
-v-                                          :
:
:
Defendant.   SUSAN SARANDON                  :
:
:
:
x
-------------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

All such motions:  X_____

*Do not check if already referred for general pretrial.

Dated  July 29, 2022
_____

SO ORDERED:

_____
United States District Judge