# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:22-cv-06401-VEC-SN

CASREF,ECF,PRO-SE

Balder v. Sarandon
Assigned to: Judge Valerie E. Caproni
Referred to: Magistrate Judge Sarah Netburn
Case in other court: State Court– Supreme, 656451/2022
Cause: 28:1441nr Notice of Removal

Date Filed: 07/27/2022
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

Arthur Balder

represented by Arthur Balder
2813 Palisade Avenue
Apt 1
Union City, NJ 07087
Email: arthurbalderfiles@gmail.com
PRO SE

V.

**Defendant**

Susan Sarandon

represented by Sarah Michal Matz
Adelman Matz P.C.
1173A Second Ave, Ste 153
NY, NY 10065
(646) 650-2207
Fax: (646)650-2108
Email: sarah@adelmanmatz.com
ATTORNEY TO BE NOTICED

**Defendant**

David Shara

**Defendant**

Honey Shara

**Defendant**

Tigran Tsitoghdzyan

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2022 | 13 | ORDER granting 7 Motion for Permission for Electronic Case Filing. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 08/04/2022) |