August 16, 2022

**VIA PRO SE INTAKE**
Hon. Sarah Netburn, U.S.M.J.
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *Arthur Balder v. Susan Sarandon, et al*, Case No.: 1:22-cv-06401-VEC-SN

Hon. Judge Netburn:

I am the plaintiff in this action (the "Plaintiff"). This letter is submitted pursuant to I.A. and I.G. of your Honor's Individual Practices, to respectfully request that the Court grants my motion for extension of time in servicing to defendant Susan Sarandon (the "Defendant").

The reason for this request is that Ms Matz, attorney representing defendant Susan Sarandon, wrote regarding service on August 15, 2022 via email:

> *"Kindly also note that we are not authorized to accept service."*

In this scenario, I request motion for extension of time for servicing.

It remains unclear the excuses they are placing in the way regarding service upon Defendant, that was effective on June 16, 2022, and also by servicing her designated agent by substituted service according to the rules.

We deeply appreciate your Honor's time and consideration in this matter.

Respectfully Submitted,

/s/Arthur Balder

Cc.      Sarah M. Matz (via ECF)