```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2022
```

August 19, 2022

**VIA PRO SE INTAKE**
Hon. Sarah Netburn, U.S.M.J.
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *Arthur Balder v. Susan Sarandon, et al*, Case No.: 1:22-cv-06401-VEC-SN

Hon. Judge Netburn:

      I am the plaintiff in this action. This letter is submitted pursuant to I.A. and I.G. of your Honor's Individual Practices, to respectfully express gratitude for having allowed another opportunity to file the Amended Complaint no later than September 16, 2022, and also to respectfully request that the statute of limitations regarding claims to any defendant be considered by the Court since the date of filing of the previous Amended Complaint, August 4, 2022.

      The Order filed by your Honor today provides much help in the orientation as to how to form the Complaint. Unfortunately it had been my understanding that I should provide as much evidence and detail as possible.

      I authored twelve novels before my 42nd birthday, and I mention it simply because, being a published writer myself, I was never happy with the form of the Amended Complaint, but I felt urged by the statute of limitations of some claims to file it as soon as possible.

      Of note, the reason why I have to represent myself is because I cannot afford the price of lawyers, since I have been ruined by the defendants, having invested more than four years of my life in making a film that should have been distributed in early 2020. I am very grateful for your time and patience, but also eager to comply with the Court's standards.

      <u>I respectfully request clarification, if that be possible, as regards to the statute of limitations and if it won't be affected by the fact that the previous Amended Complaint was struck.</u>

---

In light of the Plaintiff's concerns regarding the statute of limitations, the Court VACATES its order striking his Amended Complaint and DIRECTS Plaintiff to file a Second Amended Complaint by September 16, 2022. The Court encourages the Plaintiff to seek legal assistance from the free NYLAG Clinic for further legal questions.
**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                        United States Magistrate Judge

Dated: August 24, 2022
       New York, New York