

Sarah M. Matz
Partner
sarah@adelmanmatz.com
Dir: (646) 650-2213

August 31, 2022

**VIA ECF**
Hon. Valerie Caproni, U.S.D.J.
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Room 240
New York, NY 10007

    Re:    *Arthur Balder v. Susan Sarandon,* Case No.: 1:22-cv-06401-VEC-SN

Hon. Judge Caproni:

    We represent Defendant Susan Sarandon (the "Defendant") in this action. This letter is jointly submitted with Plaintiff Arthur Balder ("Plaintiff") in accordance with the order dated July 29, 2022 [ECF Dkt. No. 6].

    We write to inform the Court that the parties do not consent to conduct all further proceedings before the assigned Magistrate Judge.

    We greatly appreciate Your Honor's time and consideration in this matter.

                Respectfully Submitted,

                ADELMAN MATZ P.C.

                Sarah M. Matz, Esq.

Cc.    Arthur Balder (via ECF pursuant to Court Authorization)

Adelman Matz P.C.
Phone: (646) 650-2207 • Fax: (646) 650-2108

Mailing:
1173A Second Avenue, Suite 153
New York, New York 10065

Office:
800 Third Avenue, 25th Floor
New York, New York 10017