# EXHIBIT 1

Contract
The Producers' Agreement

Contains the Producers' Agreement signed by Arthur Balder, Plaintiff, David Shara, executive producer, regulating production and distribution of the Film.

Notes:

1.  The film title was provisional at the time of signing this document. In the Producers Agreement the film produced referred to as 'Mirrors' is the same referred to in the Complaint as 'American Mirror: Intimations of Immortality', which was the definitive title.

**Producers' Agreement**
**Film 'Mirrors' / 'American Mirror'**

Date of Signature: December 5th, 2016

Intervene in the Agreement, April 4, 2017

David Shara, whose address is presently ~~XXXXXX~~, United States, from now on **Executive Producer**,

AND

Arthur Balder, whose address is presently 2813 Palisade Ave 1, Union City, New Jersey, US, from now on **Director / Producer**,

**Terms of the Agreement:**

That as a compensation of his work in the film provisionally titled 'Mirrors' or 'American Mirror', started in April 2015, the **Director / Producer** will receive from the **Executive Producer** an original painting hand-made by artist Tigran Tsitoghdzyan.

The **Executive Producer** agrees that it will be a painting of the series 'Mirrors', portraying his wife, Bella Jazmin de la Guía, no later than the last day of the month of May of the year 2017, and that the painting will be 75x50 inch.

Thus the **Director / Producer** agrees that he thereto renounces to any additional upfront compensation calculated on the production budget of the film, but the **Director / Producer will** have **20% of profits,** i.e. once final production budget recouped. The final production budget will be the result of the sum of all production expenses that have taken place until date and also adding those that may take place until the final termination of the film.

The **Director / Producer** will provide and pay all additional Color Correction and Editing of the film and other parts of the film yet to be filmed without further production cost hereto, and will provide any additional directorial and producer's work and scripts necessary to ensure the best result in such cases.

The **Executive Producer** agrees he will pay any additional costs to composer of original soundtrack, and the **Director / Producer** will provide the composer any necessary files to ensure his the optimal performance of his work.

The **Director / Producer** will inform and discuss any distribution possibilities with the **Executive Producer**, both being informed in due time to ensure the best performance possible of the business.

*[signature: AB]*   *[signature: DS]*

The **Director / Producer** cannot make any decision regarding distribution without contacting and getting written confirmation by the **Executive Producer**. Revenues have to be paid directly to the **Executive Producer**, being distribution contracts always under his surveillance and executed according to his criteria.

If any **additional production costs** would be necessary beyond what has been already done to date, i. e., renting camera equipment, cameras, or lenses, for any additional shootings, etc, the Executive Producer would have to provide additional funds upon approval of new estimations and new budget.

Also is agreed that the **Executive Producer**'s name will be prominently displayed in the major credits of the film, opening and closing, as in any posters or publicities and trailers, as '**Executive Producer**'. The director will be credited as 'Directed by Arthur Balder' or ' An Arthur Balder film' in any posters or publicities or film trailers, and in the opening and closing credits of the film as 'Director'.

The producers agree to the listed terms listed above signing all TWO pages of the agreement.

Signed:

_[signature]_
Producer's Signature

Arthur Balder
Producer's Printed Name

_[signature]_
Executive Producer's Signature

David Slarsa      April 4, 2017
Executive Producer's Printed Name

~~December 8th, 2016~~
~~Date~~
DS