# EXHIBIT 1

Sheriff's Certificates of Attempted Service.



# SHERIFF'S CERTIFICATE OF ATTEMPTED SERVICE

Civil Action No. 22-cv-6401 (VEC-SN)
Sheriff's Case # 22025530

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
ARTHUR BALDER
PLAINTIFF

V.

SARANDON ET AL
DEFENDANTS
-------------------------------------------------x
STATE OF NEW YORK}
COUNTY OF NEW YORK} SS:

I, QIN ZHANG, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certifies that: I am not a party to this action or proceeding and over 18 years of age. I further certify that I was unable to serve the process for the below listed reasons:

[X] 9/1/2022 @ 12:55 PM - 576 5TH AVENUE NEW YORK, NY 10036
Other: AS PER PRINCE, BUILDING SECURITY, STATED THE DEFENDANT, HONEY SHARA, IS NO LONGER HERE BECAUSE THE OWNER OF THE BUILDING EVICTED ALL THE TENANTS AND THE WHOLE BUILDING IS VACANT.
Attempts to serve were made on the following dates and times:
Date: 9/1/2022 @ 12:55 PM - 576 5TH AVENUE NEW YORK, NY 10036

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

Dated: 9/5/2022

BY: _____
QIN ZHANG
DEPUTY SHERIFF
SHIELD # 482

Office of the Sheriff of the City of New York
NY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Arthur Balder <br> *Plaintiff(s)* <br> v. <br> Sarandon et al <br> *Defendant(s)* | Civil Action No. 22-cv-6401 (VEC-SN) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Honey Shara
576 5th Avenue #1200
New York NY
10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Arthur Balder
2813 Palisade Avenue
Apt 1
Union City, NJ 07087

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/04/2022

*Ashley A.*
*Signature of Clerk or Deputy Clerk*



# SHERIFF'S CERTIFICATE OF ATTEMPTED SERVICE

Civil Action No. 22-cv-6401 (VEC-SN)
Sheriff's Case # 22025542

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ARTHUR BALDER
PLAINTIFF

   V.

SARANDON ET AL
DEFENDANTS
----------------------------------------------------------x

STATE OF NEW YORK}
COUNTY OF NEW YORK} SS:

I, QIN ZHANG, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certifies that: I am not a party to this action or proceeding and over 18 years of age. I further certify that I was unable to serve the process for the below listed reasons:

[X] 9/1/2022 @ 12:55 PM - 576 5TH AVENUE NEW YORK, NY 10036
Other: AS PER PRINCE, BUILDING SECURITY, STATED THE DEFENDANT, DAVID SHARA, IS NO LONGER HERE BECAUSE THE OWNER OF THE BUILDING EVICTED ALL THE TENANTS AND THE WHOLE BUILDING IS VACANT.
Attempts to serve were made on the following dates and times:
Date: 9/1/2022 @ 12:55 PM - 576 5TH AVENUE NEW YORK, NY 10036

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

Dated: 9/5/2022

BY: _____
QIN ZHANG
DEPUTY SHERIFF
SHIELD # 482

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Arthur Balder <br> *Plaintiff(s)* <br> v. <br> Sarandon et al <br> *Defendant(s)* | Civil Action No. 22-cv-6401 (VEC-SN) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

David Shara
576 5th Avenue #1200
New York NY
10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Arthur Balder
2813 Palisade Avenue
Apt 1
Union City, NJ 07087

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   08/04/2022

*Ashley A.*
*Signature of Clerk or Deputy Clerk*