# EXHIBIT 2

Publicly displayed online information and photos at https://worldredeye.com/2021/11/morgan-sharas-most-extra-birthday-mas-by-wepah-event-launch-at-fundimension/ to promote one of the many private parties thrown by David Shara in Miami, this one celebrating Morgan Shara on November 19, 2021.



Morgan Shara [celbrant, as unicorn],David Shara [left].



Morgan Shara rides the Unicorn, celebrants around.



Panoramic views.





The Unicorn-bar.