# EXHIBIT 1

Sarandon sold that apartment, no longer her address since 2020.



**CELEBRITIES, CHELSEA, RECENT SALES**

# Susan Sarandon sells her Chelsea duplex for $7.9M asking price

POSTED ON WED, OCTOBER 21, 2020 BY DANA SCHULZ



*Photos: Eitan Gamliely for Sotheby's International Realty*

Just three months after listing her massive Chelsea duplex for $7.9 million, Academy Award-winning actress Susan Sarandon has sold her long-time home for its full asking price. Located at 147 West 15th Street, the 6,000-square-foot co-op is spread over two floors and has six bedrooms, four exposures including views of the World Trade Center and Empire State Building, and an outdoor terrace and balcony. Over the summer, Queens-native Sarandon told the Wall Street Journal that she isn't leaving the city just downsizing to a smaller apartment in the area. "I've always been a New Yorker and I'll continue to be a New Yorker," she said.





**Sign up for our newsletters**

Your email address

☑ Sign up for our daily email
☑ Sign up for our weekly newsletter

**GET OUR NEWSLETTERS**

**MOST POPULAR ARTICLES**




Enjoy this page? Like 6sqft on Facebook!
Like 14K





Lottery opens for 129 affordable units at new fully electric building in East New York, from $397/month

Sarandon and her then-partner Tim Robbins bought two units in the building in 1991, and then added a staircase and combined them. When they split up in 2011, Sarandon paid Robbins $3.2 million to take full ownership of the home.

 

A 'secret' sushi restaurant is opening below Midtown skyscraper One Vanderbilt





How a Greenwich Village brownstone became known as the 'House of Death'



15 best places to celebrate Oktoberfest in NYC

The entrance is on the eighth-floor upper level, where a key-locked elevator opens into a foyer, which then leads into the incredible living room. The curved staircase, according to the listing, served as "audience seating" for Sarandon's children's "performances and celebrity dance recitals."

Archtober 2022: This year's top architecture and design events



Off the living room is a corner library with built-in shelving and more southern views.



The stairs in the living room lead to a cozy den complete with a wood-burning fireplace.



Immersive art museum Hall des Lumières officially opens at landmarked Lower Manhattan bank hall



16 ways to mark Hispanic Heritage Month in NYC

Julius', New York City's oldest gay bar, is one step closer to becoming a city landmark







From there, you'll find the open kitchen/dining room, off which is a casual, sunken lounge with northern views.



The master suite has a private balcony, a luxurious soaking tub overlooking the Empire State Building, an en-suite bathroom, and a huge dressing room. Also on this level are an office, a laundry room, and two more bathrooms.










A custom staircase leads down to the seventh floor, which is set up entirely as a guest suite, with another kitchen/dining room and family room. A 60-foot-long terrace stretches the entire length of the home.





There are three bedrooms, two full bathrooms, and lots of storage on this lower level.



Of note is the cobalt-blue bathroom that's dubbed the "Academy Award" bath, according to the WSJ, as it displays Sarandon's awards, including her Oscar for *Dead Man Walking*.

According to the Observer, Sarandon had quarantined in the apartment for the first few months of the pandemic and then left for her home upstate in Pound Ridge to be with her children.

[Listing details: 147 West 15th Street, 7N/8th Floor at CityRealty]

[At Sotheby's International Realty by Nikki Field and Mara Flash Blum]

**RELATED:**

- Lovely Tribeca loft of the late Toni Morrison lists for $4.75M
- Forest Whitaker buys Upper East Side apartment with Greek-inspired garden for $1.6M
- Jennifer Lawrence sells Upper East Side penthouse at a $6M loss

*Photos: Eitan Gamliely for Sotheby's International Realty*








