```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**ARTHUR BALDER,**

                                **Plaintiff,**                22-CV-06401 (VEC)(SN)

  -against-                                                    **ORDER**

**SUSAN SARANDON, et al.,**

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A call is scheduled for Tuesday, October 04, 2022, at 4:00 p.m. to discuss Plaintiff's renewed *ex parte* motion to execute service of process via email. See ECF No. 29. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     New York, New York
              September 20, 2022