

Sarah M. Matz
Partner
sarah@adelmanmatz.com
Dir: (646) 650-2213

October 11, 2022

**VIA ECF**
Hon. Sarah Netburn, U.S.M.J.
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *Arthur Balder v. Susan Sarandon, et al*, Case No.: 1:22-cv-06401-JLR-SN

Hon. Judge Netburn:

    We represent Defendant Susan Sarandon ("Sarandon") in this action. This letter is submitted pursuant to I.A of your Honor's Individual Practices and in accordance with the Court's October 4, 2022, order [ECF Dkt. No. 33].

    We write to advise that our Firm has been retained by the remaining defendants Honey Shara, David Shara and Tigran Tsitoghdzyan, and that said remaining defendants will also agree to waive service pursuant to Rule 4(d) with a request date of October 4, 2022, so that all Defendants have the same response date as discussed at the October 4, 2022, conference. We will also be filing notices of appearance for the other defendants shortly.

    We are also in receipt of Plaintiff Arthur Balder's ("Plaintiff") letter filed on October 6, 2022 [ECF Dkt. No. 34] and disagree with the assertions therein and the relief requested as there is no basis for it. We are unsure if the Court is expecting a formal response as Mr. Balder did not file the request under a specific rule, and respectfully request guidance on whether the Court expects a formal response.

    We greatly appreciate your Honor's time and consideration in this matter, and should the Court need any further information we are happy to provide such.

    Respectfully Submitted,

    ADELMAN MATZ P.C.

    Sarah M. Matz, Esq.

Cc:    Arthur Balder (via ECF pursuant to Court Authorization)

Adelman Matz P.C.
Phone: (646) 650-2207 • Fax: (646) 650-2108
Mailing:
1173A Second Avenue, Suite 153
New York, New York 10065
Office:
800 Third Avenue, 25th Floor
New York, New York 10017