UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X-------------------------------------------------------X
ARTHUR BALDER,

                        Plaintiff,

-against-

SUSAN SARANDON, et al,

                        Defendants.
X-------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No.: 1:22-cv-06401 (JLR) (SN)

      **PLEASE TAKE NOTICE** that ADELMAN MATZ P.C., hereby appears in the above-entitled action on behalf of Defendants HONEY SHARA, DAVID SHARA and TIGRAN TSITOGHDZYAN (collectively, "Defendants"), and demands that all notices and papers concerning this proceeding be served upon the undersigned at the address given below.

Dated:  New York, New York
           October 11, 2022

                                            ADELMAN MATZ P.C.

                                            By: _____
                                                Sarah M. Matz, Esq.
                                                1173A Second Avenue, Suite 153
                                                New York, New York 10065
                                                Tel: (646) 650-2207
                                                Fax: (646) 650-2108
                                                Email: sarah@adelmanmatz.com
                                                *Attorneys for Defendants*

To:    Arthur Balder (via ECF pursuant to Court authorization)

1