October 14, 2022

**VIA PRO SE INTAKE**
Hon. Sarah Netburn, U.S.M.J.
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:  *Arthur Balder v. Susan Sarandon, et al*, Case No.: 1:22-cv-06401-JLR-SN

Hon. Judge Netburn:

I am the Plaintiff in this action. This letter is submitted pursuant to I.A of your Honour's Individual Practices and as regards to the filings by Sarandon's attorney, Sarah Matz, with the **Court's ECF Dkt. No. 37, 38, 39, and 40.**

This Letter is submitted today because new evidence arose one hour ago that puts in serious doubt Sarah Matz's last filings and ethical proceedings.
In her fillings Sarah Matz files a waiver for Defendant Tsitoghdzyan, among others. She states that, pursuant to rules of the FRCP, she has been retained to represent Defendant Tsitoghdzyan.

However, an hour ago October 14, 2022, Defendant Tsitoghdzyan answered the email sent by the Plaintiff to him August 26, 2022, with the Summons related to the First Amended Complaint of this case.
The answer of Tsitoghdzyan is "This is all I've got. Do I need to do something with this?". See Exhibit 1 with the email.

This is extremely relevant and extremely concerning.

How "in the name of all the elves of Christendom" [quoted from Bronte, *Jane Eyre*] is it possible that Defendant Tsitoghdzyan answered this email today requesting more information about this situationand this case specifically (the subject of the email is: "Summons NYSD Case 22-cv-6401 VEC-SN" see Exhibit 1), when Sarah Matz, in reality Sarandon's lawyer and for the sake of Sarandon's self-interests, has filed with this Court that she *represents* Defendant Tsitoghdzyan, and at that that she has made decisions apparently in his name, without him knowing that he is being represented by someone…?
This is something that absolutely requires clarification, and I invoke the good judgement of your Honour and the power of the Court to bring to light what is going on with Sarandon's manoeuvres so as to make of her own lawyer also all other Defendant's lawyer — in order to get from them what now she needs, as she got from them what she needed before — to harm me as much as she could.

  This situation cannot remain without clear and proven clarification under proper discovery.

  We greatly appreciate your Honour's time and consideration in this matter, and should the Court need any further information we are happy to provide such.

      Respectfully Submitted,

      /s/ Arthur Balder

 Cc. All other Parties (via ECF).