# EXHIBIT 1

Email sent by Defendant T. Tsitoghdzyan on October 14, 2022 to Plaintiff, showing he has no idea of him being represented in this case.



Arthur Balder <arthurbalderfiles@gmail.com>

## SUMMONS NYSD Case 22-cv-6401 VEC-SN

**TIGRAN TSITOGHDZYAN** <tigrants@icloud.com>      Fri, Oct 14, 2022 at 3:04 PM
To: Arthur Balder <arthurbalderfiles@gmail.com>

This is all I've got.
Do I need to do something with this?

> On Aug 25, 2022, at 9:37 PM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:
>
> Please, find attached the Summons.
>
> Regards,
>
> Arthur BALDER
>
> --
> *CONFIDENTIALITY NOTICE
>
> This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential, and may be legally privileged. You don't have any permission to disseminate or distribute it, for it is solely intended for you. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, and then please delete it. The information contained within this email is copyrighted and cannot be re-distributed or copied in any manner without the written permission of the sender.
>
> <SUMMONS NYSD TT Case 22-cv-6401 VEC-SN.pdf>