

Sarah M. Matz
Partner
sarah@adelmanmatz.com
Dir: (646) 650-2213

October 18, 2022

**VIA ECF**
Hon. Sarah Netburn, U.S.M.J.
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:   *Arthur Balder v. Susan Sarandon, et al,* Case No.: 1:22-cv-06401-JLR-SN

Hon. Judge Netburn:

    We represent Defendants Susan Sarandon, Honey Shara, David Shara and Tigran Tsitoghdzyan (collectively, "Defendants") in this action. This letter is submitted pursuant to I.A of your Honor's Individual Practices and in response to Plaintiff Arthur Balder's ("Plaintiff") letter filed on October 14, 2022 [ECF Dkt. No. 42].

    Plaintiff's accusations in his October 14, 2022 letter are completely baseless. We have confirmed that this Firm has been retained by all of the Defendants, including Tsitoghdzyan, and have filed waivers pursuant to Rule 4(d), to save the Plaintiff the expense of continuing to attempt service. While we understand that Plaintiff is *pro se*, it is a complete waste of time and resources for Plaintiff to continue engaging in motion practice on these issues nor is discovery on our retention a proper line of inquiry. Mr. Tsitoghdzyan did not intend to send that to the Plaintiff—he accidentally hit reply instead of forwarding it to its intended recipient. Although we believe this should close the inquiry, in the event the Court has further questions we are available at the Court's convenience next week

    We greatly appreciate your Honor's time and consideration in this matter.

                    Respectfully Submitted,

                    ADELMAN MATZ P.C.

                    Sarah M. Matz, Esq.

Cc:    Arthur Balder (via ECF pursuant to Court Authorization)

Adelman Matz P.C.
Phone: (646) 650-2207 • Fax: (646) 650-2108

Mailing:
1173A Second Avenue, Suite 153
New York, New York 10065

Office:
800 Third Avenue, 25th Floor
New York, New York 10017