October 19, 2022

**VIA PRO SE INTAKE**
Hon. Sarah Netburn, U.S.M.J.
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *Arthur Balder v. Susan Sarandon, et al*, Case No.: 1:22-cv-06401-JLR-SN

Hon. Judge Netburn:

I am the Plaintiff in this action. This letter is submitted pursuant to I.A of your Honour's Individual Practices and as regards to the filings by Sarandon's attorney, Sarah Matz, with the Court's ECF Dkt. No. 37, 38, 39, and 40 and particularly in response to the Defendants' letter filed on October 18, [ECF Dkt. No. 43].

On that Letter filed on October 18, Sarah Matz tries to throw sand in the eyes of the Court. She does not address the questions: she had not been yet retained by Tsitoghdzyan on October 4, but apparently she had not been retained yet by the time she filed with the Court the waiver of service in the name of Tsitoghdzyan.

She states the waivers of service were filed to save us the expense of continuing to attempt service. That is false. After having attempted service three times by the Deputy Sheriff on Defendant Tsitoghdzyan, who simply did not answer any of these attempts nor the cards left there by the Deputy Sheriff because simply he did not want to answer. Similar situation related to Defendant Honey Shara, who mocked in writing the reading of the Summons by end of August without explaining she had changed address. Even worst related to Defendant Sarandon, who had changed address back in 2020, yet pretended that she had not been duly served on that address. Additionally, the waiver of service, retained to the last minute, has not saved us the expense of attempting service, since service was paid for and is being attempted with Deputy Sheriff New York again on all four Defendants since before the October 4 conference, at which, we must recall, Sarah Matz was bargaining for time in the name of Defendants that she did not represent at that time.
She now simply wishes us to believe her tales failing to provide sufficient proof of having been duly retained before filing the waive of service.

This situation cannot remain without clear and proven clarification under proper discovery.

We greatly appreciate your Honour's time and consideration in this matter, and should the Court need any further information we are happy to provide such.

Respectfully Submitted,

/s/ Arthur Balder

Cc. All other Parties (via ECF).