# EXHIBIT 1

Sheriff's Certificate of Service on Tigran Tsitoghdzyan.



# SHERIFF'S CERTIFICATE OF SERVICE
## PERSONAL DELIVERY

**UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK**

Docket # 22-cv-06401

Sheriff's Case # 22031670

----------------------------------------X

**ARTHUR BALDER,**

PLAINTIFF/PETITIONER,

VS

**SARANDON, ET AL,**

DEFENDANT/RESPONDENT.

----------------------------------------X

STATE OF NEW YORK        }
NEW YORK COUNTY } SS:

I, **RUSLAN SHULYAR**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certify that: I am not a party to this action or proceeding and over 18 years of age. I further certify that on **10/18/2022**, at approximately **11:35 AM** at **15 BROAD STREET #1030** in the borough of **MANHATTAN**, County of NEW YORK, I served the annexed: **SUMMONS & SECOND AMENDED COMPLAINT IN A CIVIL ACTION** upon **TIGRAN TSITOGHDZYAN**, in the following manner:

[X] PERSONAL DELIVERY

By delivering to and leaving with **TIGRAN TSITOGHDZYAN** personally a true copy thereof, said person being known as the mentioned and described herein.

[X] DESCRIPTION:

Skin Complexion: **LIGHT**,    Gender: **M**,    Approx. Age: **30-40** years old,

Height: **5'11"**,    Weight: **190** lbs,    Hair Color: **BROWN**.

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

SHERIFF OF THE CITY OF NEW YORK
ANTHONY MIRANDA

Dated: 10/21/2022

BY: _____

RUSLAN SHULYAR
DEPUTY SHERIFF
SHIELD # 423