# EXHIBIT 1

# Barry Golden

| | |
|---|---|
| **From:** | Barry Golden |
| **Sent:** | Friday, December 16, 2022 9:49 AM |
| **To:** | Kristina Tyndall; Arthur Balder |
| **Cc:** | Sarah Matz |
| **Subject:** | RE: Balder v. Sarandon, et al / Meet and Confer Letter Re. Discovery |

Mr. Balder,

Please dial in to the below number for our call at 10am.

Best Regards,

Barry Golden



**Associate**
**Adelman Matz P.C.**
P: (646) 650-2207  F: (646) 650-2108
E: bgolden@adelmanmatz.com

**From:** Kristina Tyndall <kristina@adelmanmatz.com>
**Sent:** Friday, December 16, 2022 9:33 AM
**To:** Barry Golden <bgolden@adelmanmatz.com>; Arthur Balder <arthurbalderfiles@gmail.com>
**Cc:** Sarah Matz <sarah@adelmanmatz.com>
**Subject:** RE: Balder v. Sarandon, et al / Meet and Confer Letter Re. Discovery

I've sent a calendar invite with the following conference information:

Dial-in Number: +1 (267) 930-4000

Participant Access: 789 762 114

If you have any questions or concerns please let me know. Thank you

Best Regards,

Kristina Tyndall



**Chief Executive Assistant**
**Adelman Matz P.C.**
P: (646) 650-2207  F: (646) 650-2108
E: kristina@adelmanmatz.com

1

**From:** Barry Golden <bgolden@adelmanmatz.com>
**Sent:** Thursday, December 15, 2022 8:54 PM
**To:** Arthur Balder <arthurbalderfiles@gmail.com>
**Cc:** Sarah Matz <sarah@adelmanmatz.com>; Kristina Tyndall <kristina@adelmanmatz.com>
**Subject:** RE: Balder v. Sarandon, et al / Meet and Confer Letter Re. Discovery

Mr. Balder,

Let's schedule the call for 10am. Kristina will circulate a dial in number to call. Moving forward, please remember to reply all on all emails.

Best Regards,

Barry Golden



**Associate**
**Adelman Matz P.C.**
P: (646) 650-2207 F: (646) 650-2108
E: bgolden@adelmanmatz.com

**From:** Arthur Balder <arthurbalderfiles@gmail.com>
**Sent:** Thursday, December 15, 2022 8:48 PM
**To:** Barry Golden <bgolden@adelmanmatz.com>
**Subject:** Re: Balder v. Sarandon, et al / Meet and Confer Letter Re. Discovery

It's very late for me, sorry. Between 9:30 am and 12:00 would be possible.

Regards

On Fri, Dec 16, 2022 at 2:20 AM Barry Golden <bgolden@adelmanmatz.com> wrote:

> Mr. Balder,
>
> Our office is available tomorrow at 3:30pm. Please let us know if that works for you.
>
> Best Regards,
>
> Barry Golden



Associate

**Adelman Matz P.C.**

P: (646) 650-2207 F: (646) 650-2108

E: bgolden@adelmanmatz.com

---

**From:** Arthur Balder <arthurbalderfiles@gmail.com>
**Sent:** Thursday, December 15, 2022 8:11 PM
**To:** Barry Golden <bgolden@adelmanmatz.com>
**Subject:** Re: Balder v. Sarandon, et al / Meet and Confer Letter Re. Discovery

Mr Golden:

I disagree.

We can meet and confer as early as tomorrow, let me know a timeframe that works for you.

Regards,

Arthur

On Fri, Dec 16, 2022 at 1:25 AM Barry Golden <bgolden@adelmanmatz.com> wrote:

> Dear Mr. Balder,
>
> We write in an attempt to meet and confer with you to address a discovery issue that has arisen as a result of your recently issued subpoenas to Bryan Gibbs and Phillip's Auctioneers, LLC. The Federal Rules of Civil Procedure state that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." As you are aware, no such discovery conference has been held. Accordingly, it is improper to conduct discovery at this time.

3

We therefore ask you to withdraw both subpoenas and agree that discovery is put on hold. Please let us know whether you agree and if not when you can meet and confer.

Best Regards,

Barry Golden



**Associate**

**Adelman Matz P.C.**

P: (646) 650-2207 F: (646) 650-2108

E: bgolden@adelmanmatz.com

CONFIDENTIALITY NOTICE:

This message and all electronic attachments are intended only for the individual or entity to which it is addressed and is covered under the Electronic Communications Privacy Act, 18 USC §§2510-2521, and is a legally privileged communication.  If you are not the intended recipient, please note that you are strictly prohibited from printing, copying, forwarding, disseminating or distributing this material (other than to the intended recipient).  If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege.  If you have received this communication in error, please notify us immediately by telephone and reply email. This e-mail was swept for computer viruses.  However, the sender cannot guarantee that the integrity of the e-mail has been maintained in transmission and will not accept responsibility for the consequences of any infection.

--

*CONFIDENTIALITY NOTICE

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential, and may be legally privileged. You don't have any permission to disseminate or

distribute it, for it is solely intended for you. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, and then please delete it. The information contained within this email is copyrighted and cannot be re-distributed or copied in any manner without the written permission of the sender.

--
*CONFIDENTIALITY NOTICE

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential, and may be legally privileged. You don't have any permission to disseminate or distribute it, for it is solely intended for you. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, and then please delete it. The information contained within this email is copyrighted and cannot be re-distributed or copied in any manner without the written permission of the sender.