UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ARTHUR BALDER,

                                                         **Plaintiff,**                        22-CV-06401 (JLR)(SN)

                    -against-                                         **ORDER**

SUSAN SARANDON, et al.,

                                                  **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On December 26, 2022, Plaintiff requested permission to file a Third Amended Complaint. ECF No. 60. The Court GRANTS Plaintiff leave to file a Third Amended Complaint, which must be filed no later than January 26, 2023. The Court will not grant an extension of this date and leave to amend the complaint for a fourth time will not be granted absent extraordinary circumstances. By February 2, 2023, Defendants shall inform the Court if they wish to proceed with their Motion to Dismiss at ECF No. 50 or file a new response to the Third Amended Complaint. Any new response must be filed by February 16, 2023.

      The Court reminds Plaintiff that his Third Amended Complaint "must allege sufficient facts . . . to state a plausible claim for relief." Johnson v. Priceline.com, Inc., 711 F.3d 271, 275 (2d Cir. 2013) (citing Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555-56 (2007)). The complaint should state the facts on which his claims rely but Plaintiff does not need to provide, at this time, supporting evidence to prove those facts. Plaintiff is further directed to the Court's August 19, 2022 Order for additional instructions.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              December 29, 2022