# EXHIBIT 1

All extant auction records of artworks by Tigran Tsitoghdzyan as listed on trustworthy databases artprice.com and mutualart.com, and the two Phillips NYC auctions.




217

# Tigran Tsitoghdzyan

*White Mirror II*

2014
oil on canvas
75 x 50 in. (190.5 x 127 cm)
Signed, titled and dated "Tigran Tsitoghdzyan White Mirror II 2014" on the reverse.

**Estimate**
$30,000 - 40,000
**SOLD FOR $100,000**

| Contact Specialist |
|---|
| Rebekah Bowling |
| Head of Sale |
| New York |
| + 1 212 940 1250 |


Follow Artist


Favorite

## Provenance

Private Collection


Under the Influence   New York 16 September 2014 11am



‹    [222 ⌄]    ›

## 222
## Tigran Tsitoghdzyan
### *Mirror V*

2014
oil on canvas
75 x 47 3/4 in. (190.5 x 121.3 cm.)
Signed, titled and dated "Tigran Tsitoghdzyan Mirror V 2014" on the reverse.

**Estimate**
$30,000 - 40,000
**SOLD FOR $72,500**

| Contact Specialist |
|---|
| Benjamin Godsill |
| bgodsill@phillips.com |
| +1 212 940 1260 |

 Follow Artist     Favorite    Share Not Available

## Provenance

Gallery Valentine, East Hampton

  

Home  /  Information on José Manuel CIRIA  /  Information on Tigran TSITOGHDZYAN  /  Drawing-Watercolour at auction  /  "Mirror II"



Display preferences

# Tigran TSITOGHDZYAN (1976)

*"Mirror II"*
Mixed media/paper
78 3/4 x 55 1/8 in

**Hammer price:** Lot not sold
Estimate: $ 26,118 *(TRY 150,000)*

**Antik AS, 16 Nov 2019**
Istanbul, Turkey
*Contemporary Art Works*
Lot number 92
Illustrated on page 95 of the catalog

**Details**
Signed



Other artworks by Tigran TSITOGHDZYAN

Marketplace    Auctioned on 17 Sep 2015    Auctioned on 16 Sep 2014

# MutualArt

Search by artist, artwork, auction etc.

Log In | Sign up

ARTISTS  AUCTIONS  EXHIBITIONS  ANALYSIS  SERVICES  MAGAZINE  MY COLLECTION NEW  PRICING

Artists > ... > iPray - Millenium III



SAVE ARTWORK    FOLLOW ARTIST

**Tigran Tsitoghdzyan**

*iPray - Millenium III*, 2011

Oil on canvas

Painting

60,7x60,7 cm

Signed

Provenance and Condition

| Estimate | 5,000 CHF |
| --- | --- |
| Realized Price | 5,000 CHF* |
| Sale | Art of the 19th to 21st Centuries Part 2 |
| Auction Venue | Galerie Kornfeld |
| Sale Date | Sep 17, 2020 |

Join MutualArt to unlock sale information

**JOIN MUTUALART**

LOGIN