# EXHIBIT 2

New Business Proposal sent by Plaintiff to Sarandon—her answer—David Shara intervenes—more answers of Sarandon about distribution of Film—no objections ever.



Arthur Balder &lt;arthurbalderfiles@gmail.com&gt;

## 'AMERICAN MIRROR' IS FINISHED / MOVIE REVIEW, MEETING PROPOSAL

**Arthur Balder** &lt;arthurbalderfiles@gmail.com&gt;      Wed, Jan 24, 2018 at 12:44 AM
To: Bryan Gibbs &lt;sillygooseemail@gmail.com&gt;

To Susan:

Hello Susan,
"American Mirror" is 99% finished.
I'd love you to see it in its best quality possible. My wife proposes to pass by your office and drop a hard drive with the files at your discretion, so that you can watch it whenever you want. It's 65 minutes long and a file of about 50 Gigas length. The soundtrack has been added among other betterments. Any opinions you may have will be more than welcome.

Then the producer, David Shara, and I wanted to invite you to pass by the offices located on 576 5th Avenue #1200, at a time of your choice to meet in person. He is a color diamonds dealer (a reference in The Times a few weeks ago here https://www.nytimes.com/2017/07/26/business/colored-diamonds.html ). We can talk about 'American Mirror' and the plans we have so far for it.

But if you prefer to meet at your office, David and I would be more than happy also to go there or to meet you whenever that suits better your agenda in a place of your choice for your convenience.

**We both want to express our most sincere gratitude, and hope this cinematic work to be a new successful and happy experience in your professional career.**

We want to offer as a compensation for your participation and kind visit of Tigran's studio for filming:
-A large print, hand-embellished and signed by Tigran, of your own portrait (estimated value around $40k)
-And another print hand-embellished and signed by Tigran of your choice (estimated value $40k)
-Plus a 10% of all profits generated by the movie in any platform.
We'd like you along with Tigran to be part of the PR of the film, as far as your agenda would allow it, and organizing everything in anticipation for your convenience.

For instance, in June 8-15 takes place the International Film Festival of Yerevan, capital of Armenia, and would be awesome if you'd like to go there with Tigran. On the other hand, the festival is considering to offer you the life-achievement award and pick it up on same occasion, but so far I cannot say much more about it because it is Tigran who is connected to its managers in Armenia.

In order to talk about this and other matters I hope you can first watch the movie upon arrival of the hard drive, and then schedule a meeting.

Thank you for your time,

Arthur
P.S. I'm reviewing '16 Hours' script.

***********************************************************
***********************************************************

# Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

## 'AMERICAN MIRROR' IS FINISHED / MOVIE REVIEW, MEETING PROPOSAL

**Bryan Gibbs** <sillygooseemail@gmail.com>  Tue, Mar 27, 2018 at 9:25 PM
To: Arthur Balder <arthurbalderfiles@gmail.com>
Cc: David Shara <davidshara@mac.com>, David Shara <davidshara@me.com>

From Susan: Thank you so much I would love to have prints that aren't gigantic. In terms of going to Armenia in June, I know that Im working on my TV show and there's no way to know if that would be possible at this point, we'd just have to wait, though I'd love to visit Armenia.

**BRYAN GIBBS** | Office of Susan Sarandon

[Quoted text hidden]



DVF Films <davincifilms.productionoffice@gmail.com>

## Fwd: 15th GAIFF Parajanov's Thaler, a Lifetime Achievement Award

**David Shara** <davidshara@me.com>   Wed, Apr 4, 2018 at 9:07 PM
To: DVF Films <davincifilms.productionoffice@gmail.com>
Cc: Bryan Gibbs <sillygooseemail@gmail.com>, David Shara <davidshara@mac.com>

Hello Brian,

I think it is long overdue that I introduce myself. My name is David Shara and I have represented Tigran For the last six years as his partner and manager. I am also the producer of the film.
I am not at all in the movie business or the art business other than this project, I am a fancy colored diamond specialist. This is the first movie production for my company, Optimum Diamonds. I am thrilled with all aspects of this project. Tigran is one of the most respected and sought after artist I have ever met. His art is Extraordinary, he oozes talent. I'm also thrilled with Mr. Arthur Balder and this film. I think his vision is very well conceived and executed in this art film/documentary film. It is both fun to watch and visually stimulating and beautiful. I am proud to be involved.

That being said, I know very little about the movie industry and could use all the help I could get. I am very interested in Susan's involvement in this movie and I am willing to give her a percentage of profits for her involvement and guidance. I am a huge believer in taking advice from those who are much smarter and more experienced. I am very happy to share profits And accolades.

I would love to hear her commentary, opinion and recommendations on the film after she watches it. It would be my pleasure to treat you, her and her team To a great big bottle of Burgundy and or dinner at the restaurant of her choosing to discuss the movie and a potential partnership. Please let me know your thoughts. I'm available to talk anytime. My phone number is 917-701-3440. My office is in the penthouse of 576 Fifth Avenue. If you are ever in Midtown, let this stand is an open invitation to come and see some of the worlds greatest and rarest natural fancy colored diamonds. Check out our website at www.optimumdiamonds.com.

I would also like to discuss your thoughts on film festivals. Arthur Balder has done an incredible job on all aspects of this film including submission to film festivals. He deserves an enormous amount of credit. He has put in so much time, effort, expertise and skill. I am beyond proud of him. It is very rare that someone surprises me these days, but he truly impressed me with his patients, expertise, originality and skill level.

I am extremely interested in maximizing both exposure and profits. I am also interested in sharing profits and making money for Ms. Sarandon. I am a huge believer in karma and taking care of your partners. I look forward to meeting you and hope we can do something fabulous here. Have a great dayAnd thank you in advance.

David Shara

Sent from my iPhone
[Quoted text hidden]



DVF Films <davincifilms.productionoffice@gmail.com>

# Fwd: 15th GAIFF Parajanov's Thaler, a Lifetime Achievement Award

**Bryan Gibbs** <sillygooseemail@gmail.com>  Mon, Apr 16, 2018 at 10:26 PM
To: David Shara <davidshara@me.com>
Cc: DVF Films <davincifilms.productionoffice@gmail.com>, David Shara <davidshara@mac.com>

From Susan:

David,
Thank you for your kind dinner invitation but I'm working on *Ray Donovan* now through October so I don't think it's possible. It's a very special film, but I really have no idea how to market it. I think you need an agent or maybe just look into submissions to festivals. The season is upon us so I think it's too late for this cycle.
Susan

**BRYAN GIBBS** | Office of Susan Sarandon

[Quoted text hidden]

27/01/2023, 00:35
Gmail - Fwd: 15th GAIFF Parajanov's Thaler, a Lifetime Achievement Award
Case 1:22-cv-06401-JLR-SN   Document 62-2   Filed 01/26/23   Page 6 of 6

 **DVF Films <davincifilms.productionoffice@gmail.com>**

## Fwd: 15th GAIFF Parajanov's Thaler, a Lifetime Achievement Award

**Bryan Gibbs** <sillygooseemail@gmail.com>  Mon, Apr 16, 2018 at 10:23 PM
To: DVF Films <davincifilms.productionoffice@gmail.com>
Cc: David Shara <davidshara@me.com>, David Shara <davidshara@mac.com>

Hi There,

Susan was thinking about 3.5 feet tall for the prints. Would that work?

**BRYAN GIBBS** | Office of Susan Sarandon

[Quoted text hidden]