# EXHIBIT 3

Translation of entire National TV Armenia segment Post Factum—David Shara and Tigran Tsitoghdzyan interviewed announcing distribution plans—Trailer of Film broadcast.

I, Larisa Khazhakyan, swear that I am fluent in Armenian, Russian and English languages, and that the following translation of the *Post Factum* TV segment in Armenian is truthful and faithful to the original to the best of my abilities.

Sign [signature]

Name and surname: Larisa Khazhakyan

Address: 41 Rue Du Montparnasse, 1002, Paris, France, 75014

Phone number: +1 929 258 8241


**00:13.2 Journalist:** Academy award winning actress Susan Sarandon starred in a movie about an Armenian painter.

**00:22.3 Tigran Tsitoghdzyan:** I'm doing the opposite. I want to slow down the process.

**00:25.5 Journalist (translating for Susan Sarandon):** And what is it that is missing that you would add right now?

**00:29.5 Journalist (translating for Tigran Tsitoghdzyan):** Everything is missing

**00:34.8 Text on the screen:** The Week Post Factum

**00:36.8 The Host:** And our last story. Academy award winning actress Susan Sarandon starred in a movie about an Armenian painter Tigran Tsitoghdzyan. The movie, which took three years to film, is about Tigran Tsitoghdzyan's incredible work and art. It is a story about a dedicated, hardworking artist who transmits the ancient spirit of the old masters through a unique postmodernist superrealism. The film is scheduled to premiere this fall, and before that an exclusive screening awaits the Armenian audience. Who is Tigran Tsitoghdzyan and why did an Academy Award winning actress star in a movie about him? Presents Vitali Grigoryan.

**01:26.8 Journalist:** This is the model's impression when they see themselves on the artist's canvas. Academy award winning actress Susan Sarandon's encounter with Tigran Tsitoghdzyan turns into a conversation and then a plot, using which a film director Artur Balder was going to shoot a movie.

**01:51:2 Text on the screen:** Illusory Realism

Scanned with CamScanner

01:53.0 Journalist: *American Mirror*. It is a conversation about the elusive perfection of the complex interactions of intellect, aging awareness and beauty.

02:00.2 Journalist (translating for David Shara-The producer of *American Mirror*)- This is not purely a documentary. There is art in this and a story. It's difficult to pin a genre on it. We didn't want to just film talking heads, we wanted to make a movie about Tigran's dreams. But often it's hard to imagine what goes on in his head.

02:18.2 Journalist (translating for Susan Sarandon): It looks like me. It's not that easy to paint me. It is like a photo.

02:23.2 Journalist: The director Artur Balder captured the last three years of Tigran Tsitoghdzyan's creative life, during which the artist brought to life *The Mirrors* series.

02:32.5 Tigran Tsitoghdzyan: I was doing my thing and he was following me and filming everything.

02:37.6 Journalist: Interested in portraiture, modern art and selfies. *American Mirror*. It's Tsitoghdzyan's return to self portrait.

02:46.7 Tigran Tsitoghdzyan: I'm doing the opposite. I want to slow down the process.

02:49.5 Journalist (translating for Susan Sarandon): And what is it that is missing that you would add right now?

02:53.7 Journalist (translating for Tigran Tsitoghdzyan) : Everything is missing

02:56.0 Journalist: In the film there are those whose faces are covered by transparent hands, and it is done with an exceptional photo-accuracy.The last piece from the *Mirror* series will be ready in a few days but before the actress sees herself, the artist will show the piece to the Post Factum audience via skype.

03:13.3 Tigran Tsitoghdzyan: I'm finishing this today. Just a few details...If you see from up close ..Just a few tiny areas that I need to work on.

03:21.2 Journalist: Actress Florence Faivre also starred in the *American Mirror*. She was the first one to appear in Tsitoghdzyan's postmodernist art. This is a movie about

the technical renaissance of Tigran Tsitoghdzyan's art; without commercialism, chasing new trends or imitating anyone. Vitaly Grigoryan, Post-Factum.

**03:46.5 The host**: And finishing…

Scanned with CamScanner













POST FACTUM
ԴԻՏԵՔ ԱՅՍ ԹՈՂԱՐԿՄԱՆԸ

# POST FACTUM

