# EXHIBIT 4

Sworn translation of part of the article referenced.

I, Larisa Khazhakyan swear that I am fluent in Armenian, Russian and English languages, and that the following translation of the article on News.am published in Russian is truthful and faithful to the original to the best of my abilities.

Sign

Name and surname: Larisa Khazhakyan

Address: 41 Rue Du Montparnasse, 1002, Paris, France, 75014

Phone number: +1 929 258 8241

**NEWS.am STYLE journalist** : Last year the film *American Mirror* starring Susan Sarandon and yourself was not included in *The Golden Apricot's* program… Why?

**Tigran Tsitoghdzyan**: The film won first place eight times and is currently nominated at the Melbourne Film Festival…But the organizers at *The Golden Apricot* at first decided that the movie was not good enough for the competition. And then they said "We will show it on the side". Well, we said okay. However, the film director Artur Balder, took the movie out of the screenings completely; we were assigned a weekday at the Cinema House and on top of that it was at 11 am…

**NEWS.am STYLE journalist**: That is too bad. It is a loss for the Yerevan audience. And *The Golden Apricot* didn't gain anything from this either. However, Tigran Tsitoghdzyan is not too upset about this; his artistic life is already busy as it is.

Scanned with CamScanner