# EXHIBIT 5

SMS sent on February 23, 2022, by Susan Sarandon to Plaintiff's counsel, Nathan Aduddell, stating that she might sign the release only to David Shara and Tigran Tsitoghdzyan—conclusively she had never signed it, and placed conditions to something she had agreed on in 2016 and then in 2018, interfering with the Producers Agreement.

**+1 (212) 675-4285**

Text Message
Wed, Feb 23, 10:35 AM

> hey nathan, it's bryan from sarandon's. she had a talk with tigran and might be willing to consider singing the release over to tigran and david.

> That's wonderful news, Bryan. Thank you very much for the update.
>
> Do you or Susan have a preference for the best way to move forward?
>
> If not, I would be happy to relay this message to Tigran and David, so that they could reach out to Susan directly.
>
> Thank you again.

> i think you/arthur need to get with tigran and david and figure it out. whenever you all agree, feel free to reach back out. but we'll only consider if tigran and david approve.