# EXHIBIT 6

Email sent to former Plaintiff's counsel, Nathan Aduddell, by David Shara's counsel on March 1, 2022, stating: "Susan wants nothing to do with your client - to say she hates him is an understatement"

**From:** David Fritz <dfritz@boyarskifritz.com>
**Sent:** Tuesday, March 1, 2022 9:04 PM
**To:** Carl Bedell <carl@carlbedell.com>
**Cc:** Aduddell, Nathan <nathan.aduddell@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>
**Subject:** Re: American Mirror

Hey Nathan - Carl is being kind here - as discussed numerous times with you by phone, <mark>Susan wants nothing to do with your client - to say she hates him is an understatement</mark> after he abused her by email and by phone.

We need to discuss logistics before we obtain her release - I suggest that we do a call with Andrew joining us.

I have a crazy week so let's set a time on Monday or Tuesday next week.

let me know - thanks, David

_____

**David Fritz**
Partner



NEW YORK | LOS ANGELES

Office: 212-920-4925 x102
Mobile: 917-930-0100
dfritz@boyarskifritz.com
www.boyarskifritz.com.com

This email is confidential and may contain privileged information. If you are not the intended recipient, please delete this email and notify us immediately. Any unauthorized use, distribution, alteration or disclosure is prohibited and may be unlawful.