# EXHIBIT 9

False advertisement of a text of Plaintiff as copyrighted by Tigran advertised on his website for years.

**Tigran** Tsitoghdzyan 

But, given that popular scientists such as Dawkins and Hitchens belittle and cajole us to abandon the fallacies of religion, art and philosophy, and to bow without questioning at the feet of the idol of science, probably our society is sick in more than one aspect. Tigran works is a extremely responsibly act of creation. Beyond his overwhelming technic, he shows the scenario of a decadence offering the possibility of redemption in true art, and as a New Old Master a part of our post-critical era of the arts. As literature shows and rediscovers the power of nature and the power of ancient primordial religious codes that conform the true vision of the folks, painting unites the same values from its own perspective

However, the discovery of true art is possible today for our adult observers thanks to a revival that aims to be more than a casual crossroads, but a firm reaction of the will in front of the decadence.

© Copyright Tigran Tsitoghdzyan