# EXHIBIT 10

Invoices 19022 and 19016 specifically related to budgeted, approved of and scheduled Oscar-qualifying theatrical release of the Film in the USA. Theatre in NYC and LA, "Each run of 1 WEEK following the requirements of Theatrical Release as
published by the Academy of Motion Pictures of America on its official site."

**DA VINCI FILMS LLC**
2813 Palisade Avenue, #1
Union City, NJ, 07087
646 726 6264
info@meatpackingproductions.us

# INVOICE

**INVOICE #19016**
DATE: FEBRUARY 7TH, 2019

**TO:**
Accounts Payable
**OPTIMUM DIAMONDS**
576 5th Avenue #1200
New York NY 10036

**FOR:**
PROJECT 'AMERICAN MIRROR'
2019 Securing of Theatres for Oscar-qualifying USA theatrical release of film 'American Mirror' // 1st installment of a total $30000

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| SECURE THEATRE IN NYC, 1 WEEK* | | | 9000 |
| SECURE THEATRE IN LOS ANGELES, 1 WEEK* | | | 6000 |
| *Each run of 1 WEEK following the requirements of Theatrical Release as published by the Academy of Motion Pictures of America on its official site. | | | |
| | | TOTAL | $15000 |

Bank Information:
▉▉▉▉▉▉▉▉
Account number ▉▉▉▉▉▉▉
Routing Number (paper & electronic) ▉▉▉▉▉▉
Routing Number (only wires) ▉▉▉▉▉

**Thank you!**

**DA VINCI FILMS LLC**
2813 Palisade Avenue, #1
Union City, NJ, 07087
646 726 6264

info@meatpackingproductions.us

# INVOICE

**#19022**
DATE: MAY 21ST, 2019
TO BE PAID BEFORE JUNE 21ST, 2019

**TO:**
Accounts Payable
**OPTIMUM DIAMONDS**
576 5th Avenue #1200
New York NY 10036

**FOR:**
PROJECT 'AMERICAN MIRROR'
2019 Securing of Theatres for Oscar-qualifying USA theatrical release of film 'American Mirror' // 2nd and last installment of a total $30000

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| SECURE THEATRE IN NYC, 1 WEEK* | | | 9000 |
| SECURE THEATRE IN LOS ANGELES, 1 WEEK* | | | 6000 |
| *Each run of 1 WEEK following the requirements of Theatrical Release as published by the Academy of Motion Pictures of America on its official site. | | | |
| | | TOTAL | $15000 |

Bank Information:
▬▬▬▬▬
Account number ▬▬▬▬
Routing Number (paper & electronic) ▬▬▬▬
Routing Number (only wires) ▬▬▬▬

**Thank you!**