# EXHIBIT 11

The New York Times request to be informed about NYC theatrical run—thwarting the US Oscar-qualifying theatrical release budgeted and scheduled also the Film was robbed of opportunity.



**MP Production Office <meatpacking.productions@gmail.com>**

## AMERICAN MIRROR // Oscar-winner Susan Sarandon and Armenian painter Tigran Tsitoghdzyan

**Film, Fil** <film@nytimes.com>  Mon, Feb 12, 2018 at 4:56 PM
To: MP Files <meatpacking.productions@gmail.com>

Hi John,

Is this film opening in NY anytime soon?

Thanks,
Sara

[Quoted text hidden]

     MP Production Office <meatpacking.productions@gmail.com>

# AMERICAN MIRROR // Oscar-winner Susan Sarandon and Armenian painter Tigran Tsitoghdzyan

**Film, Fil** <film@nytimes.com>                                                           Tue, Feb 13, 2018 at 4:46 PM
To: MP Files <meatpacking.productions@gmail.com>

Hi John,

We don't consider films for reviews unless they're opening in New York for at least a week. Feel free to get in touch when you secure a NY theater.

Thanks,
Sara

[Quoted text hidden]