

Sarah M. Matz<br>Partner<br>sarah@adelmanmatz.com<br>Dir: (646) 650-2213

March 8, 2023

**VIA ECF**
Hon. Sarah Netburn, U.S.M.J.
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *Arthur Balder v. Susan Sarandon, et al,* Case No.: 1:22-cv-06401-JLR-SN

Hon. Judge Netburn:

    We represent Defendants Susan Sarandon, Honey Shara, David Shara and Tigran Tsitoghdzyan (collectively, "Defendants") in this action. This letter motion is submitted pursuant to I.B. of your Honor's Individual Practices rules and in response to your Honor's so ordered memo endorsement ordering the Defendants to file their motion to dismiss Plaintiff Arthur Balder's ("Plaintiff") Third Amended Complaint (the "TAC") in accordance with the briefing schedule so ordered by Your Honor dated February 13, 2023 [ECF Dkt. No. 69].

    Pursuant to Your Honor's Individual Rules of Practice III(B), memoranda of law in support of or in opposition to motions are normally limited to twenty-five (25) pages. However, the Defendants are in need of additional space to address the breadth of issues set forth in the TAC, which is 287 pages in length [ECF Dkt. No. 62]. As such, the Defendants respectfully request an additional ten (10) pages, for a total of 35 pages for their memoranda of law, so that the Defendants have sufficient space to address all arguments raised in the TAC.

    We greatly appreciate your Honor's time and consideration in this matter.

                        Respectfully Submitted,

                        ADELMAN MATZ P.C.

                        Sarah M. Matz, Esq.

Cc:    Arthur Balder
(via ECF pursuant to Court Authorization)

**Adelman Matz P.C.**
Phone: (646) 650-2207 • Fax: (646) 650-2108

| Mailing: | Office: |
|---|---|
| 1173A Second Avenue, Suite 153 | 800 Third Avenue, Suite 2502 |
| New York, New York 10065 | New York, New York 10017 |