ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, NY 10065
Phone: (646) 650-2207

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 X-------------------------------------------------------------X
 ARTHUR BALDER,

                           Plaintiff,

                             v.

 SUSAN SARANDON, DAVID SHARA, HONEY
 SHARA, TIGRAN TSITOGHDZYAN,

                           Defendants.
 X-------------------------------------------------------------X

**APPEARANCE OF COUNSEL**

Case No.: 1:22-cv-06401-JLR-SN

To:     The clerk of court and all parties of record

      I am admitted or otherwise authorized to practice law in this court, and I appear in this case as counsel for Defendants Susan Sarandon, David Shara, Honey Shara and Tigran Tsitoghdzyan.

Dated: New York, New York
       March 10, 2023

ADELMAN MATZ P.C.

By:_____
Barry M. Golden, Esq.
1173A Second Avenue, Suite 153
New York, NY 10065
Phone: (646) 650-2207
Email: bgolden@adelmanmatz.com
*Attorneys for Defendants*

To:     All Counsel of Record Via ECF

1