IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————— X

ARTHUR BALDER,

    Plaintiff,

- against- -

SUSAN SARANDON,
DAVID SHARA,
HONEY SHARA,
TIGRAN TSITOGHDZYAN

    Defendants.

———————————————— x

Case No. **1:22-cv-6401**

**DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**

    Plaintiff, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury, as follows:

    1. Defendants included as an Exhibit to Motion to Dismiss ('MTD'), even when it was fully referenced in the body of the Second Amended Complaint ('SAC'), and now included again as part of Exhibit 2 of Doc 74, when that correspondence is also fully included in the Third Amended Complaint ('TAC'), only a part of the correspondence of February 2019. Taking the same leave, we will annex as **Exhibit 1** a true copy of the correspondence of June 2016 exchanged between Plaintiff and Sarandon's

office, referenced in TAC pg. 22 paragraph 26: "**A Letter to M Sarandon with greatest gratitude**" which leaves no doubt as regards to how Plaintiff addressed that Defendant for years, leaving apart many other examples because it would be burdensome for the Court to have to read them now.

2. Annexed as **Exhibit 2** is the MTD's Memorandum of Law Docket Nr. 52 filed on 12/05/2022 as answer to SAC, which shows almost word-by-word equal paragraphs with MTD filed in March 2023 as answer to TAC, proving they leave un-addressed, and ignore complete sets of allegations present in TAC, as detailed in the Opposition to MTD.

3. Since the MTD filed by Defendants as Docket 75 is numbered 36 pages long, and not 35 as it was ordered, Plaintiff has also extended his Opposition to page 36 because he also needed some extra space.

Dated: On April 10, 2023
Respectfully submitted,

                                                    **/s/ ARTHUR BALDER**

                                                    2813 Palisade Avenue
                                                    Union City,
                                                    New Jersey 07087
                                                    Telephone:
                                                    (929) 888-3802