# EXHIBIT 1

True copy of the correspondence of June 2016 exchanged between Plaintiff and Sarandon.

    ARTHUR BALDER <artur.balder@gmail.com>

## A letter for M Sarandon with greatest gratitude //

**Artur Balder** <abalder@meatpackingproductions.us>    Sat, Jun 18, 2016 at 3:58 AM
To: Bryan Gibbs <sillygooseemail@gmail.com>

Dear Brian,

thank you so much for your help assisting us during last weeks. Please below is a letter for Ms Sarandon, if you can forward it to her.
Thank you!


//////////////////////

Dear Susan,

I barely can express my surprise, joy and state of perplexity. I don't want to take too much of your precious time (again), but let me send you a couple of words, just as I feel them welling up.

I've been eking my way in NY since 2009, the year I abandoned definitively Spain trying to start a carrier in filmmaking, after 13 novels published (in Spanish...). Being a Spanish writer with no background in film but a passion, I had to start from the beginning, both also with technical stuff and English language (and with an immigration process...). Writing is a primary sense for me, and when I could not do it in english I felt deeply frustrated, so the way was hard and often darksome. NYC is an interesting city in many aspects, a powerful scenario, a magnet, but it is also true that generally people here are extremely selfish, rude and somehow inhuman. You can see it just walking in the street, how they fight to get first to the subway's entrance, or to get first out of it, to step ahead first... *First, first, first.* All is about being *the first one* at all cost, even when there is nothing to win but much to loose, and, well, at some point you get accustomed to it, entering mechanically into the torrent, the tendency ends up weltering you in, being just another one who does it not only in the street. Class, status, fame are like mystical boundaries that subdue other values, and even common sense. Even more: that applies to an industry, the film and visual one, where the tendency is to superficiality: too much talent undervalued, too much talent overvalued, and where selfishness rises to its apex. Every second you hold a camera is money, every second you sync a mic is money, every person crosses your way wants money. Then you think: 'It is impossible to do something meaningful, meaning things are apparently less profitable, no one care about it.' Film as art has been always difficult, but now at some moments it just seems impossible. And with this 'love' seems also impossible in a society like that, among human beings with such systems of values, since love is the utmost sense of gratitude.

Then in the middle of this panorama of hardening strife, you appeared. I swear that all this 7 years of hard work, deceptions, struggling, fights, few awards and some haters, and other unexpected troubles on the way have paid off the day you decided to come to the set. All this 7 years have had a compensation beyond my expectations as a documentary filmmaker (a very 'misty' and underfed category in the industry), because let me say you are an amazing human being and a professional that is so full of talent and of greatness, that I just, when I saw it with my own eyes and as part of what I am trying to do, was somehow blocked and incapable of assuming it. Really, I request for your pardon if something was wrong or just not good enough. I could not stop the last 24 hours thinking

how could I have done a better work -however I am happy with the footage so far, and you look just terrific.

And all this to say that your personality is tremendously inspiring for me, that there is a lot that you can do and will do and offer as an actress, and I want to say that there are powerful roles that suit perfectly for you, that will have nothing to envy such roles as in films as 'Thelma and Louis'. I see it, very clearly. You are the YOUNGEST person I dealt with in this film, and I think you know what I mean.

I know the last three films you made you worked with three amazing female directors, but just a note to let you know that, although men are generally disastrous and non-multitasked, some could still be considered, :-)

Also if there is anything I could contribute with my skills in order to assist your doings in the campaign for Bernie -Im also a supporter- let me know because I will be at your total disposition. I can help with filming and editing as much as you need, any time, do not hesitate please.

Again I stole too much of your time...!

**With the truest admiration towards your talent and the human being you are, and with love and gratitude,**

Arthur


Writer / Filmmaker / Film-Editor

------------------------------------------------------------------------
************************************************************************
************************************************************************
************************************************************************

This email (and any attachments thereto) is intended only for use by the
addressee(s) named herein and may contain legally privileged and/or
confidential information. If you are not the intended recipient of this
email, you are hereby notified that any dissemination, distribution or
copying of this email (and any attachments thereto) is strictly prohibited.
If you receive this email in error please immediately and permanently delete
the original email (and any copy of any email) and any printout thereof.

************************************************************************
************************************************************************
************************************************************************

M Gmail                                                                                               ARTHUR BALDER <artur.balder@gmail.com>

## A letter for M Sarandon with greatest gratitude //

**Bryan Gibbs** <sillygooseemail@gmail.com>                                                                Tue, Jun 21, 2016 at 9:03 PM
To: Artur Balder <abalder@meatpackingproductions.us>

Thanks Artur, will do.

