# EXHIBIT A

| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
|---|---|
| To: | CourtMail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:22-cv-06401-JLR-SN Balder v. Sarandon Notice (Other) |
| Date: | Tuesday, April 11, 2023 9:27:27 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

### Notice of Electronic Filing

The following transaction was entered on 4/11/2023 at 9:26 AM EDT and filed on 4/10/2023
**Case Name:**        Balder v. Sarandon
**Case Number:**     1:22-cv-06401-JLR-SN
**Filer:**                Arthur Balder
**Document Number:** 76

**Docket Text:**
**NOTICE OF OPPOSITION TO MOTION TO DISMISS IN SUPPORT OF THE THIRD AMENDED COMPLAINT. Document filed by Arthur Balder. (sc)**

**1:22-cv-06401-JLR-SN Notice has been electronically mailed to:**

Sarah Michal Matz     sarah@adelmanmatz.com, 1512073420@filings.docketbird.com, gpadocketing@gmail.com

Barry Maxwell Golden     bgolden@adelmanmatz.com

Arthur Balder     arthurbalderfiles@gmail.com

**1:22-cv-06401-JLR-SN Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/11/2023] [FileNumber=29332568-0] [1a0b978c86dd6f0d882081bcd59c6f3cd9b284e1b833a062602b4bfc99fb289139 9ded228bab6540e284397593f5c6b5fad80dc8802cb3f030054bbe01fdbf4b]]

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:22-cv-06401-JLR-SN Balder v. Sarandon Declaration in Opposition |
| **Date:** | Wednesday, April 12, 2023 2:38:22 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 4/12/2023 at 2:37 PM EDT and filed on 4/12/2023
**Case Name:**        Balder v. Sarandon
**Case Number:**      1:22-cv-06401-JLR-SN
**Filer:**            Arthur Balder
**Document Number:** 77

**Docket Text:**
**DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS re: [76] Notice (Other). Document filed by Arthur Balder. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2).(nb)**

**1:22-cv-06401-JLR-SN Notice has been electronically mailed to:**

Sarah Michal Matz    sarah@adelmanmatz.com, 1512073420@filings.docketbird.com, gpadocketing@gmail.com

Barry Maxwell Golden    bgolden@adelmanmatz.com

Arthur Balder    arthurbalderfiles@gmail.com

**1:22-cv-06401-JLR-SN Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/12/2023] [FileNumber=29342751-0] [530da80f7b55c085eb551ef5fd55fe83decb4d3d65051851447bf926d14a338504

b0276689e313cd2e025bcdd5cfcb841a44498aeab6383bb76dc8d1f03bd956]]

**Document description:**Exhibit 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/12/2023] [FileNumber=29342751-1] [673bfda303f871a3ea3436564120e87802a5e7fe26bf64b9596680e9e048744405ca231b909ed3e7414a0b3b0dd45f223ac81edada911fb46c38cace24b704e3]]

**Document description:**Exhibit 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/12/2023] [FileNumber=29342751-2] [37592efcc72ec7052238779b118fcf89348db42739b8a1a10316619815213d27c71fb051843044cf2f5289afafe72bdcca2c5493260bdc22db1faf297343a2d0]]

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:22-cv-06401-JLR-SN Balder v. Sarandon Memorandum of Law in Opposition to Motion |
| **Date:** | Thursday, April 13, 2023 11:46:08 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 4/13/2023 at 11:45 AM EDT and filed on 4/12/2023
**Case Name:**        Balder v. Sarandon
**Case Number:**        1:22-cv-06401-JLR-SN
**Filer:**        Arthur Balder
**Document Number:** 78

**Docket Text:**
**MEMORANDUM OF OPPOSITION TO MOTION TO DISMISS, IN SUPPORT OF THIRD AMENDED COMPLAINT: re: [73] MOTION to Dismiss Plaintiff's Third Amended Complaint. Document filed by Arthur Balder. (ama)**

**1:22-cv-06401-JLR-SN Notice has been electronically mailed to:**

Sarah Michal Matz    sarah@adelmanmatz.com, 1512073420@filings.docketbird.com, gpadocketing@gmail.com

Barry Maxwell Golden    bgolden@adelmanmatz.com

Arthur Balder    arthurbalderfiles@gmail.com

**1:22-cv-06401-JLR-SN Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/13/2023] [FileNumber=29347662-0] [9fd53ba8b1544a361882d3a7573d89b0eade1295a5463cf8caa6d36bdb2b3e7012

b9bc5852939b929b96d562c84ab05a0f5fae885e188e268b75b713f6601119]]