November 27, 2024

**VIA PRO SE INTAKE**
Hon. Sarah Netburn, U.S.M.J.
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:  *Arthur Balder v. Susan Sarandon, et al*, Case No.: 1:22-cv-06401-JLR-SN

**Hon. Judge Netburn:**

I am the Plaintiff in this action. This letter is respectfully submitted pursuant to I.A of your Honour's Individual Practices.

Firstly, this letter is respectfully submitted to bring to your attention the situation created by comments and declarations made by Defendant Susan Sarandon that wide swaths of the public in our country have considered 'anti-semitic' and 'hatred inciting'. We only reflect on the feelings of the public in general. But this situation only shows us one think: that Defendant Sarandon enjoys practically limitless freedom of speech. I celebrate, not the declarations themselves, at all, but the fact that Sarandon limitlessly enjoys her rights to speech enshrines in our Constitution. I have to recall, however—and a big *however* in this case—that we are in this situation because Plaintiff made use of his freedom of speech, and at that privately, *in front of* Sarandon. The details are very clearly exposed in the final version of the TAC [Third Amended Complaint].

The public does not know, but this Court knows it, what happened when this champion of free speech, Sarandon, received an opinion from someone else like the Plaintiff, making use of his freedom of speech and his right to reply. Sarandon, and on this even Defendant David Shara agreed in written statements, had turned her back on the film before simply because she did not get what she wanted in reality from Tigran Tsitoghdzyan—it was not a good portrait, and it was not a good film. Plaintiff was cancelled, harassed, insulted, and finally has been deprived of distribution of the film 'American Mirror: Intimations of Immortality' for now almost *four* years, simply because Defendant David Shara and Honey Shara decided that it was more important to please Sarandon at all costs, no matter if she was right or not, and even if to please her they had to incur in utter wrongdoing. Money pays for anything, says the old age, and I have submitted also proof that hypocrite Sarandon requested them to pay attorneys for this matter in this Court. [See **Exhibit 1**, Some referenced media examples.]

Second, and most importantly, we want to appreciate the time Your Honour is investing in this case. The last filing from Defendants' attorneys was by the end of May, and the almost six months that have passed since then only prove the earnest intent, the dedication, the extraordinary attention to detail and seriousness in the way Your Honor understands this task and its position in our society. For all this we can only be sincerely thankful.

I wish to remind that the situation orchestrated by Defendants, concerted by Sarandon, has caused catastrophic consequences to Plaintiff's professional and personal life.

That Plaintiff feels he has no rights to opinions. That if he uses such right he must suffer unbearable consequences, and the disproportion of the unbalance in this situation where *rights* are clearly understood as *privileges* for those who aim to manipulate at will the masses—as Sarandon does—for her own publicity self-interest, in reality, and not to foster any comity and conciliatory societal values, on the contrary: a show to sow discord in exchange of headlines to keep the flames of fame running high at all cost.

THEREFORE, Plaintiff beseeches, with utmost respect and most sincere appreciation of Your Honour's time, that Your Honour helps this situation to evolve into a progressing process as soon as she deems it appropriate and proper.

We only wish to make it known that Plaintiff's situation is miserable right now, that his professional life, his financial situation have been shattered by Defendants' coordinated actions under the leadership and overwhelming personal and public power of Defendant Sarandon—whose opinions in the media they feared.

Plaintiff has no doubts as regards to the perception Your Honour obviously has of the responsibility and the importance of her decisions. They have an impact on our society.

Now, more intensely than ever, perhaps, we need to see that fundamental rights are not a privilege of the few—but granted to everyone, without having to deserve retaliation for them, as Plaintiff has been suffering and is suffering. Plaintiff is attempting to recover his dignity, personal and professional, of which he has been deprived by Sarandon, with the help of an impartial Court that raises resolutely to plumb the depth of this iniquity and to quench it.

We immensely, truly and sincerely appreciate your Honour's time and consideration in this matter. We have built an absolute trust in this Court.

