USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2023

December 3, 2023

**VIA PRO SE INTAKE**
Hon. Sarah Netburn, U.S.M.J.
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *Arthur Balder v. Susan Sarandon, et al*, Case No.: 1:22-cv-06401-JLR-SN

**Hon. Judge Netburn:**

I am the Plaintiff in this action. This letter is submitted pursuant to I.B. and I.G. of your Honor's Individual Practices rules to request a Settlement Conference presided over by this Court.

The knowledge that your Honor already may have gained as regards to our complaint can only be helpful to all parties. We have read your Honour's "Procedures for Cases Referred for Settlement" and we find it may be important to this case.

Additionally, this would only allow your Honor to gain better insights into the matter of the case that can only complement what has been presented in the TAC [Third Amended Complaint], making her judgement more perfect.

On the other hand, in total absence of any attempts on the other parties to solve the problems they have created unilaterally, a Settlement Conference seems a wise step that can only be helpful, even if unsuccessful, if presided over by someone that may already be familiar with the TAC. Recall that your Honor requested the parties to explore settlement possibilities, and on one last occasion, seeing that Defendants did not do anything, also **ordered** Defendants to meet for settlement with Plaintiff. Plaintiff presented proof that such attempt Defendants' send to Plaintiff barely hours their deadline to answer the Court, i.e. they spurned your Honour's order, showing the determination of Defendants to cause and prolong professional, financial and personal damages on Plaintiff simply because they consider that it is something they can allow themselves to face financially, in total disregard to the situation.

What is true of any case, that a Settlement Conference is more than recommendable, seems to us necessary at this point.

As an update, Defendants have not tried to alleviate or solve any of the issues, since that last-minute attempt that they made in February 2022, and that only because it was part of your Honour's Order.

THEREFORE Plaintiff beseeches the Court to order a Settlement Conference according to her rules and procedures, and that such conference takes place as soon as possible.

We enormously appreciate your Honour's time and consideration in this matter, knowing that unfortunately it may increase the already great burden of work that Defendants are imposing on Defendant and your Honor simply to please their own destructive designs.

Respectfully Submitted,

/s/ Arthur Balder

Cc. All other Parties (via ECF).

---

The parties are directed to email Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov to schedule a settlement conference if they believe it would be productive. The Court is currently scheduling settlement conferences in February 2024 and will likely be unable to accommodate last-minute requests.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: December 19, 2023
New York, New York