December 23, 2023

**<u>VIA PRO SE INTAKE</u>**
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *Arthur Balder v. Susan Sarandon, et al*, Case No.: 1:22-cv-06401-JLR-SN

**TO THE HON. JENNIFER L. ROCHON:**

I am the Plaintiff in this action. This letter is submitted pursuant to I.B. and I.G. of your Honor's Individual Practices rules to request extension of time to file Objections to the Report & Recommendation.

The Report & Recommendation, Docket 86, by Hon. Magistrate Judge Sarah Netburn is dated December 18, 2023. The document states that "Any requests for an extension of time for filing objections must be addressed to Judge Rochon."

Consequently, I submit this letter as a request for an extension of time. I request that written Objection must be filed no later than January 31, 2024.

Plaintiff is a pro se litigant. The complexity of this case is absolutely overwhelming, and it is impossible for us to advance in preparing certain important filings without much more dedication in terms of time that would be otherwise expectable from seasoned attorneys.

Additionally, and playing a very important role in this situation, Plaintiff receives periodical assessment from NYLAG Legal Clinic for pro Se Litigants in the Southern District of New York. As of las weeks, and due to general overburden and the Christmas break, they cannot provide assessment.
At this point Plaintiff cannot get assistance for this Objections from NYLAG before January 17 2024, which leaves a short period afterwards to evaluate, study and complete the Objections we intend to file, since they intend to read and analyse the R&R in connection with the TAC and the Motion to Dismiss filed by Defendants.

As regards to the R&R by Hon. Sarah Netburn, we must state that it is our understanding that magistrate judges and all judges in general at SDNY face great numbers of cases to deal with. Among those, many entail different complexities, and

many, also, may span many years and many details happening over such periods of time. This case is one of such cases, spans many years, different intertwined lines of action, a complex chronology, and although we celebrate and are enormously and sincerely thankful to Hon. Sarah Netburn time and obvious dedication, we think such factors have played a role in the evaluation of some aspects of the Third Amended Complaint.

In short, it is certainly difficult, dealing with many cases, and some of them containing many details and spanning many years, to retain with the same intensity all the details pertaining or affecting each of the claims.

Judges are humans, they know their work is very serious, consequently they face enormous pressure in analysing seriously so many different cases and complexities, and their time and mental focus is not unlimited.

That is why we understand our Objections as an important document to help this Court to visualise certain sets of facts, a document that should clearly summarise and put in context many arguments that reinforce and add clear perspective to some claims, and to try by that to clarify and find a just and more precise understanding of some aspects which we think need to be addressed and view under a more focused spotlight.

THEREFORE Plaintiff beseeches the Court to grant an extension of time to file the Objections no later than January 31, 2024, and to grant the Objections to be up to 60 pages long, or longer, if possible, according to your criteria. In order to address each objection properly, parts of the TAC must be taken into context to make it more streamlined and easier for any reader of the Objections to connect all the facts under that spotlight mentioned before, claim by claim. The length mentioned will only make it easier to understand our arguments.

We enormously appreciate your Honour's time and consideration in this matter.

Respectfully Submitted,

/s/ Arthur Balder

Cc. All other Parties (via ECF).