**Barry M. Golden**
Associate
bgolden@adelmanmatz.com
Dir: (646) 650-2207

December 26, 2023

**VIA ECF**
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

      Re:    *Arthur Balder v. Susan Sarandon, et al*, Case No.: 1:22-cv-06401-JLR-SN

Hon. Judge Rochon:

      We represent Defendants Susan Sarandon, Honey Shara, David Shara and Tigran Tsitoghdzyan (collectively, "Defendants") in this action. This letter is jointly submitted with Plaintiff Arthur Balder ("Plaintiff") (Plaintiff and Defendants collectively, the "Parties") in accordance with the Magistrate Judge Sarah Netburn's report and recommendation (the "R&R") filed on December 18, 2023 [ECF Dkt. No. 86].

      Pursuant to the R&R, the Parties currently have until January 2, 2024, to file their objections to the R&R. However, the Parties respectfully request for an extension of time to file their objections to January 31, 2024, due to the holidays. Additionally, Plaintiff is not able to receive assistance from the New York Legal Assistance Group until mid-January as a result of the backlog from the holidays. This is the first request for an extension of time to file objections to the R&R. The Parties have met and conferred on the matter on December 24, 2023, and all consent to the extension request.

      We greatly appreciate your Honor's time and consideration in this matter, and should the Court need any further information we are happy to provide such.

      Respectfully Submitted,

      ADELMAN MATZ P.C.

      Barry M. Golden, Esq.

Cc:    Arthur Balder (via ECF pursuant to Court Authorization)

**Adelman Matz P.C.**
Phone: (646) 650-2207 • Fax: (646) 650-2108
Mailing:    Office:
1159 Second Avenue, Suite 153    800 Third Avenue, Suite 2502
New York, New York 10065    New York, New York 10022