

**Barry M. Golden**
Associate
bgolden@adelmanmatz.com
Dir: (646) 650-2207

January 3, 2024

**VIA ECF**
Hon. Sarah Netburn, U.S.M.J.
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 219
New York, NY 10007

      Re:   *Arthur Balder v. Susan Sarandon, et al,* Case No.: 1:22-cv-06401-JLR-SN

Hon. Judge Netburn:

      We represent Defendants Susan Sarandon, Honey Shara, David Shara and Tigran Tsitoghdzyan (collectively, "Defendants") in this action. This letter motion is jointly submitted with Plaintiff Arthur Balder ("Plaintiff") (Plaintiff and Defendants collectively, the "Parties") in accordance with your Honor's Initial Pretrial Conference Order (the "Order") filed on December 20, 2023 [ECF Dkt. No. 88].

      Pursuant to the Order, there is an Initial Pretrial Conference currently scheduled for January 10, 2024, at 3:30pm. However, the Parties respectfully request for an adjournment of the Initial Pretrial Conference due to the backlog from the holidays. Additionally, Plaintiff is not able to receive assistance from the New York Legal Assistance Group (the "NYLAG") until mid-January as a result of the NYLAG's backlog from the holidays. This is the first request for an adjournment of the Initial Pretrial Conference. The Parties met and conferred on the matter on January 2nd and 3rd, and all consented to the adjournment request. In accordance with your Honor's Individual Part Rules Section I(g), the Parties propose February 20, 2024, and February 28, 2024, as alternative dates for the Initial Pretrial Conference.

      We greatly appreciate your Honor's time and consideration in this matter, and should the Court need any further information we are happy to provide such.

      Respectfully Submitted,

      ADELMAN MATZ P.C.

      Barry M. Golden, Esq.

Cc:    Arthur Balder (via ECF pursuant to Court Authorization)

**Adelman Matz P.C.**
Phone: (646) 650-2207 • Fax: (646) 650-2108
Mailing:    Office:
1159 Second Avenue, Suite 153    800 Third Avenue, Suite 2502
New York, New York 10065    New York, New York 10022