UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ARTHUR BALDER,

                                          **Plaintiff,**                                    **22-CV-06401 (JLR)(SN)**

            -against-                                    **SETTLEMENT CONFERENCE ORDER**

SUSAN SARANDON, et al.,

                                          **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Wednesday, February 28, 2024, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. In light of Plaintiff's request at ECF No. 93, the settlement conference will be in-person unless Defendants make an application establishing good cause to hold the conference remotely. Additionally, the initial pretrial conference is adjourned. If the parties do not reach an agreement at the February 28, 2024 settlement conference, the Court will reschedule the initial pretrial conference at that time.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by

2

Wednesday, February 21, 2024. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 92.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   January 4, 2024
         New York, New York

2