USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2024

January 11, 2024

**VIA ECF**
Hon. Sarah Netburn, U.S.M.J.
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 219
New York, NY 10007

  Re: *Arthur Balder v. Susan Sarandon, et al*, Case No.: 1:22-cv-06401-JLR-SN

Hon. Judge Netburn:

  We represent Defendants Susan Sarandon, Honey Shara, David Shara and Tigran Tsitoghdzyan (collectively, "Defendants") in this action. This letter is submitted pursuant to paragraph 5 of your Honor's Procedures for Cases Referred for Settlement To Magistrate Judge Sarah Netburn.

  There is a settlement conference currently scheduled for February 28, 2024, at 2:00pm (the "Settlement Conference"). Defendants Honey Shara, David Shara and Tigran Tsitoghdzyan will be attending in person. However, the Defendants respectfully request permission for Defendant Susan Sarandon to appear at the Settlement Conference by telephone, as she will be out of the country on that day. As such, it would be a great hardship for Ms. Sarandon to have to appear at the Settlement Conference in person. We therefore respectfully request that Ms. Sarandon be allowed to appear virtually.

  Our office will be attending in person and will have settlement authority for Ms. Sarandon. Should your Honor also require it, another member of Ms. Sarandon's legal team can attend the Settlement Conference in person as well.

  We greatly appreciate your Honor's time and consideration in this matter, and should the Court need any further information we are happy to provide such.

            Respectfully Submitted,

---

Defendant Susan Sarandon may appear by phone for the February 28, 2024 settlement conference. The Court has considered Plaintiff Balder's letter at ECF No. 97 opposing Sarandon's request. Because Sarandon will be out of the country on February 28, 2024, Defendants have established good cause for Sarandon to appear virtually. Balder's objections to Sarandon's virtual appearance are therefore OVERRULED.
**SO ORDERED.**

                SARAH NETBURN
                United States Magistrate Judge

Dated: January 12, 2024
New York, New York