February 9, 2024

**VIA PRO SE INTAKE**
Hon. Sarah Netburn, U.S.M.J.
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: <u>*Arthur Balder v. Susan Sarandon, et al*</u>, Case No.: 1:22-cv-06401-JLR-SN

**TO THE HONOURABLE U.S. MAGISTRATE JUDGE SARAH NETBURN:**

I am the Plaintiff in this action, and we hope this letter finds you well.
This letter is submitted pursuant to I.B. and I.G. of your Honour's Individual Practices rules to request permission for Plaintiff's *Ex Parte* Settlement Letter for the Settlement Conference to be up to fifteen (15) pages long instead of up to five (5).

In attempting to prepare it, Plaintiff is finding it important schematically and in a structured manner to address the points Your Honour's clarifies on section "(3) *Ex Parte* Settlement Letter" of the "Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn". There it is written that extension will "five (5) pages, unless permission to do so has been sought and granted by the Court".
Plaintiff is very aware of the value of being precise, but even being precise it is clear to him that a five pages limitation leaves too many important things outside the scope, and is detrimental for the Mediator and the Settlement Conference itself ultimately.

This can only make the Mediator's efforts much more easier and clear, which is Plaintiff's only intention.

Therefore Plaintiff beseeches the Court to grant permission to file his *Ex Parte* Settlement Letter with an extension no greater than fifteen (15) pages.

---

Plaintiff's request is DENIED. Both parties' *ex parte* settlement letters shall not exceed 5 pages. To the extent that Plaintiff is unable to include every detail or argument in his letter, he will have the opportunity to explain his position fully at the settlement conference.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: February 13, 2024
New York, New York