UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------X
ARTHUR BALDER,

                                                            **Case No.: 1:22-cv-06401-JLR-SN**

                      Plaintiff,

                         v.                              **DECLARATION OF PLAINTIFF IN SUPPORT OF HIS OBJECTIONS TO THE REPORT AND RECOMMENDATION**

SUSAN SARANDON, DAVID SHARA, HONEY SHARA, TIGRAN TSITOGHDZYAN,

                    Defendants.
X------------------------------------------X

       ARTHUR BALDER, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury, as follows:

       I am the Plaintiff in this action. I submit this declaration in support of our Objections to the Report and Recommendation dated December 18, 2023, by the Honourable Sarah Netburn, recommending that Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint (the "TAC") be denied in part.

       Annexed hereto are the **Exhibits**, numbered one (1) to thirteen (13). Each exhibit is explained and referred to in the Objections.

       I declare under penalty of perjury that the foregoing is true and correct.

       Executed on February 16, 2024, in New York, New York.

                                                                          /s/ Arthur Balder