# EXHIBIT 2

Transcription with timestamp of WhatsApp Messages exchanged between plaintiff and partner David Shara 2/28/2019, also on 4/15/2019 [pages 2 to 6].

D. Shara to Plaintiff:

"**Be careful with Susan. She can ruin you**."

"**we** do not need her as an enemy"

"**she will make a lawsuit against us** and ruin your dream"

"the way you write to Susan **and Tigran** is

 unacceptable" "I **cannot** work with you anymore"

"**Cancel the film festivals**"

"**you are right about many things**"

Transcription with timestamp of WhatsApp Messages exchanged between plaintiff and partner David Shara 2/28/2019, also on 4/15/2019 [pages 2 to 6].

[2/28/19, 02:37:10] David Shara: Please give me a call when you wake up, you need to be careful with Susan. She can ruin you

[2/28/19, 02:37:34] David Shara: I want to call her and try and straighten things out, we do not need her as an enemy and it is not smart the way you were treating her

[2/28/19, 02:51:46] David Shara: You cannot write this stuff, she will make a lawsuit against us and ruin your dream, this set of emails is unacceptable

[2/28/19, 02:52:06] David Shara: I read the emails, that is not ok

[2/28/19, 09:20:51] David Shara: Missed voice call

[2/28/19, 09:21:15] David Shara: I'm going to sleep, I'm flying tomorrow

[2/28/19, 09:21:40] David Shara: You need to write the nicest, most sincere apology in the world [

2/28/19, 09:21:49] David Shara: What you wrote is terrible [2/28/19, 12:00:24] AB: I have been treating her the 'smart' way for years, and the result has been that we have nothing, not even a well deserved respect. She's been doing all she can passively to curtail our possibilities of success. Only things have been going in an unexpected direction, despite what she expected after 'leaving all in the lurch'.

What I wrote is the truth. She has been humiliating our work for years, and the last thing is to spite on the Parajanov Vartanov Prize. We've been treating her with silken gloves, all what for? To be slapped with a bunch of overacted statements the day I step in and ask WHAT'S GOING ON? How is it that she send to me such a disgraceful note. Why? It is very clear why. Very unfair. I sent the entire documentation and the entire emails exchange as it is. Too long for Wahtsup, you have now the emails. You should read them to get a chronological picture of the facts regarding this conversation.

There were no other WhatsApp messages exchanged until April. Transcription of 4/15/2019:

[4/15/19, 12:12:32] David Shara: Unfortunately we are not able to continue our relationship [4/15/19, 12:12:54] David Shara: The way you write to Susan and Tigran is unacceptable [4/15/19, 12:15:33] David Shara: I cannot work with you anymore

[4/15/19, 12:16:04] David Shara: The other projects can never be exposed to the angry hateful words you spew at people

[4/15/19, 12:16:12] David Shara: It is unacceptable

[4/15/19, 12:41:17] AB: We will have to talk.

[4/15/19, 12:41:33] David Shara: Speak to my mother

[4/15/19, 12:41:41] David Shara: I am too upset to talk

[4/15/19, 12:41:57] David Shara: You are too much for me

[4/15/19, 12:42:15] AB: So do I am, but we have to face the facts.

[4/15/19, 12:42:17] David Shara: I cannot do any other work together

[4/15/19, 12:42:38] David Shara: I'm finished with this project and the others

[4/15/19, 12:42:48] David Shara: Cancel the film festivals

[4/15/19, 12:42:55] David Shara: I do not care about them

[4/15/19, 12:42:59] David Shara: It's not ok

[4/15/19, 12:43:34] AB: I cannot read the mind of people. You should have speak also sooner, if your ideas had changed, because in January you said other things.

[4/15/19, 12:43:49] AB: What is not OK?

[4/15/19, 12:44:01] David Shara: And you wrote terrible things without asking me

[4/15/19, 12:44:11] David Shara: Speak to my mother

[4/15/19, 12:44:35] AB: Why should I ask you about something that is connected with the way others were treating my work of 4 yours?

