# EXHIBIT 3

Plaintiff claims to D. Shara in 2019. It complements Exhibit 1 [Partners' Conversations related to budgets approval and execution for Distribution] after Sarandon's and Tstitoghdzyan's tortious interference with Producers' Agreement and business relations.

On May 6, 2019, D. Shara answers all the continuation of "Production Breakdown 2018" and Plaintiff's claims as follows:

"I will honor my commitments [...]."

This is consequence of:

Producers' Agreement, Terms, ¶ 6:

*"The Director/Producer will inform and discuss any distribution possibilities with the Executive Producer, both being informed in due time to ensure the best performance possible of the business."*



**Arthur Balder <arthurbalderfiles@gmail.com>**

---

## Production Breakdown 2018 (Approximate)

**David Shara** <davidshara@me.com>  Mon, Apr 15, 2019 at 12:21 PM
To: Arthur Balder <arthurbalderfiles@gmail.com>

See my WhatsApp texts...we are finished
No more money, no more projects

Sent from my iPhone
[Quoted text hidden]

[Quoted text hidden]
<AMERICAN MIRROR - Trailer 2019 -Distribution.jpg>

<Invoice-19016.pdf>

<Invoice-19015.pdf>

<Invoice-19014.pdf>


Arthur Balder <arthurbalderfiles@gmail.com>

## Re: Letter from Arthur balder

**Honey Shara** <honeyshara@hotmail.com>  Fri, Apr 26, 2019 at 10:13 AM
To: Arthur Balder <arthurbalderfiles@gmail.com>

Hi Arthur,

I am alone and "holding down the fort" for now.
I started to read your email, and I must correct one point that you made.
I NEVER said that David holds an Israeli passport. He was born in Israel,
but has an American passport. There is a difference.

You have made a lot of valid points, and may be totally justified in feeling the way you do, but unfortunately,
I cannot think of any other solution to allow us as a group to move forward and give the movie the recognition it deserves.

I truly appreciate you, and your sincerity, but sometimes we have to do "that" which will ultimately allow you/us to succeed.

Sincerely,

Honey

---

**From:** David Shara <davidshara@me.com>
**Sent:** Friday, April 26, 2019 5:02 AM
**To:** Honey Shara; Tigran Tsitoghdzyan
**Subject:** Letter from Arthur balder

Hi mom and Tigran
Mom, Did u speak to Arthur Balder?
Let's go over this with Tigran and see if there is a smart
Solution to all of this.
He's a bit nuts, but let's see if there if there is a smart solution
I'm back in civilization, love you guys talk soon

Sent from my iPhone

Begin forwarded message:

> **From:** Arthur Balder <arthurbalderfiles@gmail.com>
> **Date:** April 21, 2019 at 1:37:26 AM GMT+4
> **To:** David Shara <davidshara@me.com>, David Shara <davidshara@mac.com>
> **Subject: Re: Production Breakdown 2018 (Approximate)**
>
> Unfortunately I feel myself obliged to sit down and painstakingly answer your two-lines email and the whatsapp messages you referred to and which I attach to this email. No more whatsapp messages, only emails, as you put in once, for keeping all on the same conversation.
> I'd like to turn away and let all this go, but the only truth is that by doing that the only one who would be truly damaged, and unrighteously, would be I, and I am not going to let it happen.
> This is the result of a most horrible manipulation on the side of those who wage privilege against basics rights such as freedom of speech, and equality-based professional standards particularly in an industry

where fame has been for too long confused with privilege.
There is a moral, a professional and a legal angle, and although they are related to each other, for a better exposition I will try to separate them when possible.

It is the second time that unrighteously the main people involved in this film, and that means you and the child-painter, instill undeserved sadness and stress into my family, and this is the last one this will happen. You act lightly with my dedication, my TIME, my professional principles, my professional well-deserved authority and the right I have to an opinion and to
inquire persons who act morally and professionally dubiously. Beyond that, it is absolutely incredible to see how you give them what they want, how you cooperate, despite being it absolutely unjust and morally abject, denying dignity to me, who have worked and defended your investment.

