# EXHIBIT 4

Invoices of project "American Mirror" related to: "Distribution Tasks", "Securing Theatres for Oscar qualifying US Theatrical Release", "Media Budget", Subtitles and translations and captions for online distribution, Film festivals submissions fees.  [There are more invoices than these attached here.]

The are consistent with "informing and discussing" of distribution and the decisions made by both partners as regards to the kind of distribution they decided on. D. Shara's affirmations in writing and by performance on the evolution of the budget is part of the Exhibits 1 and 3.

## This is consequence of:

Producers' Agreement, Terms, ¶ 6:

*"The Director/Producer will inform and discuss any distribution possibilities with the Executive Producer, both being informed in due time to ensure the best performance possible of the business."*

**DA VINCI FILMS LLC**
2813 Palisade Avenue, #1
Union City, NJ, 07087
646 726 6264
info@meatpackingproductions.us

# INVOICE

**#19024**
DATE: MAY 21ST, 2019
TO BE PAID BEFORE JUNE 21ST, 2019

**TO:**
Accounts Payable
**OPTIMUM DIAMONDS**
576 5th Avenue #1200
New York NY 10036

**FOR:**
PROJECT 'AMERICAN MIRROR'
Media Budget 1 2019

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| Media Partners & Outlets (Campaigning for film festival circuit) | | | 5000 |
| | | TOTAL | $5000 |

Bank Information:
[REDACTED]

**Thank you!**

**DA VINCI FILMS LLC**
2813 Palisade Avenue, #1
Union City, NJ, 07087
646 726 6264

info@meatpackingproductions.us

# INVOICE

**INVOICE #19016**
DATE: FEBRUARY 7TH, 2019

**TO:**
Accounts Payable
**OPTIMUM DIAMONDS**
576 5th Avenue #1200
New York NY 10036

**FOR:**
PROJECT 'AMERICAN MIRROR'
2019 Securing of Theatres for Oscar-qualifying USA theatrical release of film 'American Mirror' // 1st installment of a total $30000

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| SECURE THEATRE IN NYC, 1 WEEK* | | | 9000 |
| SECURE THEATRE IN LOS ANGELES, 1 WEEK* | | | 6000 |
| *Each run of 1 WEEK following the requirements of Theatrical Release as published by the Academy of Motion Pictures of America on its official site. | | | |
| | | TOTAL | $15000 |

Bank Information:
[REDACTED]

**Thank you!**

**DA VINCI FILMS LLC**

2813 Palisade Avenue, #1
Union City, NJ, 07087
+1 646 726 6264
info@meatpackingproductions.us

# INVOICE

**#19021**
DATE: MAY 21ST, 2019
TO BE PAID BEFORE JUNE 21ST, 2019

**TO:**
Accounts Payable
**OPTIMUM DIAMONDS LLC**
576 5th Avenue #1200
New York NY 10036

**FOR:**
PROJECT 'AMERICAN MIRROR'
2019 FILM DISTRIBUTION TASKS
FILM FESTIVAL STRATEGY SUBMISSIONS 2019

| DESCRIPTION | MONTHS | RATE | AMOUNT |
|---|---|---|---|
| FILM FESTIVALS SUBMISSIONS FEES BUDGET FOR 2019<br><br>Establishing USA and abroad film festival strategy for 2019. Attending on a daily basis film festivals divers needs during May. All submission fees included. | 1 | $5000 | $5000 |
| | | TOTAL | $5000 |

Bank Information:

[redacted]

**Thank you!**

**DA VINCI FILMS LLC**
2813 Palisade Avenue, #1
Union City, NJ, 07087
646 726 6264

info@meatpackingproductions.us

# INVOICE

**#19022**
DATE: MAY 21ST, 2019
TO BE PAID BEFORE JUNE 21ST, 2019

**TO:**
Accounts Payable
**OPTIMUM DIAMONDS**
576 5th Avenue #1200
New York NY 10036

**FOR:**
PROJECT 'AMERICAN MIRROR'
2019 Securing of Theatres for Oscar-qualifying USA theatrical release of film 'American Mirror' // 2nd and last installment of a total $30000

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| SECURE THEATRE IN NYC, 1 WEEK* | | | 9000 |
| SECURE THEATRE IN LOS ANGELES, 1 WEEK* | | | 6000 |
| *Each run of 1 WEEK following the requirements of Theatrical Release as published by the Academy of Motion Pictures of America on its official site. | | | |
| | | TOTAL | $15000 |

Bank Information:
[redacted]

**Thank you!**

**DA VINCI FILMS LLC**
2813 Palisade Avenue, #1
Union City, NJ, 07087
646 726 6264
info@meatpackingproductions.us

# INVOICE

**#19023**
DATE: MAY 21ST, 2019
TO BE PAID BEFORE JUNE 21ST, 2019

**TO:**
Accounts Payable
**OPTIMUM DIAMONDS**
576 5th Avenue #1200
New York NY 10036

**FOR:**
PROJECT 'AMERICAN MIRROR'
Close caption, Language Transcription + Automatic Translation + Subtitling (Embedded process)

