# EXHIBIT 5

Transcription with timestamp of WhatsApp Messages exchanged between plaintiff and partner David Shara on October 16, 2018 .

Plaintiff: "she WON'T do anything basically **because she did not get what she wanted --from Tigran**. Did Harvey Weinstein punish actresses because they did not give him what he wanted...?"

David Shara: "**Agreed on all fronts**."

Transcription with timestamp of WhatsApp Messages exchanged between plaintiff and partner David Shara on October 16, 2018

[10/16/18, 16:17:55] AB: Please take a look at the press release draft, I added as address the one on 5th Ave, that looks better and because BJ is taking care of some phone calls it is her phone number there.

[10/16/18, 16:22:25] AB: Do you think it is a good idea to bring Florence to Toronto? Just let me know what you think, because if yes I should start getting ready asap

[10/16/18, 16:32:38] AB: Centre piece on FilmSnobbery.com https://filmsnobbery.com/american-mirror-with-susan-sarandon-to-world-premiere-at-doc-la/

[10/16/18, 16:38:14] AB: On the banner of the site: https://filmsnobbery.com/

[10/16/18, 20:26:45] AB: image omitted

[10/16/18, 20:27:43] David Shara: U getting excited?

[10/16/18, 21:38:29] AB: I have to keep focused. The more this progresses the more obvious it becomes that Her Highness Sarandon is 'forcefully' ignoring our movie. This is happening despite we having made a far better job than any of these flimsy, politically oriented, squalid video-pamphlets that she 'produces' to makes us all believe she is an activist of justice. She is not. What stands clearly is that, no matter how good our work might be, no matter if you made clear the point regarding she being rewarded, she WON'T do anything basically because she did not get what she wanted --from Tigran. Did Harvey Weinstein punish actresses because they did not give him what he wanted...? She came into Tigran's movie, yes, but Tigran didn't go into Susan's movie. And she had her own 'script' already

written right at the beginning -- and he rejected it very nicely, very nicely, but he rejected it. The film festivals are twitting her about this movie, some journalists are doing the same --she ignores all. Something quite similar, although without the very personal connotations, can I say about Ashley Hinshaw 'Grace-ful'.

[10/16/18, 21:42:24] David Shara: Agreed on all fronts

[10/16/18, 21:42:47] David Shara: But Ashley isn't more than a model in her bra for 30 seconds

[10/16/18, 21:42:52] David Shara: Susan is star