# EXHIBIT 6

David Shara to Plaintiff:

"Susan **Sarandon can shut down this movie** in one minute"

"**I don't care about the 200-300,000 dollars I have put into this project. I do not care about this film.** I care about Tigran and my family's reputation."

"I think you should try and find someone to buy this project ASAP. "

"I **don't want to spend any more on it**."

"**remember that very few people have signed talent release**."



MP Production Office <meatpacking.productions@gmail.com>

**The show must go on**

**David Shara** <davidshara@me.com>  Tue, May 28, 2019 at 12:46 AM
To: Arthur Balder <arthurbalderfiles@gmail.com>
Cc: David Shara <davidshara@mac.com>, Honey Shara <honeyshara@hotmail.com>, MP Files <meatpacking.productions@gmail.com>

Susan Sarandon can shut this movie down in one minute, why would you insult her so deeply by accusing her of doing this movie only to sleep with Tigran?

Sent from my iPhone
[Quoted text hidden]



**MP Production Office <meatpacking.productions@gmail.com>**

## The show must go on

**Arthur Balder** <arthurbalderfiles@gmail.com>  Tue, May 28, 2019 at 12:58 AM
To: David Shara <davidshara@me.com>
Cc: David Shara <davidshara@mac.com>, Honey Shara <honeyshara@hotmail.com>, MP Files <meatpacking.productions@gmail.com>

She cannot shut down this movie. This has been already very well explained.
I did not insult her ever, and I never accused her of such thing. Never.

[Quoted text hidden]



MP Production Office <meatpacking.productions@gmail.com>

## Fwd: Follow up phone conversation Arthur-Bryan

**David Shara** <davidshara@me.com>     Tue, May 28, 2019 at 9:56 AM
To: Arthur Balder <arthurbalderfiles@gmail.com>, Honey Shara <honeyshara@hotmail.com>, meatpacking.productions@gmail.com, Tigran Tsitoghdzyan <tigrants@icloud.com>

Read everything you wrote in this email...
You twist and manipulate the truth and situation. People are allowed to call from blocked numbers...it's not morally offensive.
Then your disdain for her views, despite not being the same as yours.
She does not have to support our film, or you or anything. Without Susan, you would have nothing. Without Tigran, you would have nothing. Without me, you would have nothing. You forget all of these things. Yet you think you are Martin Scorsese.
The parajanov-varatsnov award is lovely, but it's not an Oscar and she doesn't need to be there. But you go crazy here. You say mean things about Tigran and everyone who doesn't support you and your views. You alienate. Instead of trying to be nice and gain support, you insult her and her choices. I cannot understand your methods. Read what you wrote. This is tough and mean. Did you not think that Bryan Gibbs would share your vitriol with Susan?
I don't care about the 200-300,000 dollars I have put into this project. I do not care about this film. I care about Tigran and my family's reputation. This string of email does not represent my views at all. I find it offensive and childish.
I am having a very heard time spending tens of thousands or 100,000 to send you on trips to support you and this project I don't care about. I think you should try and find someone to buy this project ASAP. I don't want to spend any more on it.
I'll have my lawyer review the contracts, but remember that very few people have signed talent release.
So think very carefully about what I have written and how you have acted towards Susan and Tigran...

Sent from my iPhone