# EXHIBIT 7

Internet Movie Data Base [IMDB]

**"American Mirror: Intimations of Immortality"**

**List of Awards and nominations**,
Film Festival's participations [updated by film festival's managers and IMDB staff]



Back

American Mirror: Intimations of Immortality

# Awards

Jump to

**41 WINS & 65 NOMINATIONS**

## | Ft. Lauderdale International Film Festival

**2019 Nominee** Golden Palm
Best Film
Arthur Balder

**2019 Nominee** Spirit of the Independent Award
Best Documentary
Arthur Balder

## | WorldFest Houston

**2020 Winner** Bronze Award
Experimental-Dramatic
Arthur Balder

## | Santa Cruz Film Festival

**2019 Nominee** Jury Award
Best Documentary Feature
Arthur Balder

## | Carthage Film Festival

**2018 Winner** Festival Award
Films Du Monde Selection
Arthur Balder

## Milan Film Festival

**2019 Nominee** Special Award
The Outsiders
Arthur Balder

## Visions du Réel International Film Festival Nyon

**2019 Nominee** Media Library Selection
Arthur Balder

## Coimbra Caminhos do Cinema Português

**2019 Nominee** Visual Essays Award
Caminhos Mondiais
Arthur Balder

**2019 Nominee** Film Award
Best Original Music
Mark Petrie

**2019 Nominee** Film Award
Best Cinematography
Arthur Balder

## Arpa International Film Festival

**2018 Nominee** Best Documentary Film Award
Arthur Balder

## Golden Apricot Yerevan International Film Festival

**2018 Nominee** Golden Apricot
Armenian Panorama
Arthur Balder

## Richmond International Film Festival

**2019 Nominee** Jury Award
Best Documentary Film
Arthur Balder

## Jaipur International Film Festival

**2020 Winner** Best Cinematography
Documentary Film
Arthur Balder

**2020 Winner** Red Rose
Best Released Film
Arthur Balder

**2020 Winner** Best Sound
Mark Petrie

**2020 Winner** Best Documentary Film
Arthur Balder

**2020 Winner** Best Editing
Documentary Feature
Arthur Balder

2 more

## Orlando Film Festival

**2019 Nominee** Best Feature Documentary
Best Documentary
Arthur Balder

**2019 Nominee** Jury Prize
Best Director
Arthur Balder

**2019 Nominee** Indie Spirit Award
Arthur Balder

**2019 Nominee** Jury Prize
Arts in Focus Award
Arthur Balder

**2019 Winner** Jury Prize
Arts in Focus Award
Arthur Balder

## Burbank International Film Festival


**2019 Nominee** Festival Prize
Best Film Score - Feature Film
Mark Petrie

## New Media Film Festival


**2019 Nominee** New Media Film Festival Award
Festival Award
Arthur Balder


**2019 Nominee** New Media Film Festival Award
Festival Award

## Studio City Film Festival, US


**2019 Nominee** Jury Prize
Best Director
Arthur Balder


**2019 Nominee** Jury Prize
Best Documentary Film
Arthur Balder

## Oaxaca FilmFest, MX


**2019 Nominee** Global
Best Feature Film
Arthur Balder

## Fort Worth Indie Film Showcase, US


**2019 Nominee** FWIFS Award
Best Foreign Feature - Documentary
Arthur Balder

## Pomegranate Film Festival


**2018 Winner** Best Cinematography
Arthur Balder

**2018 Winner** Most Innovative Film


Arthur Balder

## UK Film Festival, UK

**2019 Nominee** UK Film Festival Award
Best Documentary Film
Arthur Balder

**2019 Winner** UK Film Festival Award
Best Documentary Film
Arthur Balder

## Chichester International Film Festival

**2019 Nominee** Audience Award
Best Film
Arthur Balder

## Parajanov-Vartanov Institute Awards


**2018 Winner** Parajanov-Vartanov Institute Award
Parajanov-Vartanov Institute Award
Susan Sarandon

## Sydney Indie Film Festival

**2019 Nominee** Jury Prize
Best Documentary Film
Arthur Balder

**2019 Nominee** Indie Spirit Award
Arthur Balder

**2019 Winner** Jury Prize
Best Cinematography
Arthur Balder

**2019 Nominee** Jury Prize
Best Music Score
Mark Petrie

## Utah Film Festival

**2019 Nominee** Jury Prize
Best Feature Editing
Arthur Balder

**2019 Nominee** Jury Prize
Best Visual Effects
Arthur Balder

## Prvi Kadar Filmski Sarajevo Festival

**2019 Winner** Jury Prize
Grand Prix 'Stecak Kneza Pavla'
Arthur Balder

**2019 Nominee** Jury Prize
Best International Film
Arthur Balder

## British Independent Film Festival

**2020 Nominee** British Independent Film Festival Award
Best Feature Film
Arthur Balder (Director)

## Oxford International Film Festival, UK

**2020 Nominee** Festival Award
Best Feature Documentary
Arthur Balder

## Melbourne Documentary Film Festival

**2019 Nominee** Jury Award
Supreme Jury Award
Arthur Balder

**2019 Winner** Jury Award
Honorable Jury Mention
Arthur Balder

## Blow-Up Chicago International Arthouse Film Fest

**2019 Nominee** Dziga Vertov Award
Best Documentary Feature


Arthur Balder


**2019 Nominee** John Alcott Award
Best Cinematography
Arthur Balder


**2019 Nominee** Monica Vitti Award
Best Actress
Susan Sarandon

## Near Nazareth Film Festival


**2019 Winner** Jury Award
Best Documentary
Arthur Balder

## Fimucite Festival Internacional de Musica de Cine de Tenerife


**2019 Nominee** FIMUCINEMA Award
Best Original Music in a Documental
Mark Petrie

## DOC LA


**2018 Winner** DOC LA Award
Best Innovative Film
Arthur Balder


**2018 Winner** DOC LA Award
Best Cinematography
Arthur Balder · Victor Lazaro · Ambrose Eng · Frank Angelcyk


**2018 Winner** DOC LA Award
Best Composer
Mark Petrie

Tied with Guilty Until Proven Guilty (2018).

