# EXHIBIT 8

Email conversations between Plaintiff and D. Shara Tsitoghdzyan and Sarandon.

On April 14, 2016, Tsitoghdzyan: [I will] "explain her face to face about the documentary project and that **we** want to include this in the film."

Therefore Tsitogdzyan speaks with Sarandon on behalf of **all**, Plaintiff, D. Shara and himself, not of himself alone, as regards to the film, inviting her to be part of it.

Sarandon accepts the Offer, and performs.

On Nov. 24, 2016, she is informed of massive press releases about the film.

On Dec. 2016, Sarandon requests link to watch the film.

On February 6, 2017 Sarandon has watched it requests some retouching to eyes wrinkles.

She is informed of massive press releases describing her participation during 2017 and then in 2018.



**ARTHUR BALDER <artur.balder@gmail.com>**

## Fwd: Bryan meet artist Tigran

TIGRAN TSITOGHDZYAN <tigrants@icloud.com>  Thu, Apr 14, 2016 at 6:26 PM
To: david shara <davidshara@mac.com>
Cc: ARTUR BALDER <artur.balder@gmail.com>

Ok I will ask for a quick meeting and it will be a great opportunity to explain her face to face about the documentary project and tell her that we want to include this in the film.

[Quoted text hidden]



ARTHUR BALDER <artur.balder@gmail.com>

## 16th of June

**TIGRAN TSITOGHDZYAN** <tigrants@icloud.com>  Thu, Jun 9, 2016 at 11:41 AM
To: Bryan Gibbs <sillygooseemail@gmail.com>
Cc: ARTUR BALDER <artur.balder@gmail.com>

Dear Bryan,
I want to put you on cc with Arthur Balder who is directing my documentary.
We work together already for some long months on this exiting project. For all that period of time every work in progress has been covered by an amazing and very professional team, so it would be great if he can communicate with you regarding the 16th.
Thanks



**ARTHUR BALDER <artur.balder@gmail.com>**

## 16th of June

**Bryan Gibbs** <sillygooseemail@gmail.com>  Mon, Jun 13, 2016 at 1:29 PM
To: Artur Balder <artur.balder@gmail.com>
Cc: TIGRAN TSITOGHDZYAN <tigrants@icloud.com>

Thanks Tigran and nice you meet you Artur. Tigran, did you discuss this with Susan at your first meeting? She never mentioned anything about being filmed for this so I'm not sure.

**BRYAN GIBBS** | Office of Susan Sarandon

[Quoted text hidden]



ARTHUR BALDER <artur.balder@gmail.com>

# 16th of June

**TIGRAN TSITOGHDZYAN** <tigrants@icloud.com>  Mon, Jun 13, 2016 at 1:57 PM
To: Bryan Gibbs <sillygooseemail@gmail.com>
Cc: Artur Balder <artur.balder@gmail.com>

Hi Bryan, yes I did. I told her that I'm in the middle of this documentary since a while and Arhur is documenting everything during this period of time. Also the whole process of Susan's painting would be covered in every stage and it would be great if she could appear there for few minutes…
We also talked more detailed about that when Susan came to my studio for the photo shoot and we planned to do this later end of May or in June. So I had her agreement that day and then we planned for June 16th at 12.
We had the same procedure with all the models I painted earlier this year, but Susan' painting is very special for me in this series and her appearance will be priceless for the whole idea about the identity of the woman and the timeless beauty..
Everything is already is set up with the crew, rented gear and stuff, so please let me know.
thanks

[Quoted text hidden]

ARTHUR BALDER <artur.balder@gmail.com>

## 16th of June

**Bryan Gibbs** <sillygooseemail@gmail.com>  Wed, Jun 15, 2016 at 4:33 PM
To: TIGRAN TSITOGHDZYAN <tigrants@icloud.com>
Cc: Artur Balder <artur.balder@gmail.com>

Thank you both. Susan said she doesn't have any requests, so I think we're all good. Some water would be nice. Maybe some fruit if possible?

