# EXHIBIT 9

On 11/04/2018 D. Shara request via WhatsApp messeges to Plaintiff a private screener for an art collector in Israel, Mr. Roie Edelman.

"My friend wants to see it in Israel."

On 11/05/2018 D. Shara states: "**he bought a painting for 140,000 dollars**"

This is another representation of value two years after the others presented in emails TAC, Chronological Section 2016.

D. Shara explained it was a much smaller in size painting than the one owed to Plaintiff since May, 31st, 2017, per Producers' Agreement, Terms ¶ 2.

[11/4/18, 14:37:25] David Shara: Oki will read
[11/4/18, 14:37:35] David Shara: I'm back in USA tomorrow
[11/4/18, 22:18:27] David Shara: Do we have the movie online anywhere?
[11/4/18, 22:27:35] AB: Online? You mean passport protected for selection? Or online distributed? Online distributed absolutely no that I know, not pirated.
[11/4/18, 22:27:37] AB: Why?
[11/4/18, 22:28:02] AB: Sorry wanted to say "password protected"
[11/4/18, 23:02:09] AB: Don't scare me! What's going on?
[11/4/18, 23:35:15] David Shara: No, my friend wants to see it in Israel
[11/4/18, 23:35:30] David Shara: Sorry to scare u
[11/4/18, 23:51:58] AB: That's no problem: I can send an email with url , user and password so that he can see it. The best is to send him an email to a trusted email address.Let me know, I can get that sent now.
[11/5/18, 11:18:29] David Shara: I I'll get his address now
[11/5/18, 13:16:36] David Shara: Roie.edelman@gmail.com
[11/5/18, 13:16:44] David Shara: Please send him the movie
[11/5/18, 13:16:53] David Shara: He will not share it ever
[11/5/18, 13:17:11] AB: ok, I know, his your friend
[11/5/18, 13:17:46] AB: I will get it send in half an hour, with cc copy to your email, so that you can see it
[11/5/18, 13:17:49] David Shara: Yes and he bought a painting for 140,000 dollars
[11/5/18, 13:17:52] David Shara: Thx
[11/5/18, 13:18:05] AB: that's great! congratulations
[11/5/18, 13:18:10] David Shara: Mom loves the movie
[11/5/18, 13:18:24] AB: she told me, i'm so glad
[11/5/18, 13:18:57] AB: also tigran called me to say that he was very positively impressed by the screening
[11/5/18, 13:19:07] AB: it's powerful on big screen
[11/5/18, 13:19:27] David Shara: U didn't watch on big screen?
[11/5/18, 13:19:52] AB: at DOC LA I did
[11/7/18, 17:41:45] AB: Did you see the email from Gravitas Ventures?
[11/7/18, 17:45:03] AB: An acquisition executive wrote to us inquiring to watch our film
[11/7/18, 17:45:29] AB: Gravitas Ventures in the news section, as you can see they are true players:
[11/7/18, 17:45:33] AB: https://www.google.com/search?num=100&biw=2396&bih=1343&tbm=nws&ei=2WnjW53ZF5Xu-QaGt6y4Dw&q=%22gravitas+ventures%22&oq=%22gravitas+ventures%22&gs_l=psy-ab.3...229196.229196.0.229995.0.0.0.0.0.0.0..0.0....0...1c.1.64.psy-ab..0.0.0....0.EHjmsVCA-Sk
[11/7/18, 17:46:25] AB: Let's talk later about this and about the Toronto Film Fest situation.



MP Production Office <meatpacking.productions@gmail.com>

## AMERICAN MIRROR // Online Screener

**Roie Edelman** <roie.edelman@gmail.com>  Mon, Nov 5, 2018 at 4:11 PM
To: MP Files <meatpacking.productions@gmail.com>
Cc: David Shara <davidshara@mac.com>, davidshara@me.com

Thank you so much!

Roie Edelman
+972543451516

On Nov 5, 2018, at 21:06, MP Files <meatpacking.productions@gmail.com> wrote:

Good evening Mr Edelman,

as per request of Mr Shara, please find here are the credentials to watch online the film 'American Mirror - Intimations of Immortality'.

Using Google Chrome browser, go to URL link to download movie file or watch online (please use entire url address):

http://festivals.meatpackingproductions.us/AM/film111/_AM- 2-40AspectRatio.mp4

The use these access credentials:

user:
tigran
password:
HHsxYjFI15bUrfbAXsYK

Hope you enjoy the movie!

Thank you so much,

Bella Jazmin
Assistant to producers