# EXHIBIT 10

WhatsApp Messages exchanged between Tstitogdzyan and Plaintiff regarding the Painting that was late delivered and blotched.

Tsitoghdzyan delivers the painting almost two years later, and parts are unfinished. Plaintiff complaints as regards to both points. Where is the offence D. Shara mentions regarding this? "the way you write to Tigran is unacceptable" "you spew hateful words"

Let's see Plaintiff's words:

"part of the painting is poorly executed, unfinished in comparison to the rest"

"the brush strokes that seems to ray forth from the inferior left-lips, a clear sign of un-finished execution."

"Left side of lips not only contrary to reality, also weirdly stretched leftwards and upwards making it look like the beginning of a joker smile."

"due to the lengths of time you have needed to get it done, I ask for this painting to be finished at last."

**Tigran Tsitoghdzyan**

Thanks  14:16

*15/02/2019*

This IS cinematic art: A brand-new restoration of Sergei Bondarchuk's epic version of WAR AND PEACE premieres at Film Society of Lincoln Center
https://www.nytimes.com/2019/02/15/movies/war-and-peace-bondarchuk-lincoln-center.html  20:05

Thanks  23:03

*19/02/2019*

Hello Tigran what are your conclusions regarding BJ's portrait?  11:43

Needless to say that you can see the painting by yourself, but here are the detailed photos. I dod not say anything the day of the visit because I did not wanted to mar the moment and to cause any uncomfortable sensation to my wife nor to you –also I wanted to get the appropriate photo.  11:45



There is a sheer executional difference between the left and right side, and I think it can only due to time working on them. The little problem is that you got 'as much time' as you apparently needed. A long time, because, sincerely, making this painting was never a 'priority', but an 'aside'. Anyway, I've been patient enough, but it's never enough or so it seems.  11:47

I dont' think you want me to waist 'literature' into describing the left side and the other. It's pretty obvious, that the painting is fabulous, but unfinished. There is no lack of executional power, but lack of dedication, of taking this piece seriously enough as to try to respect a deadline. Now instead of making a drama, what I want to know clearly is if you agree, if you can finish it, and if you can finish it 'as a priority', since it is overlate, and not let it again waiting for your attention for another 3 months, while other things get the action. It is enough that in the end it seems that after so many delays it won't arrive by our 3rd anniversary.  11:51



Left side of lips not only contrary to reality, also weirdly stretched leftwards and upwards making it look like the beginning of a joker smile, when obviously her left-lips-side follows a similar pattern of sublime serenity as the right-side, since that is, also her character. Not to speak of the brush-strokes that seems to ray forth from

**Tigran Tsitoghdzyan**



Left side of lips not only contrary to reality, also weirdly stretched leftwards and upwards making it look like the beginning of a joker smile, when obviously her left-lips-side follows a similar pattern of sublime serenity as the right-side, since that is, also her character. Not to speak of the brush-strokes that seems to ray forth from the inferior left-lips, a clear sign of un-finished execution.  12:01

Hi Arthur, as I told you the painting is finished. I don't thisnk that any of my paintings are perfect representation of the model or a perfect piece of art, and I can take a criticism. But I don't really care what people thisnk about my vision and execution. I don't need to be directed and pointed. There are some inconsistencies on the picture due to the uneven shine of the lighting of the photo shoot, but I don't even want to get into this. I had a terrible winter with my health and I'm still not fully healthy. Have tons of work I'm late to deliver and can exceptionally review it again once I'm done. But please don't push me into this because nobody ever did it to me and will never do. You can say pick it il up and say thank you or it's your choice of what you want to do. And there is nothing personal about this. Thanks  14:37

No, there isn't anything personal. I coincide. And to make my point clear: it's not about 'perfect', or 'photographical', representation of the model. Neither it's the lighting of the photoshop, it is a good photo. I am talking about clearly singled-out elements in a well-defined area. My previous messages and detail photos explain it very clear. It is just one part of the painting is poorly executed, unfinished in comparison to the rest, and that has nothing to do with 'artist vision', it has to do with, as well you put it in, 'working schedule'. That's why, due to the lengths of time you have needed to get it done, I ask for this painting to be finished at last. 'Pushing' is a word totally out of context here, I don't need to 'push' anything, it is just over-late for this, and that's why I am not able to wait another 3 months just because you just refuse to finish something should have been finished a long time ago. I think I deserve it, no matter what other projects are on the table, since this has been on the table for longer than anything else –unnecessarily.  15:01