**BRYAN GIBBS** | Office of Susan Sarandon

On Fri, Jun 17, 2016 at 9:58 PM, Artur Balder <abalder@meatpackingproductions.us> wrote:

> Dear Brian,
>
> thank you so much for your help assisting us during last weeks. Please below is a letter
> for Ms Sarandon, if you can forward it to her.
> Thank you!
>
>
> ////////////////////
>
> Dear Susan,
>
> I barely can express my surprise, joy and state of perplexity. I don't want to take too
> much of your precious time (again), but let me send you a couple of words, just as I
> feel them welling up.
>
> I've been eking my way in NY since 2009, the year I abandoned definitively Spain trying
> to start a carrier in filmmaking, after 13 novels published (in Spanish...). Being a
> Spanish writer with no background in film but a passion, I had to start from the
> beginning, both also with technical stuff and English language (and with an immigration
> process...). Writing is a primary sense for me, and when I could not do it in english I
> felt deeply frustrated, so the way was hard and often darksome. NYC is an interesting
> city in many aspects, a powerful scenario, a magnet, but it is also true that generally
> people here are extremely selfish, rude and somehow inhuman. You can see it just walking
> in the street, how they fight to get first to the subway's entrance, or to get first out
> of it, to step ahead first... *First, first, first.* All is about being *the first one* at
> all cost, even when there is nothing to win but much to loose, and, well, at some point
> you get accustomed to it, entering mechanically into the torrent, the tendency ends up
> weltering you in, being just another one who does it not only in the street. Class,
> status, fame are like mystical boundaries that subdue other values, and even common
> sense. Even more: that applies to an industry, the film and visual one, where the
> tendency is to superficiality: too much talent undervalued, too much talent overvalued,
> and where selfishness rises to its apex. Every second you hold a camera is money, every
> second you sync a mic is money, every person crosses your way wants money. Then you
> think: 'It is impossible to do something meaningful, meaning things are apparently less
> profitable, no one care about it.' Film as art has been always difficult, but now at
> some moments it just seems impossible. And with this 'love' seems also impossible in a
> society like that, among human beings with such systems of values, since love is the
> utmost sense of gratitude.
>
> Then in the middle of this panorama of hardening strife, you appeared. I swear that all
> this 7 years of hard work, deceptions, struggling, fights, few awards and some haters,
> and other unexpected troubles on the way have paid off the day you decided to come to
> the set. All this 7 years have had a compensation beyond my expectations as a
> documentary filmmaker (a very 'misty' and underfed category in the industry), because
> let me say you are an amazing human being and a professional that is so full of talent

and of greatness, that I just, when I saw it with my own eyes and as part of what I am trying to do, was somehow blocked and incapable of assuming it. Really, I request for your pardon if something was wrong or just not good enough. I could not stop the last 24 hours thinking how could I have done a better work -however I am happy with the footage so far, and you look just terrific.

And all this to say that your personality is tremendously inspiring for me, that there is a lot that you can do and will do and offer as an actress, and I want to say that there are powerful roles that suit perfectly for you, that will have nothing to envy such roles as in films as 'Thelma and Louis'. I see it, very clearly. You are the YOUNGEST person I dealt with in this film, and I think you know what I mean.

I know the last three films you made you worked with three amazing female directors, but just a note to let you know that, although men are generally disastrous and non-multitasked, some could still be considered, :-)

Also if there is anything I could contribute with my skills in order to assist your doings in the campaign for Bernie -Im also a supporter- let me know because I will be at your total disposition. I can help with filming and editing as much as you need, any time, do not hesitate please.

Again I stole too much of your time...!

**With the truest admiration towards your talent and the human being you are, and with love and gratitude,**

Arthur


Writer / Filmmaker / Film-Editor











----------------------------------------------------------------------
**********************************************************************
**********************************************************************
**********************************************************************

This email (and any attachments thereto) is intended only for use by the
addressee(s) named herein and may contain legally privileged and/or
confidential information. If you are not the intended recipient of this
email, you are hereby notified that any dissemination, distribution or
copying of this email (and any attachments thereto) is strictly prohibited.
If you receive this email in error please immediately and permanently delete
the original email (and any copy of any email) and any printout thereof.

**********************************************************************
**********************************************************************
**********************************************************************