Respectfully Submitted,

/s/ Arthur Balder

Cc. All other Parties (via ECF).

# EXHIBIT 1

Some media examples references in the Letter.

**Case 1:22-cv-06401-JLR-SN   Document 84   Filed 11/27/23   Page 4 of 17**



World / Celebrity

# Susan Sarandon says Jewish people are 'getting taste of what it feels like to be Muslim'

*'There are a lot of people afraid of being Jewish at this time, and are getting a taste of what it feels like to be a Muslim in this country,' the actress said at a demonstration*

 BANG! Showbiz

Published Nov 21, 2023  •  Last updated 6 days ago  •  2 minute read

611 Comments



Susan Sarandon speaks onstage during a panel discussion for 'Bombshell: The Hedy Lamarr Story' Premiere during the 2017 Tribeca Film Festival at SVA Theatre on April 23, 2017 in New York City. PHOTO BY JAMIE MCCARTHY /Getty Images for Tribeca Film Fe

Susan Sarandon is being slammed for claiming Jewish people are "getting a taste of what it feels like to be Muslim."



The Oscar-winning actress, 77, controversially made the statement amid the war with Hamas, and has attended a string of rallies in New York tackling the conflict – where she joined in the chant "From the river to the sea".

It is a war cry used by pro-Palestinian activists and Hamas that many have blasted as an anti-Semitic demand for the destruction of Israel.

STORY CONTINUES BELOW

This advertisement has not loaded yet, but your article continues below.

Susan said at a recent demonstration: "There are a lot of people afraid of being Jewish at this time, and are getting a taste of what it feels like to be a Muslim in this country."

She has also come under fire online for retweeting posts on X celebrating Pink Floyd's outspoken frontman Roger Waters, 80, who has spent years being accused of anti-Semitism.

Susan took to X to highlight an appearance by Waters at an event in Uruguay, and resent one post that said: "Despite attempts by the Israeli lobby to cancel the event, Roger Waters of Pink Floyd took the stage in Uruguay, donning a Kufiyyah and advocating for an end to the Israeli genocide in Gaza."

Muslim-American journalist Asra Nomani is among those slamming Susan for her remarks and stance on the war.

She listed the privileges enjoyed by her family in the U.S. after she said on X: "Hi there @SusanSarandon. Let me tell you what it means to be Muslim in America."

The reporter added: "Please don't minimize the experience of Jewish Americans by sanitizing the hell that it is for Muslims living in Muslim countries and vilifying America for the life – and freedoms – she offers Muslims like my family.

"Go, live like a Muslim woman in a Muslim country. You will come back to America and kiss the land beneath your feet."

## RELATED STORIES

 How Israel trains introverted 'weasels' to crack down on Hamas's tunnels

    

27/11/2023, 21:09 'Hurtful': Susan Sarandon Dropped by Agency After pro-Palestinian Speech Ignites Antisemitism Uproar - U.S. News - Haaretz.com

Case 1:22-cv-06401-JLR-SN    Document 84    Filed 11/27/23    Page 6 of 17

SUBSCRIBE NOW FOR FULL ACCESS TO HAARETZ.COM    SUBSCRIBE

Search  LOG IN | SUBSCRIBE NOW | 

Haaretz | U.S. News

# 'Hurtful': Susan Sarandon Dropped by Agency After pro-Palestinian Speech Ignites Antisemitism Uproar

United Talent Agency cut ties with the actress, saying that her statements were 'hurtful to agency employees'; Sparking accusations of antisemitsm, Sarandon defended her comments, saying 'Most people do not have a context of what happened before' October 7 attack

Haaretz   Nov 22, 2023   🔔 Follow

            Zen Read  

Academy Award-winning actress Susan Sarandon is now without representation after being dropped by United Talent Agency in the wake of comments widely seen as antisemitic amidst a surge in anti-Jewish incidents across the United States