[4/15/19, 12:44:41] David Shara: The email u wrote to Susan and the way u treat Tigran is unacceptable

[4/15/19, 12:45:06] David Shara: Call honey

[4/15/19, 12:47:46] AB: The way I treat Tigran, no idea what's that. I was making a film about a painter, and the painter doesn't want to be shown painting an artwork. That's practically

sabotage. Then we have to press him to help with launching of the film festival

circuit. Then we have to avoid the 'real part' of his life, he dealing with his condition

of the mediterranean fever, etc every month, or at least that he says. I have to get a good film while this capricious attitude contribute to limit all possibilities of getting what the audience expect: show the artist in his entirety. Practically sabotage, and despite that I got what I got.

[4/15/19, 12:50:02] AB: Regarding Susan: unacceptable that she treats a film this way after even getting a recognition thanks to my work. It is unacceptable, the things I wrote are perfectly and fully appropriate, and I made myself responsible of them. We were one day after that exchange of opinions as we had been three months before, six months before, or one year before.

[4/15/19, 12:55:27] AB: By the way: new projects. The Nazi propaganda project is about self-respect, and how to deprive people of it, and all you say and do now is just designed to undermine my professional possibilities just because I had self-respect. This is absolutely outrageous.

[4/15/19, 12:56:11] David Shara: Sorry, not interested

[4/15/19, 12:56:24] David Shara: You cannot write that shit to Susan

[4/15/19, 12:56:28] David Shara: How dare u

[4/15/19, 12:56:41] David Shara: You embarrassed yourself and all of us

[4/15/19, 12:56:48] David Shara: Beyond reproach

[4/15/19, 12:57:24] AB: I do believe professional standards are universal, and a celebrity doesn't have the right to go to these lengths as she went.

[4/15/19, 12:58:18] AB: Humans beings deserve respect, and also their work, and she manifestly showed the polar opposite.

[4/15/19, 12:58:38] David Shara: U can never take it back

[4/15/19, 12:58:54] AB: Take what? I want to understand it...

[4/15/19, 12:59:22] AB: "It", the film is already done.

[4/15/19, 12:59:19] David Shara: She never signed up for any of that, you were lucky enough to get her to sit for you and be filmed, but she did not want anything to do with the project. In your head you made it that she was a part of this project, but she is a busy and famous woman and you twisted it around

[4/15/19, 12:59:35] David Shara: Speak to my mom, I'm done

[4/15/19, 12:59:54] AB: "in my head", no, in the emails.

[4/15/19, 13:01:04] AB: She not only showed up knowing the camera was meant to be used, also knew the final result, consented to the use of her image, considered for 3 months going to Armenia's Yerevan film festival, and a long etc.

[4/15/19, 13:01:17] AB: She is just a hypocrite.

[4/15/19, 13:04:31] AB: Then tell me: Why then than 'busy and famous woman', as you mainly describe her, came to the shooting of a film, knowing the camera, setting, etc, if not to be part of it?

[4/15/19, 13:04:58] AB: That's what I asked, simply, asked her. Can you answer that...? [4/15/19, 13:05:18] AB: Of course you can. [4/15/19, 13:07:08] AB: You are the [executive] producer of this film, and it is with you with whom now I will have to talk, not with your mom, with all due respect to her of course.

[4/15/19, 13:11:16] David Shara: You told her she only wanted to fuck him and then when she was rejected it all changed

[4/15/19, 13:11:26] David Shara: That's insane and mean

[4/15/19, 13:11:32] David Shara: It's terrible

[4/15/19, 13:11:40] David Shara: Not ok

[4/15/19, 13:11:51] David Shara: You're right about many things

[4/15/19, 13:11:45] AB: I did not say that, ever.

[4/15/19, 13:11:57] David Shara: But not ok

[4/15/19, 13:11:58] AB: Read my email. I asked her what for she came.

[4/15/19, 13:12:04] David Shara: Yes you did

[4/15/19, 13:13:55] AB: With all due respect, David, I demanded an answer from her after telling me 'she has nothing positive to say about my project', yes she did something, and also after saying I needed all possible publicity --not true, we did well without any publicity from her. On the contrary, YOU KNOW she was pretending the film does not exist, looking somewhere else all the time. Then I requested some respect at least for the award she got thanks to US.

[4/15/19, 13:14:52] AB: I did not affirm what for she came, I asked her, and that's an enormous difference.

[4/15/19, 13:15:01] AB: You deleted this message.

[4/15/19, 13:18:03] AB: With at this point almost 20 nominations, close to 15 film festivals, and 7 wins at medium size festivals, she had something positive to say if she were one tenth of the 'socialist' she pretends to be.