You have discredited yourself by siding with the 'famous and rich' against my four years of work thanks to which you have been credited as 'producer' (see contract attached signed by you and I). Producing means taking care of daily operations, not only showing up when the awards ring against all sorts of odds (I will explain below the envious child-painter's sabotage of my work). The contract attached is the testimony of it, and it exposes the credits of this film, with which I have acted generously towards you, since you never took the pains of solving the day by day operations in it involved, often disappearing for long months that have brought enormous delays in the making of this film. That contract brings me very bad memories. When I requested that contract, back in September 2016, the child-painter made a drama to make himself look good. I received from him via email outrageous accusations, insults, and even a threat to be physically beaten (you know that), all from the child-painter. And all this, after having presented the first rough cut of the film (which you defined personally as 'very mature'), happened because I just wanted a contract that would put black on white the basic terms. Just for that I was insulted, and you asked me to leave the project, something that was bluntly unjust and underserved. This is, perhaps, your way to please people: acting unrighteously without thinking twice.

**The contract, and the painting it stipulated as a payment back in 2017**

On that contract, which we signed, and I attach it scanned, we agreed on a couple of things.
Beside the credits, it was stipulated that I should receive the portrait of my wife no later than the month of May 2017. The painting arrived by February 2019, and meanwhile I put all my dedication to a successful film festival circuit start, despite all you know. This delay, which is a serious breach of the contract, took place because your child-painter was very busy reading the exhibition for Allouche Gallery, because, as I will explain below, that exhibit meant for him at last becoming independent of David Shara, and he said that. Things went differently, but your contract, and our agreements, were of no value to him: he put the painting to sleep for long periods of time, something that is not only disrespectful, but also a disgustingly conscious breach of the contract. Because, to put it clear, although the frame of time I was being attached to the project was growing and growing longer, the painting measurements were not growing at all, its inches remained the same, the payment remained the same despite the length of the project attachment was much longer.

ON TOP OF THAT, when at last the PAINTING shows up and I see it in person, I clearly see the thing is unfinished. In other words: it had never been a priority, but a side-thing, despite a delay according to the contract of more than one year and several months. But by the contract it is you who are responsible of this, and not him. That's his style.

Should I remind you that he never wanted to sign any contract regarding the use of his image in this film, nor the image of his son...? A mayor mistake.

But it was I who should get the best film possible when the child-painter was literally sabotaging, I repeat, sabotaging, my work, and the production. But you don't care about anything, all is a game for you, and that's why this is not the position of a producer. Producer is someone who necessarily cares about the best result possible, and also someone who defends it against a passive-aggressive sabotage from such an one as the child-painter and also from Sarandon.

The child-painter's sabotage consisted on:
-not to paint an entire artwork for the film (which is more than obviously an attempt to limit the possibilities of the director and producer)
-not to show the 'apparently' Mediterranean fever process by which he falls chronically 'very sick' every month.
-tried to not collaborate on showing the advancements of the film as it started in the festival circuit. I should insist to you, and only then, and not well enough, he did something, for he never granted access to Mia to guarantee a good campaign on social media. DISGUSTING.

The first two points obliged me to get the best film possible out of what I could get and the limitations imposed by a narcissistic, immature child-painter.

In respect to that NOW you need to know a couple of very uncomfortable truths.