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| Language Transcription + Automatic Translation + Subtitling (Embedded process) German, French, Portuguese, Greek, Italian, Armenian, Chinese | 450 | 7 | 3150 |
| Language Transcription + Subtitling (Embedded process) English and Spanish (including native Spanish translation) | 150 | 2 | 300 |
| Spanish | 0 | | 0 |
| Management | | | 1500 |
| | | TOTAL | $4950 |

Bank Information:
██████████
████████████████
██████████████████████████
████████████████

**Thank you!**

**DA VINCI FILMS LLC**
2813 Palisade Avenue, #1
Union City, NJ, 07087
+1 646 726 6264
info@meatpackingproductions.us

# INVOICE

**#19027**
DATE: JULY 3RD, 2019
TO BE PAID BEFORE AUGUST 3RD 2019

**TO:**
Accounts Payable
**OPTIMUM DIAMONDS LLC**
576 5th Avenue #1200
New York NY 10036

**FOR:**
PROJECT 'AMERICAN MIRROR'
MOTION PICTURE ASSOCIATION OF AMERICA
RATING SYSTEM SUBMISSION AND FEES

| DESCRIPTION | MONTHS | RATE | AMOUNT |
|---|---|---|---|
| Motion Picture Association of America Rating of film AMERICAN MIRROR INTIMATIONS OF IMMORTALITY | | 1 | $5000 |
| | | TOTAL | $5000 |

Bank Information:
[redacted]

**Thank you!**

**DA VINCI FILMS LLC**
2813 Palisade Avenue, #1
Union City, NJ, 07087
+1 646 726 6264
info@meatpackingproductions.us

# INVOICE

**#19033**
DATE: NOV 3RD, 2019
TO BE PAID BEFORE DECEMBER 3RD 2019

**TO:**
Accounts Payable
**OPTIMUM DIAMONDS LLC**
576 5th Avenue #1200
New York NY 10036

**FOR:**
PROJECT 'AMERICAN MIRROR'
2019 FILM DISTRIBUTION TASKS

| DESCRIPTION | MONTHS | RATE | AMOUNT |
|---|---|---|---|
| FULL-TIME PRODUCTION OFFICE<br><br>Implementing Oscar-qualifying USA theatrical release of film 'American Mirror'.<br>Establishing USA and abroad film festival strategy for 2019.<br>Attending on a daily basis film festivals divers needs during August, Sept. Oct., Nov. Dec. | 5 | $4000 | $20000 |
| | TOTAL | | $20000 |

Bank Information:
[REDACTED]

**Thank you!**

**DA VINCI FILMS LLC**
2813 Palisade Avenue, #1
Union City, NJ, 07087
+1 646 726 6264
info@meatpackingproductions.us

# INVOICE

**INVOICE #19014**
DATE: APRIL 3TH, 2019

**TO:**
Accounts Payable
**OPTIMUM DIAMONDS**
576 5th Avenue #1200
New York NY 10036

**FOR:**
PROJECT 'AMERICAN MIRROR'
2019 FILM DISTRIBUTION TASKS

| DESCRIPTION | MONTHS | RATE | AMOUNT |
|---|---|---|---|
| FULL-TIME PRODUCTION OFFICE  Implementing Oscar-qualifying USA theatrical release of film 'American Mirror'.  Establishing USA and abroad film festival strategy for 2019.  Distribution of Trailer 2.  Attending on a daily basis film festivals divers needs from January through April. | 4 | $4000 | $16000 |
| | | TOTAL | $16000 |

Bank Information:
[redacted]

**Thank you!**

DA VINCI FILMS LLC

2813 Palisade Avenue, #1

Union City, NJ, 07087

+1 646 726 6264

info@meatpackingproductions.us

# INVOICE

**#19026**

DATE: JULY 3RD, 2019

TO BE PAID BEFORE AUGUST 3RD 2019

**TO:**
Accounts Payable
**OPTIMUM DIAMONDS LLC**
576 5th Avenue #1200
New York NY 10036

**FOR:**
PROJECT 'AMERICAN MIRROR'
2019 FILM DISTRIBUTION TASKS

| DESCRIPTION | MONTHS | RATE | AMOUNT |
|---|---|---|---|
| FULL-TIME PRODUCTION OFFICE<br><br>Implementing Oscar-qualifying USA theatrical release of film 'American Mirror'.<br>Establishing USA and abroad film festival strategy for 2019.<br>Attending on a daily basis film festivals divers needs during June and July. | 2 | $4000 | $8000 |
| | TOTAL | | $8000 |

Bank Information:

[redacted]

**Thank you!**