## US Hollywood International Film Festival


**2019 Nominee** Golden Film Award
Best Producer
Arthur Balder


**2019 Nominee** Golden Film Award
Best Director
Arthur Balder


**2019 Winner** Golden Film Award
Lifetime Achievement Award
Susan Sarandon


**2019 Winner** Golden Film Award
Best Producer
Arthur Balder

## Sanctuary Cove International Film Festival


**2019 Nominee** International Award
Best Director
Arthur Balder

**2019 Nominee** International Award
Best Documentary Film
Arthur Balder

## Master of Art Film Festival


**2019 Nominee** Best Documentary in Contemporary Art, Instalation Art and Protest Art
Documentary in Contemporary Art, Instalation Art and Protest Art
Arthur Balder

**2019 Nominee** Master of Art
Best Film
Arthur Balder

## Ferrara Film Festival


**2020 Winner** Golden Dragon
Best Documentary
Arthur Balder

## FAFF The Fine Arts Film Festival


**2020 Nominee** Feature Documentary
Best Feature Documentary
Arthur Balder

## European Cinematography Awards

**2019 Winner** Jury Prize
Best Original Score

Mark Petrie

**2019 Winner** Cinematography Award
Best Documentary Film
Arthur Balder

**2019 Winner** Cinematography Award
Best Film July
Arthur Balder

**2019 Winner** Cinematography Award
Best Lead Acting
Susan Sarandon

## European Cinematography Awards (ECA) >

**2019 Winner** July Award
Best Film of the Month
Arthur Balder

**2019 Winner** July Award
Best Documentary Film
Arthur Balder

**2019 Winner** July Award
Beast Lead Acting
Susan Sarandon

**2019 Winner** July Award
Best Original Score
Mark Petrie

## Brazil Cinefest >

**2020 Nominee** Jury Prize
Best Documentary Feature Film
Arthur Balder

## International Documentary Festival of Ierapetra >

**2019 Nominee** Audience Award
Arthur Balder

**2019 Nominee** Best International Feature Documentary Award
Arthur Balder

**2019 Winner** Audience Award

Arthur Balder

**2019 Winner** Michel Foucre Award for Best Direction
Arthur Balder

## Lucky Strike Film Festival

**2019 Nominee** Festival Award
Best Feature Film
Arthur Balder

**2019 Winner** Festival Award
Best Feature Film
Arthur Balder

## Festival Internacional de Cine de Guayaquil

**2019 Nominee** Festival Award
Best Film
Arthur Balder

**2019 Nominee** Golden Iguana
Best Documentary Film
Arthur Balder

**2019 Winner** Golden Iguana
Best Feature Documentary
Arthur Balder

## Chesapeake Film Festival

**2019 Nominee** Jury Prize
Best Documentary
Arthur Balder

## Fabrique Du Cinéma Awards

**2018 Nominee** Jury Prize
Best Documentary Film
Arthur Balder · Giorgio Ferrero

Shared with: Beautiful Things

**2018 Winner** Jury Prize
Best Documentary Film
Arthur Balder

## Miami Independent Film Festival

**2019 Nominee** November Award
Best Documentary
Arthur Balder

## International Sound & Film Music Festival (ISFMF)

**2019 Nominee** Crystal Pine
Best Original Score, Documentary Feature
Mark Petrie

## Intimate Lens - Visual Ethnographic Film Festival

**2019 Nominee** Jury Prize
Spaces
Arthur Balder

## Mosaic World Film Festival

**2019 Nominee** Jury Prize
Best Film
Arthur Balder

**2019 Winner** Festival Prize
Best Film Spotlight Award
Arthur Balder

## Open World Toronto Film Festival

**2019 Nominee** Jury Prize
Best Experimental Film
Arthur Balder

**2019 Winner** Jury Prize
Best Experimental Film
Arthur Balder

## Westfield International Film Festival

**2019 Nominee** WIFF Award
Best Documentary - Feature
Arthur Balder

**2019 Nominee** WIFF Award
Best Editing - Feature
Arthur Balder

## Seattle Latino Film Festival

**2019 Nominee** Special Jury Prize
Best Documentary Film
Arthur Balder

## Alexandre Trauner Art Film Festival

**2019 Nominee** Festival Award
Best Film
Arthur Balder

**2019 Nominee** Festival Award
Best Art Film
Arthur Balder

## Arlington International Film Festival

**2019 Winner** Best of Festival
Arthur Balder

**2019 Winner** Best of Festival
Arthur Balder

## Peak City International Film Festival

**2019 Winner** Jury Prize
Best Director - Feature Film
Arthur Balder

## Asti Film Festival