**BRYAN GIBBS** | Office of Susan Sarandon

[Quoted text hidden]



ARTHUR BALDER <artur.balder@gmail.com>

## 16th of June

**Artur Balder** <artur.balder@gmail.com>  Wed, Jun 15, 2016 at 7:16 PM
To: Bryan Gibbs <sillygooseemail@gmail.com>
Cc: TIGRAN TSITOGHDZYAN <tigrants@icloud.com>

Thank you so much for your reply. Of course will be there and water and someone specifically to take care of this. Let her know I will receive her downstairs and that I am immensely grateful for her visit, I will do my best with my team 😀

[Quoted text hidden]

　　　　　　　　　　　　　　　　　ARTHUR BALDER <artur.balder@gmail.com>

## For Ms Sarandon //

**ARTHUR BALDER** <artur.balder@gmail.com>　　　　　　　　　Thu, Nov 24, 2016 at 8:59 PM
To: Bryan Gibbs <sillygooseemail@gmail.com>

Hi Bryan,

please let Ms Sarandon know that the documentary provisionally titled 'American Mirror' is
in its latest phase of postproduction and that I'd like to know her opinion on my final cut proposal. Title refers to the perception of beauty in our society but also to Tigran's series 'Mirrors', which is born once he is in contact with the American culture.

Let her please know also that there is some buzz in the media, on account of a publication by a Spanish media outlet that was later picked up and republished by Notimex national news agency in Mexico. So far a bit of anticipation would be great after almost 2 years of work in this project.

Please let her know also if Berlinale finally picks up the film if she would like to attend the film festival, depending on how is her schedule. There are other interesting things but too soon to confirm them without final cut ready.
Her opinion is fundamental for me.

With best wishes for Thanksgiving and the Holydays,

Arthur

 **ARTHUR BALDER <artur.balder@gmail.com>**

## For Ms Sarandon //

**Bryan Gibbs** <sillygooseemail@gmail.com>  Tue, Nov 29, 2016 at 5:36 PM
To: ARTHUR BALDER <artur.balder@gmail.com>

OK will do.

**BRYAN GIBBS** | Office of Susan Sarandon

[Quoted text hidden]



**ARTHUR BALDER <artur.balder@gmail.com>**

## For Ms Sarandon //

**Bryan Gibbs** <sillygooseemail@gmail.com>  
To: ARTHUR BALDER <artur.balder@gmail.com>

Fri, Dec 2, 2016 at 12:10 PM

Hi Arthur,

==Do you have a link for the cut?==

Thanks,

**BRYAN GIBBS** | Office of Susan Sarandon

[Quoted text hidden]



ARTHUR BALDER <artur.balder@gmail.com>

## For Ms Sarandon //

**ARTHUR BALDER** <artur.balder@gmail.com>  Sat, Dec 3, 2016 at 9:40 AM
To: Bryan Gibbs <sillygooseemail@gmail.com>

Hi Bryan,

we are incorporating some FX to a couple of sequences, and I'd like to show Susan the most advanced version rather than the
actual. Give me a couple of days and I will send a link where she will be able to see the latest version.

Thanks a lot,
A.

[Quoted text hidden]

   **ARTHUR BALDER <artur.balder@gmail.com>**

## Opening Sequence 'American Mirror'

**Bryan Gibbs** <sillygooseemail@gmail.com>  Mon, Feb 6, 2017 at 11:00 AM
To: ARTHUR BALDER <artur.balder@gmail.com>

From Susan: I think it's very beautiful but didn't see enough of it to know where you're going with it. Do you have the ability to go in and fix under my eyes? The lighting wasn't very generous. It certainly communicates a mood, but I'm so curious to know what's next.

**BRYAN GIBBS** | Office of Susan Sarandon

[Quoted text hidden]