**Get news you can trust on Israel, Gaza and the Mideast**

On-the-ground reporting and analysis

SUBSCRIBE

Cancel anytime

Already signed up? Log in

or

27/11/2023, 21:09 Hurtful: Susan Sarandon Dropped by Agency After Pro-Palestinian Speech Ignites Antisemitism Outrage - U.S. News - Haaretz.com

Case 1:22-cv-06401-JLR-SN   Document 84   Filed 11/27/23   Page 7 of 17

## Continue reading this article for free
Register with your e-mail address

Email *

Sign Up

We will send you a daily email with articles you actually want to read. By signing up, you agree to Haaretz's terms and conditions

## Comments

Name

Get a nickname

Enter the commenter display name

Comment

27/11/2023, 21:09 Hurtful' Susan Sarandon Dropped by Agency After pro-Palestinian Speech Ignites Antisemitism Outrage - US News - Haaretz.com

Case 1:22-cv-06401-JLR-SN   Document 84   Filed 11/27/23   Page 8 of 17

**SUBSCRIBERS JOIN THE CONVERSATION FASTER**
Automatic approval of subscriber comments.

**SUBSCRIBE**

Already signed up? LOG IN

Sort comment by  Newest first ▼

**7**  **Haim BenDaoud**  13:06 24.11.2023

👍 7    👎 2

As a Jew who grew up speaking Arabic , who left my country not my choice but by necessity to be able to live and breathe as a normal human being , October 7 only surprised me in one way not the hateful acts of the Hamas people but the useless defenses of the border by Israel failing to stop them . I grew up everyday meeting the antisemitism and the hate of Arabs and Muslims . Although of Arabic language myself, to them I never was an Arab only a Jew and they never referred to me as anything than a Yihiudi and only Yihudi was I ever called . The hate was a daily encounter frrom age 5 when I was slapped violently and called Yihudi to age 17 when i left for Europe first and then America. Today after over 50 years nothing has changed as when i have visited Arab countries and I pas as a generic Mohamed and engage in conversations them thinking am an Arab Muslim I hear horrors about what they would do the Jews including from the ones that claim being moderates .

Report

**6**  **Nu Shoyin**  01:51 23.11.2023

👍 12    👎 31

If you are on the Left, and the events of October 7th didn't deeply shaken you and made you doubt some of the assumptions about Israeli enemies by which you lived, then you are rotten to the core. If on the other hand, after October 7th you moved to the middle and understood that some people can be poor, miserable, and still wicked, and in such a case deserve no sympathy, you are a mensch.

27/11/2023, 21:09 Hurtful, Susan Sarandon Dropped by Agency After Pro-Palestinian Speech Ignites Antisemitism Furore - U.S. News - Haaretz.com

Case 1:22-cv-06401-JLR-SN Document 84 Filed 11/27/23 Page 9 of 17

Report

**Dormus Jessop** 02:46 23.11.2023 →*Nu Shoyin*

👍 33   👎 10

Where were you before Oct 7 NU? 6,407 Palestinian's were killed between Jan 1 2008 and Sept 19 2023 vs 308 Israeli's? The Palestinian death total was over 5 times as many killed on Oct 7. Palestinian deaths were 20 to 1 vs Israeli deaths, over that time period! If that didn't deeply shake you about Palestinian deaths you are rotten to the core yourself? If on the other hand you changed your assumptions, that poor people can be made miserable by wicked Occupiers and their IDF jailers who give no sympathy. No conundrum in thinking you would or could understand it. Makes it easy to disqualify you of being a Mensch!

Reply                                                                                   Report

5   **Not too smart** 01:18 23.11.2023

👍 24   👎 7

All these firings...will give credence to those who say " tell me who you can not criticize and I will tell you who rules over you" I wish all these unwarranted firings will stop and will be reserved only to the true racists

Report

**William** 05:34 23.11.2023 →*Not too smart*

👍 2   👎 6

Voltaire quote !