**Emails Exchange with Sarandon.**

==I had the professional authority to ask Sarandon what was going on, and I did it in all right and at the right moment, never before.==
It feels just disgusting that I have to 'defend' myself in something that in everybody's eyes is so obvious, where I am the victim of other's privilege. Her assistant called me from no caller ID numbers, something in itself more than weird, if we know that I had their office phone number, and I had used it never in two years but one week previously to these events. I told him about congratulating publicly the award on Sarandon's side, he acknowledged that of course it was possible and logical (poor guy), and then we followed up that phone conversation on emails. when I saw Bryan's answer was showing AGAIN the vagueness of Sarandon in answer concrete questions regarding the award, I asked him what was happening, and why she she acted stranged on the public sphere regarding a film we had asked anything for, and that, despite that, was going very well. I recapitulated the facts: the steps given in previous emails during two years; She saw the rough cut, approved and consented of usage of image; Then the film started with zero help from her. Not needed, neither, if we see the results. **Then this obvious underlying enmity on her side, passive-aggressive, erupted in a most hypocritical manner, because I delineate the weirdness of her attitude in respect to all this facts.** A ==person accustomed to manipulate by privilege, and not the socialist she pretends to be (quite unsuccessfully lately),== she slaps one untruthful statement after the other: that my email is rude, that she doesn't have anything positive to say about my film, that I need as much publicity as possible, that the mixed media doesn't oblige her to do promo. And the 'socialist' trying to tramp down put the foot on a mine. All is false: ==requesting the acknowledgment of the gotten award is not requesting publicity, is requesting a bit of her socialism put in motion towards a bunch of people who, again, have done something positive for her - a film crew and a team.== The mixed media was accepted and she said what measurements to it THROUGH emails coming from MY production office. Giving it back changes nothing BECAUSE there had been enough emails showing her the final cut, telling her about what awards had been won, and she never requested her image to be excarnated from the film in progress. Saying that my email was rude was a scape-goat, because obviously she saw herself caught in a morally dubious attitude, and thought that taking recourse to the fame-privilege would scare me and make me back down. Nothing farer from the reality. Once she signed her communication, I signed mine, and USED MY CONSTITUTIONAL RIGHT TO EXCHANGE PERFECTLY REASONED OPINIONS WITH ANOTHER INDIVIDUAL WHO IS NOT ABOVE THE LAW, but subject to it. With another individual who took the risk of expressing her opinions, and as such who exposed herself to have to listen to mine. ==Sarandon has been making money out of her political and scandalous opinions in the media,== and it is intolerable that she tells me that I should not contact her office unless to tell her where to send the mixed media after sharing bluntly false conclusions. ==In other words, first she sends her opinions, and then she prohibits me to send her mine. And that coming from someone who postulate herself as a progressive and someone who makes WIDE use of her provocative freedom of speech whenever she goes,== including other countries. Abuse of privilege, and absurd, and I don't follow instructions regarding my constitutional rights and freedoms. I ASKED her what for she came, after she expressed such opinions, but I NEVER stated WHY she came to the shooting and ulterior developments. Although we all know WHY.

On several ridiculous, intellectually low sms coming from the child-painter, he stated, ALSO, that he did not want any polemic, only just to tell me his opinion, but that he did not wanted to know mine. Can someone be more stupid? Consequently I answered him that whoever shares an opinion, opens also the door to have to listen the opinion of the other. That if he did not want to hear my opinions he should not contact me, and also added that it was him who started that thread of messages on sms, since I had NOTHING to talk to him.

The child-painter knows this as perfectly as any of you all know it, only that all is about image and hypocrisy: ==he prefers others to think that the superstar came because he is a great painter, and not because she was thinking of something else.== **The problem here is not her intention when she came to the shooting, but the fact that, when she understood that she has nothing to get, she did anything in her power to undermine the film and its team, until the award she got thanks to my work put her on an award position**. I know but too well the truth. YOU TOO, because you yourself stated it in private conversations. The superstar, however, never shared publicly an opinion on the child-painter, never shared ==publicly an image== of the portrait he made of her, despite the fact that the child-painter tagged her on Instagram and Facebook, endeared her, fell publicly and obsequiously on his knees repeatedly like the little sycophant he is. MEANWHILE, attention, and I have proof of that, the superstar kept an eye privately on him, just in case something would change, exchanging private messages with him in a far different tone. The messages are also attached to this email.

Why did she express congratulations and even 'joy' or positive 'amazement' for the advancement of the film in private messages exchanged with the child-painter, while then tramps on the team that made that same film the day I righteously asked her why she cannot acknowledge the Parajanov-Vartanov Award...? She is a Hypocrite: does the public deserves to know the truth...?

NOW you have shown ZERO self-respect as a producer, and you have discredit you as a producer of this film in a manner that is beyond reproach. YOU should have defended my work of 4 years and what apparently was also your work and your investment, SPECIALLY after we had won moral and professional authority for the great start in the festival circuit internationally. Instead of that you treat our work as if it were shit, our dedication, mine and mi wife's, as if it were a nothingness, and you side with hypocrites. You have placed yourself in a position of weakness and of not valuing what matters: the work of people, but to satisfy corrupted, hypocritical, morally degraded privilege by cutting off projects and going against the contract and against what had been agreed on. You throw with two sentences on the ground our serious work, wipe our expectations, destroy our well-deserved opportunities, to please *these kind of people*. Do you feel strong and important? You are *not*. It is very easy to act that way; what is difficult is to find someone like me who shows integrity and strength and who is not afraid of the privileges of those who consider themselves above the law. But you never cared about the film, not about the work it took to get it done taking in consideration the SABOTAGE of the envious, little child-painter. *She acted that way because she did not get what she wanted, and we all know what was it.*