Reply                                                                                   Report

**Don O.** 10:41 23.11.2023 →*Not too smart*

👍 4   👎 1

"Enlightenment-era writer Voltaire did not say this. The quote, which was paraphrased, comes from a 1993 radio broadcast by Kevin Alfred Strom, who has been identified as a neo-Nazi by organizations that monitor hate groups."

Reply                                                                                   Report

27/11/2023, 21:09 Hurtful: Susan Sarandon Dropped by Agency After pro-Palestinian Speech Ignites Antisemitism Anger - US News - Haaretz.com

Case 1:23-cv-06401-JLR-SN Document 84 Filed 11/27/23 Page 10 of 17

**4**  **Brent** 01:16 23.11.2023

👍 3   👎 7

Could have agreed had Rashida Tlaib said, "From the river to the sea all will be free",

Report

**3**  **Lorraine** 18:49 22.11.2023

👍 28   👎 11

I agree with Susan Sarandon about the general American ignorance of the travesty of the settlement enterprise/occupation--but here is her unacceptable statement: "*There are a lot of people that are afraid of being Jewish at this time, and are getting a taste of what it feels like to be a Muslim in this country, so often subjected to violence*." - Why on earth should Jews or anyone in the US get a taste of discrimination against Muslims? We should be trying to get rid of the latter problem, not giving a taste of it to anyone else. And why US Jews?—who in the US are widely liberal and have worked hard for liberal causes for years - and many of whom grew up with Holocaust survivors and themselves already suffer a very high degree of discrimination (such as being long denied entry to Princeton eating clubs which Palestinian student Edward Said was allowed to join, or more recently, the synagogue shootings). That part of Sarandon's commentary which I noted is disgraceful.

Report

↳ **Dormus Jessop** 19:17 22.11.2023 →*Lorraine*

👍 35   👎 17

Agreed. She should have qualified it and said Zionists who are unquestioning supporters of Israeli fascism. Those who send money to Israel for illegal "settlement" building and lobby for US tax dollars that support Apartheid. Along with holding Israeli "experts" to account on MSM, when they spew falsehoods!

Reply                                                                 Report

**David** 00:01 23.11.2023 →*Lorraine*

👍 8   👎 8

"Why on earth should Jews or anyone in the US get a taste of discrimination against Muslims?"

Why indeed. Simple -- because according to Sarandon and so many others, Israel and Jews are one and the same, and Jews and Israel are one and the same.

Sarandon's statement brings to mind the Jewish students who were humiliated by an instructor at Stanford, told to stand in the corner to supposedly demonstrate what "Israel does to Palestinians."

This is why the oft-repeated protest "but we're not being antisemitic," rings so hollow. It's worse than mere insensitivity (which itself is pretty bad).

Reply                                    Report

**Lorraine** 04:35 23.11.2023 →Lorraine

👍 9    👎 4

As one who has opposed the settlements/occupation for over half a century and is aghast at the brutality fostered by the current Israeli government--but who, at the same time, grew up with a Holocaust survivor and surrounded by many other survivors (along with many wrenching moments) and witnessed a lot of discrimination against us in the US (as late as the 1970s my family was refused a place in a Connecticut restaurant on the grounds that the restaurant "didn't serve Hebrews")--I take offense at anyone giving us lessons in suffering--which is what Sarandon's wording was all about. But--at the same time I understand the anger of Palestinians at the unjust treatment they have received over the years. I am angry about that. There are many complexities in this story which require better wordsmiths than Susan Sarandon, but the complexities have to be dealt with and faced. And this includes moving Jews in the Diaspora and Israel to contest the settler/occupation enterprise.