**And you are forgetting something crucial in all this story: the Jewish question, because you seem to be blind.**

There's an old joke about upper-class British anti-Semitism: It means someone *who hates Jews more than is strictly necessary*. Susan Sarandon, as her own protégées among the 'new wave' of socialists, like Ilhan Omar (she attacks repeatedly Israel now from Congress!) or Alexandria Ocasio-Cortez (Sarandon financed part of her rise to congress), or the old wave Bernie Sanders (Sarandon financed campaign, supported publicly, &C &c &c), would more than meet the 'progressive' American version of that standard. What did she do with your nice invitation to visit your office now two years ago? She lives a few blocks down in 15th street, You are so innocent in a way, and in the end you end up doing her bidding, stamping down my honest dedication and my DEFENSE OF YOUR (AND MY) INVESTMENT just to please someone who has despised your kind invitations repeatedly. How is possible you don't see it?? How has she treated something that seems the side-project of a Jewish diamond-elite trader? Come on, you cannot see it?

And now, after having listened to the child-painter privately saying more than once that in the end HE (himself) was financing this movie (the child-painter suffers grandness deliriums), because it was being paid with the profits of his own painting sales, and blah-blah, and after listening more than one remark from him about 'the Jewish secondary market',... what of all this came into the radical Sarandon 'socialist' ears from the little narcissistic child-painter, what of this was mentioned in Sarandon's ears, who not so secretly has a point of view very clear about Israel, and Jewish elite in America, and the long etc? You are such a blindman. It was your mother who told me you hold Israel passport. Welcome to the reality.

Only I always kept quiet in front of the child-painter regarding the Jewish heritage of my Catalan family. That I did well, and that's why he made the accustomed remarks at the beginning, but stopped short once our collaboration, you and I, became closer after his failed attempt to put me out of the film just because I requested the attached contract. Mark my words.

As you well put once, how many 'Armenians' pay for his paintings? Little child-painter is a hypocrite, an envious no-brain craftsman, and I regret having squandered my talent to create something that looks as if there were something interesting behind his facade. His paintings are only a proof of craftsmanship, for there is no content in them as there is no content in his life, but a worship of superficiality and the emptiness of a narcissistic ego. Not surprised Nadia left. I would had 'embellished' the contentless life of a wannabe who paints in his free time.

I regret having dedicated four years to a project where someone -you- dares to dispatch me with two lines and hypocritical accusations after being I THE ONLY ONE WHO DEFENDS YOUR INVESTMENT AND MINE, dispatched with two lines not on account of my work and dedication and the results despite the child-painter's sabotage, and you do it to protect the privilege of others who want to pass in the eyes of the public as the opposite of that which they are, and in all evidence you have acted quite blindly on the facts -even on the flagrant spoor of anti-semitic prejudices underlying not so deep inside. It is privilege tramping down basic rights: my constitutional right to have an opinion, to express it and exchange it with someone else who first uses that same right to tell me that 'has nothing positive say' about my film. Well, I don't have anything positive to say about her last one, either. So what?? I had and I have the moral and professional authority regarding this film to do what I have done, and I do not regret a single word.

There is nothing more hypocritical than imagining a film on Nazi propaganda, when you yourself have accused me of using 'hateful words' just when I have send my reasoned opinions to someone who sent me hers, when you yourself side with those who wage privilege against constitutional right to opinion, privilege against right. If that Nazi propaganda was successful is because as it happened 'others' looked elsewhere and pretended what was happening was something else, or even agreed that it was partially deserved to those who were being deprived of self-respect. This is to a great extent what is happening to me know. **The Nazi propaganda required hypocrisy to be successful. I am not going to be robbed of my self-respect.**