Reply    Read more

2    **Dormus Jessop** 15:46 22.11.2023

👍 65    👎 25

27/11/2023, 21:09 Hurtful: Susan Sarandon Dropped by Agency After pro-Palestinian Speech Ignites Antisemitism Furor - US News - Haaretz.com

Case 1:22-cv-06401-JLR-SN   Document 84   Filed 11/27/23   Page 12 of 17

Weaponized anti Semitism strikes again! Does Sarandon's brave stand and UTA banishment prove the trope of Jewish/Zionist power in Hollywood is fact? The last paragraph puts the hasbara writers screed into focus. "There is plenty of room for Israel criticism" Where? When? The least criticism is attacked! "Doesn't provide celebrities with an open license to wage unfair accusations against Israel, such as of accusing it of Apartheid and Genocide". Why" The UN, Human Rights Watch and Amnesty International, all accuse Israel of these very facts, rightfully so! Israel's Ministry of Truth's army of Zionist "Baghdad Bob's" cannot hide the facts any longer. Jesus the man said when denouncing the money lenders and religious leaders said " A hypocrite is a person who focuses on another persons crime and refuses to look at his own". ADL, Bnai Brith, UTA, JTA, Spy Glass media group, the IDF and Knesset are card carrying HYPOCRITES, AN ZIONIST FASCISTS! Hurt feelings or not!

Report

**James** 16:02 22.11.2023 →*Dormus Jessop*

👍 19   👎 50

Btw dorky biblical research has shown that the Jesus money lender story was inserted hundreds of years after the original text was written. It was an overt act of antisemitism by early Christians. So you're an antisemite quoting antisemites.

Reply                                                            Report

**Dormus Jessop** 16:05 22.11.2023 →*Dormus Jessop*

👍 55   👎 11

False! Where is your denouncement of Ben Gvir, Smotrich, Bibi and every other IDF and political leader of Israel past and present? Any and All legitimate criticism of Israel pales in comparison!

Reply                                                            Report

**Ben Alofs** 16:16 22.11.2023 →*Dormus Jessop*

👍 57   👎 12

James, can you be specific, please. What in Susan Sarandon's comments/speech is "clearly antisemitic"?

27/11/2023, 21:09 Hurtful: Susan Sarandon Dropped by Agency After pro-Palestinian Speech Ignites Antisemitism Chapter - US News - Haaretz.com

Case 1:22-cv-06401-JLR-SN   Document 84   Filed 11/27/23   Page 13 of 17

Reply                                                                   Report

**t.h.**  16:58 22.11.2023  →*Dormus Jessop*

👍 45     👎 15

Well James, leaving all your other raving aside, Sarandon made her remarks in the U.S., and (up to now, and leaving aside the possibility that Bibi's pal Trump gets elected) she's entitled to free speech. Free speech. What a concept, eh, unlike Israel, where the mildest criticism of Israel's genocide can (and has) led to detention.

Reply                                                                   Report

**Dormus Jessop**  14:56 23.11.2023  →*Dormus Jessop*

👍 11     👎 4

Dorky Biblical research like Gods gift of Judea and Samaria James? Giving ownership to his favorite humans, or in Rabbinical law the "ONLY Real Humans". Who made a "promised land" on a planet billions of years old 6000 years ago is the height of insanity! We ALL CAME OUT OF AFRICA! WE ARE ALL OF THE SAME RACE. THE HUMAN RACE!

Reply                                                                   Report

1   **Radu**  14:43 22.11.2023

👍 18     👎 50

Actors are not smart people.

Report

↳   **Dormus Jessop**  16:01 22.11.2023  →*Radu*

👍 44     👎 17

Oh counterair! Actors, Artists, Poets, Writers and Philosophers have been more important for democracy, freedom and truth than any army or general! Pablo Picasso's anti war painting Guernica showing the horror and chaos of war, paints a picture as powerful as any speech or reams of rhetoric! Gaza today would make a Picasso like artist put tears, trauma, death and

27/11/2023, 21:09 Hurtful: Susan Sarandon Dropped by Agency After pro-Palestinian Speech Ignites Antisemitism Outrage - US News - Haaretz.com

Case 1:22-cv-06401-JLR-SN    Document 84    Filed 11/27/23    Page 14 of 17

hopelessness onto canvas to show the reality of the IDF scorched earth policy! Will any Zionists look and weep?