**And right now let's come back to the contract:**

-You have stated in messages that the film cannot be distributed directly 'because of what I wrote to Susan Sarandon'. In other words, the film cannot be distributed because I am using my constitutional right to exchange opinions with another individual who has THE SAME RIGHT AS I to do so, and who in fact did it before me undersigning her opinions duly.
-**The painting came unfinished 17 months after due date.**
-Cancelling distribution and exhibition of a film that goes quite well means INFLICTING PROFESSIONAL DAMAGE TO ME AND ALL OTHERS INVOLVED IN THE FILM because, according to the messages you referred to, I used responsibly my right to freedom of speech. **I never stated what for she came, I asked her for the reason.**
-Moreover, **NOBODY told me anything regarding the continuity of the operations on-going since January 2019 as agreed** (despite the fact that I sent you 3 emails if I well remember) all directed to exhibition and distribution. I kept working according to the agreements in place, the conversations that took place in January, and secured dates for Oscar-qualifying Theatrical Release in 2019 and for film festival circuit.
-According the film festivals rules, once submitted a film cannot be withdrawn, neither once ACCEPTED. **Submission is legally binding.** There are 90 submissions still on.
-According to contract **I am entitled to a 20% of benefits. Unilaterally wiping off any possibility of distribution and exhibit, after even extending the period of making the film for much longer than needed (4 years!!) wipes this rights also**, causing an undeserved damage specially if we see that I have been kept working on this for longer than expected because others were very busy on business of their own.
-Following the thread of emails and messages it seems that I get all this dire consequences, **designed to damage my reputation professionally** (no distribution, cancelling attending film festival where the film is finalist), **just because Susan Sarandon and the child-painter want it.** This is not so different to many cases of women who have publicly accused Mr Harvey Weinstein of stopping the advancement of their careers by telling others that they should not work with this or that actress because she is difficult, or because this or that, etc. The dates, your messages, etc, show one thing is connected to the other.
-I am being taking off new projects, with its professional and prospectively financial damage according to your words as a consequence of answering Sarandon just because I ask her what's the problem with the Parajanov-Vartanov Award. **Obviously you want to please her by damaging me.**
-**The results of my work keep piling up**: not only this film has gotten finalist nominations for best special effects and for best editing lately, but now even the trailer has been nominated at the New Media Film Festival, one of the best among the medium size ones in Los Angeles, despite the fact that the trailer is no US premiere nor a LA premiere...
-The New York Times wants to see this movie once the one-week run goes on in NYC, and I am sure The Guardian would be more than interested in this story.

And all this because a PRIVATE exchange of opinions. We are forgetting here the possibility of this being known by the public, particularly if such a private, righteous exchange of opinions can have these dire, undeserved number of consequences to my work and career and life, and the stress that you willfully are causing to my family. Even you stated clearly that people cannot be exposed to my 'hateful words' and that's why I also should be wiped off any new projects. You don't think twice really. You have accused me of 'hate-speech', a very strong accusation, because I tell your 'super-star' that she should be more grateful to the people thanks to which she has been piling awards during years? The whole crews of the successful films she worked for and thanks to which she has privileges -thanks to people like you with no self-respect? Since not ALL films she made are successful, at all, at all... You've found in your child-painter a very poor source of advice.

These are apparently all the reasons why she 'cannot say anything positive' about our film, David, and you go and side with her, with this person who is promoting the congress campaign of people who openly disregard Israel, American left socialist politicians she sides with, it's no secret, who have an anti-semitic position, and also the child-painter, who left my wife's portrait in the lurch for more than a year because Allouche Gallery show was apparently his great opportunity to be no more dependent on David Shara. And

this is all you do when I go and protect the prospect distribution of this film because in all right I expect the best result possible on account also of my hard-fought 20% on the profits, when I defend our work???

==I still think you are not a bad person, but you are acting very wrongly, you are quite blind of what is going on around,== and you just discredited yourself instead of defending your investment and my dedicated work of four years despite the proven sabotage afore-described. Meanwhile the child-painter was doing anything in his hands to become independent of you thanks to Allouche gallery, and the thing went wrong... What a pathetic 'team', for there wasn't ever a team, but only narcissism on the child-painter's side and indifference on yours.

I hope you reconsider your impulsive behavior and act righteously. ==You are acting wrongly,== and should consider the facts (four years of facts), and my rights, and not only the privileges of the elite.