Reply                                                                                    Report

**Dr Hackenbush** 16:06 22.11.2023 *Radu*

👍 33    👎 17

I wonder how you'd react if someone wrote that Israelis are not smart people?

Reply                                                                                    Report

**Oscar** 23:11 22.11.2023 *Radu*

👍 13    👎 3

That is a sweeping generalization that reeks of ignorance.
It is doubtful that intelligence of actors is any less or greater than the general populace.

Reply                                                                                    Report

**Nu Shoyin** 02:01 23.11.2023 *Radu*

👍 1    👎 9

It is not a question of smartness. It is more a question of being a practical and a realistic person. Most individuals that engage in art, tend to be less practical and less realistic. They tend to be more of a dreamer. That is why they are poor at judging the reality, and good at dreaming a future that is different from the present.

Reply                                                                                    Report

**Malachite Green** 11:20 24.11.2023 →*Radu*

👍 4    👎 2

Does that include Israeli actors?

Reply                                                                                    Report

**Dr Hackenbush** 13:59 24.11.2023 →*Radu*

👍 2    👎 1

27/11/2023, 21:10 Susan Sarandon grilled for claiming antisemitism shows Jews 'what it feels like to be a Muslim' | KECI

Case 1:22-cv-06401-JLR-SN    Document 84    Filed 11/27/23    Page 15 of 17



# Susan Sarandon grilled for claiming antisemitism shows Jews 'what it feels like to be a Muslim'

by JACKSON WALKER | The National Desk
Tue, November 21st 2023, 2:41 PM EST





FILE - In this Feb. 28, 2019, file photo, actress Susan Sarandon poses for photographers at the photo call for the film 'The Death and Life of John F. Donovan' in Paris. From Ben Affleck and Susan Sarandon to Anna Wintour and Willie Nelson, celebrities lined up to give money to their favorite Democratic presidential candidates. (AP Photo/Michel Euler, File)

    2

NEW YORK CITY (TND) — Actress Susan Sarandon is at the center of controversy this week after downplaying antisemitism in the U.S. to members of a pro-Palestine rally in New York City.

Addressing a crowd through a microphone from the back of a box truck, Sarandon likened antisemitism to the treatment of American Muslims.

"There are a lot of people that are afraid of being Jewish at this time and are getting a taste of what it feels like to be a Muslim in this country, so often subjected to violence," she said. "You don't have to go through the entire history of [Gaza], you can just show the pictures of the babies that have been dying in incubators."

Sarandon has been critical of Israel throughout its war with Hamas. She has frequently shared pro-Palestine content on X, the platform formerly known as Twitter, earning her criticism from a range of Israel supporters.

On Tuesday, the actress was dropped by Hollywood talent agency UTA for the statements she shared in New York City, according to The New York Post.

READ MORE | **Brawl erupts outside Gal Gadot's screening of Hamas attack footage, reports say**

Author Asra Nomani grilled Sarandon over the statements, arguing American Muslims have it far better than those in the Middle East.

"This is a 'taste' of life for a Muslim family in America," Nomani said on X. "Please don't minimize the experience of Jewish Americans by sanitizing the h--- that it is for Muslims living in Muslim countries and vilifying America for the life — and freedoms — she offers Muslims like my family. Go, live like a Muslim woman in a Muslim country. You will come back to America and kiss the land beneath your feet."



Jewish author Ben Freeman said Sarandon's comparison was in poor taste.

### READ THE COMMENTS (2)

"Did @SusanSarandon really say that frightened Jews are 'finally getting a taste of what Muslims feel', when Jews are the most continuously persecuted minority group in the history of mankind?" Freeman asked on X. "Not to diminish the Muslim experiences, but they're not in any way comparable.