<span style="color:red">I request:
-Payment of the pending invoices sent before.
-Continuation of the Oscar-qualifying theatrical release as planned.
-Cost of attending selected film festivals where the film HAS BEEN ALREADY officially selected.</span>

In a few words: ==I request you to honor your word according to what had been agreed,== since in all light an exchange of opinions cannot bring all this consequences before described unless people are playing here the same games with me as Mr Harvey Weinstein has been widely accused of. One thing is to have an opinion about something or someone, the other is to retaliate, to damage someone on account of his opinions, breaking word and contracts and jeopardizing my professional and financial situation just because I don't quit my right to have and express an opinion, something I have done, until now, only privately.

A.

Tigran-Susan-1.jpg
Tigran-Sarandon-2.jpg

Screen Shot 2019-04-15 at 6.30.31 PM.png
Screen Shot 2019-04-15 at 6.30.53 PM.png
Screen Shot 2019-04-15 at 6.31.09 PM.png

On Mon==, Apr 15, 2019 at 12:21 PM David Shara <davidshara@me.com> wrote:
See my WhatsApp texts...we are finished
No more money, no more projects==

Sent from my iPhone

On Apr 15, 2019, at 11:08 AM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:

**Hi David,**

this is a follow up of the last email. I received the $8500 closing the accounting of 2018, thank you.
Please read this email and its attachments as soon as possible and proceed to payment so as to not to jeopardize the march of the project.

**January-April 2019. Distribution tasks executed and results. Invoice 19014**

Attached is the **Invoice 19014**, it contains the distribution office tasks cost as agreed that have taken place January, February, March and are on-going in April in relation to 'American Mirror', totaling 16K which is the sum of 4K during four months.

The result has been study of viability and pre-establishment the Oscar-qualifying theatrical release, VOD pre-distribution (Jannuary to mid March), further film festival strategy implementation, plus attending the increasing follow up needs of a the growing film festivals network where the film has been selected.
Official selections and nominations:

**Utah Film Festival**, Official Selection, Nominated for **Best Special Effects and Best Feature Editing**.
**Vision Du Reel Industry Media Selection**, Nyon, Switzerland, follow up.
**Master Of Art Film Festival**, Official Selection and Nominated for: Best Contemporary Art Documentary, and for Grand Price Master of Art 2019
**Richmond International Film Festival**, Official Selection, Nominated Best Documentary, Best Cinematography.
**New Media Film Festival, LA,** Official Selection Opening Night, Nominated for **Best Trailer**
**Ramsgate TV and Film Festival, England, June 13-16** Official Selection, Nominated for Best Documentary Film.
**Golden Apricot Film Festival**, Yerevan, Armenia, July 2019, screening to be determined.
**Melbourne Documentary Film Festival, 19-29 July, Australia** Official Selection, Nominated for Best International Documentary.
**Armenian Film Festival of Sydney**, August 2019, Official Selection, Nominated Best Documentary.
**Oaxaca Film Festival, Mexico, October 2019** Official Selection, Nominated for Best Documentary.
**Milan Film Festival, Italy, October 2019**

Around 90 film festival submissions still OPEN for 2019-2020 (film fest in the US only until theatrical release date, the rest are submissions in foreign countries).

<u>**Regarding Travel Expenses to Film Festivals. Proposed Invoice 19015 attached.**</u>

Which festivals to attend has <u>**to be decided on a case-by-case basis**</u>.

**Despite being nominated, it is a fact that not attending a competition diminishes the possibilities of winning in many cases.**

Although in October 2018 on an email you suggested very enthusiastically that I should attend ALL of them, I dismissed some either because they were not very significant or because I considered too expensive to attend all of them.

The next list shows what is about to happen and that needs immediate acceptance of budget proposed:

**Utah Film Festival, 3-6 April**
Official Selection, Nominated for Best Feature Editor and Best Special Effects
\*\*not attended\*\*

**Vision Du Reel, Nyon, 5-13 April, Switzerland**
Official Selection Industry Media
\*\*not attended\*\*

**Master Of Art Film Festival, 4-25 April, Bulgaria 3500 USD**
Official Selection and Nominated for:
Best Contemporary Art Documentary, and for Grand Price Master of Art 2019
(Note: Flight British Airlines 2500, other flights impossible since combinations go via Moscow or Doha, Qatar, with layovers of around 20 hours each…)

**Richmond International Film Festival 2000 USD**
Official Selection, Nominated Best Documentary

**New Media Film Festival, LA, 1500 USD**
Official Selection Opening Night, Nominated for Best Trailer

**Securing Theatrical Release. Invoice 19016**

**Invoice 19016** is the cost of the first installment that has already taken place in order to secure the kind of Oscar-qualifying theatrical limited release Fall 2019 in NYC and LA needed.
Details on the invoice as all discussed and approved in January 2019.

Regarding attendance to film festivals selected let me know which are to be attended, if any. Bulgaria's competition requires travel there from

approx. 24 to 26 April (see details on previous point regarding flight combinations), and Richmond's 27-29, so decision has to be made now.

All the best,

Arthur

PS This is the google link below of Trailer 2019 now beginning distribution:


April 2019 Trailer 2.mp4

This is its Thumbnail:

<AMERICAN MIRROR - Trailer 2019 -Distribution.jpg>

<Invoice-19016.pdf>

<Invoice-19015.pdf>

<Invoice-19014.pdf>



Arthur Balder <arthurbalderfiles@gmail.com>

---

# The Cartoon published by The New York Times 5 days ago // Dessins Assassins Right Now Here

**Arthur Balder** <arthurbalderfiles@gmail.com>  Tue, Apr 30, 2019 at 4:55 PM
To: Honey Shara <honeyshara@hotmail.com>
Cc: David Shara <davidshara@mac.com>, David Shara <davidshara@me.com>, arthur.langerman@me.com

Agreed, Honey.
These things are happening right *now*. The striking similitude with the language of the other pic, published in the Nazi Germany of the 1940s is what should bring people to think about the dangers of hypocrisy and being condescending
to it, and its consequences. It is a dangerous game.

Best regards from Bella and I.

Arthur

> On Tue, Apr 30, 2019 at 3:36 PM Honey Shara <honeyshara@hotmail.com> wrote:
>
> Hi Arthur,
>
> It is disgusting!! I saw the cartoon published in the New York Times, but not the other one.
>
> Best regards to you.
>
> Honey 😢
>
> ---
>
> **From:** Arthur Balder <arthurbalderfiles@gmail.com>
> **Sent:** Tuesday, April 30, 2019 3:08 PM
> **To:** arthur.langerman@me.com; David Shara; David Shara; Honey Shara
> **Subject:** The Cartoon published by The New York Times 5 days ago // Dessins Assassins Right Now Here
>
> Dear Honey, David and Mr Langerman:
>
> I am sorry to rob you of some of your time, but I could not refrain myself from sharing this two pics below.
>
> I could not believe what I saw past Thursday, April 25, 2019 on the pages of The New York Times. The detail of the cartoon is below.
> **Pic 1: The Jew leads Winston Churchill.**
> Published in Nazi Germany 1940.
> **Pic 2: The Jew leads Donald Trump.**
> Published by The New York Times USA 2019, past week.
>
> How can we reach this levels? How can this happen? Because for this propaganda to become tolerable and to appear it is necessary **a gigantic level of hypocrisy** on the side of a part of the society who looks elsewhere when the obvious is taking place, and despite that they side, tolerate with the hypocrites.
>
> This happens when we tolerate and take as a 'normalcy' **the fact that others can be reft of their self-respect against their basic rights**.
>
> Horrible but true, that's again the time we are living (things haven't changed so much since).
>
> With best regards,
>
> Arthur

Pic 1:



Pic 2:





Arthur Balder <arthurbalderfiles@gmail.com>

## Production Breakdown 2018 (Approximate)

**David Shara** <davidshara@me.com>  Mon, May 6, 2019 at 9:13 PM
To: Arthur Balder <arthurbalderfiles@gmail.com>
Cc: David Shara <davidshara@mac.com>, Honey Shara <honeyshara@hotmail.com>

I will honor my commitments, but I am not at all pleased.
This will be our last project together.
Dshara

Sent from my iPhone
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
<AMERICAN MIRROR - Trailer 2019 -Distribution.jpg>

<Invoice-19016.pdf>

<Invoice-19015.pdf>

<Invoice-19014.pdf>