# EXHIBIT 11

Communications with Gravitas Ventures and Blood Sweet Honey for Film's Sales Representation; Melbourne Film Festival proposes distribution with 25%; this is just a selection.

Plaintiff informs D. Shara of Gravitas' communication via Email and Whatsapp Messages [attached].

But for David Shara and Defendants wrongful actions, these opportunities and others could have been used.



MP Production Office <meatpacking.productions@gmail.com>

---

**Gravitas Interest in American Mirror**

---

**Nick Royak** <Nick@gravitasventures.com>　　　　　　　　　　　　　　　　　Wed, Nov 7, 2018 at 4:59 PM
To: "meatpacking.productions@gmail.com" <meatpacking.productions@gmail.com>

Hello Bella,

My name is Nick Royak, I work in Acquisitions at Gravitas Ventures and your film *American Mirror* came across my desk. I watched the trailer and was very intrigued.

Wondering if you are still looking for distribution for the film? If so I would be interested in seeing the feature screener!

Best,

**Nick Royak**

Acquisitions Manager | Gravitas Ventures

Cell: (440)799-9128 | www.gravitasventures.com

Follow Us: Twitter | Instagram | Facebook

*Gravitas Ventures*

[11/4/18, 14:37:25] David Shara: Oki will read
[11/4/18, 14:37:35] David Shara: I'm back in USA tomorrow
[11/4/18, 22:18:27] David Shara: Do we have the movie online anywhere?
[11/4/18, 22:27:35] AB: Online? You mean passport protected for selection? Or online distributed? Online distributed absolutely no that I know, not pirated.
[11/4/18, 22:27:37] AB: Why?
[11/4/18, 22:28:02] AB: Sorry wanted to say "password protected"
[11/4/18, 23:02:09] AB: Don't scare me! What's going on?
[11/4/18, 23:35:15] David Shara: No, my friend wants to see it in Israel
[11/4/18, 23:35:30] David Shara: Sorry to scare u
[11/4/18, 23:51:58] AB: That's no problem: I can send an email with url , user and password so that he can see it. The best is to send him an email to a trusted email address.Let me know, I can get that sent now.
[11/5/18, 11:18:29] David Shara: I I'll get his address now
[11/5/18, 13:16:36] David Shara: Roie.edelman@gmail.com
[11/5/18, 13:16:44] David Shara: Please send him the movie
[11/5/18, 13:16:53] David Shara: He will not share it ever
[11/5/18, 13:17:11] AB: ok, I know, his your friend
[11/5/18, 13:17:46] AB: I will get it send in half an hour, with cc copy to your email, so that you can see it
[11/5/18, 13:17:49] David Shara: Yes and he bought a painting for 140,000 dollars
[11/5/18, 13:17:52] David Shara: Thx
[11/5/18, 13:18:05] AB: that's great! congratulations
[11/5/18, 13:18:10] David Shara: Mom loves the movie
[11/5/18, 13:18:24] AB: she told me, i'm so glad
[11/5/18, 13:18:57] AB: also tigran called me to say that he was very positively impressed by the screening
[11/5/18, 13:19:07] AB: it's powerful on big screen
[11/5/18, 13:19:27] David Shara: U didn't watch on big screen?
[11/5/18, 13:19:52] AB: at DOC LA I did
[11/7/18, 17:41:45] AB: Did you see the email from Gravitas Ventures?
[11/7/18, 17:45:03] AB: An acquisition executive wrote to us inquiring to watch our film
[11/7/18, 17:45:29] AB: Gravitas Ventures in the news section, as you can see they are true players:
[11/7/18, 17:45:33] AB: https://www.google.com/search?num=100&biw=2396&bih=1343&tbm=nws&ei=2WnjW53ZF5Xu-QaGt6y4Dw&q=%22gravitas+ventures%22&oq=%22gravitas+ventures%22&gs_l=psy-ab.3...229196.229196.0.229995.0.0.0.0.0.0.0..0.0....0...1c.1.64.psy-ab..0.0.0....0.EHjmsVCA-Sk
[11/7/18, 17:46:25] AB: Let's talk later about this and about the Toronto Film Fest situation.








Box Office Records > Worldwide > All Movies > Theatrical Distributors > Top Gravitas Ventures Worldwide

## All Time Worldwide Box Office for Gravitas Ventures Movies

See also: Top Gravitas Ventures Domestic - Top Gravitas Ventures International

Other Worldwide Theatrical Distributors records: Top Walt Disney Worldwide - Top Warner Bros. Worldwide - Top Universal Worldwide - Top Sony Pictures Worldwide - Top Paramount Pictures Worldwide - Top 20th Century Fox Worldwide - Top Lionsgate Worldwide - Top MGM Worldwide

This chart contains the top 100 Gravitas Ventures movies based on the cumulative worldwide box office.

See our Gravitas Ventures Theatrical Market Charts for more overviews regarding the *domestic* theatrical box office performance of Gravitas Ventures movies.

| Rank | Released | Movie | Worldwide Box Office | Domestic Box Office | International Box Office |
|---|---|---|---|---|---|
| 1 | 2020 | Ji Xian Feng | $45,986,345 | $793,525 | $45,192,820 |
| 2 | 2018 | 7 Guardians of the Tomb | $7,835,554 | | $7,835,554 |
| 3 | 2018 | Dans la brume | $3,021,333 | | $3,021,333 |
| 4 | 2022 | Mack & Rita | $2,546,562 | $2,535,459 | $11,103 |
| 5 | 2021 | Queen Bees | $2,313,871 | $1,926,706 | $387,165 |
| 6 | 2022 | The King's Daughter | $2,157,750 | $1,747,263 | $410,487 |
| 7 | 2015 | Barney Thomson | $1,335,034 | | $1,335,034 |
| 8 | 2013 | Apartment 1303 | $1,274,006 | | $1,274,006 |
| 9 | 2016 | Bakery in Brooklyn | $794,578 | | $794,578 |
| 10 | 2020 | Shortcut | $769,562 | $758,223 | $11,339 |
| 11 | 2019 | The Sky is Pink | $739,123 | $555,030 | $184,093 |
| 12 | 2021 | Our Friend | $714,255 | $657,511 | $56,744 |
| 13 | 2021 | Meander | $663,073 | | $663,073 |
| 14 | 2015 | Unbranded | $640,794 | $410,185 | $230,609 |
| 15 | 2020 | The Assent | $637,990 | | $637,990 |
| 16 | 2022 | Seriously Red | $556,129 | | $556,129 |
| 17 | 2020 | Coda | $547,093 | | $547,093 |
| 18 | 2018 | Ride | $328,531 | | $328,531 |
| 19 | 2017 | California Typewriter | $200,379 | $200,379 | |
| 20 | 2015 | All Things Must Pass | $166,872 | $166,872 | |
| 21 | 2022 | Bosch & Rockit | $160,876 | | $160,876 |
| 22 | 2019 | The River and the Wall | $150,816 | $150,816 | |
| 23 | 2018 | The Gardener | $137,222 | $62,734 | $74,488 |
| 24 | 2016 | Requiem for the American Dream | $130,152 | $130,152 | |
| 25 | 2022 | Green Ghost & The Masters Of The Stone | $113,687 | $113,687 | |
| 26 | 2015 | Appropriate Behavior | $109,097 | $46,912 | $62,185 |
| 27 | 2019 | Loopers: The Caddie's Long Walk | $93,163 | $90,679 | $2,484 |
| 28 | 2015 | Man from Reno | $92,918 | $92,918 | |
| 29 | 2020 | Hearts and Bones | $92,037 | | $92,037 |
| 30 | 2016 | Mum's List | $91,756 | | $91,756 |
| 31 | 2017 | Score: A Film Music Documentary | $83,050 | | $83,050 |
| 32 | 2014 | Ping Pong Summer | $82,282 | $31,900 | $50,382 |
| 33 | 2016 | For the Love of Spock | $80,141 | $80,141 | |

| Rank | Released | Movie | Worldwide Box Office | Domestic Box Office | International Box Office |
|---|---|---|---|---|---|
| 34 | 2019 | Armstrong | $62,981 | | $62,981 |
| 35 | 2018 | Bomb City | $59,329 | $59,329 | |
| 36 | 2023 | Pretty Red Dress | $58,659 | | $58,659 |
| 37 | 2022 | Blaze | $57,012 | | $57,012 |
| 38 | 2018 | The Assassin's Code | $53,980 | $11,218 | $42,762 |
| 39 | 2016 | The Last Man on the Moon | $53,961 | $52,482 | $1,479 |
| 40 | 2022 | Clean | $46,499 | | $46,499 |
| 41 | 2017 | Almost Friends | $46,376 | | $46,376 |
| 42 | 2015 | Anguish | $43,100 | | $43,100 |
| 43 | 2018 | Lost & Found | $37,138 | | $37,138 |
| 44 | 2015 | The Nightmare | $30,923 | $28,281 | $2,642 |
| 45 | 2020 | Tread | $29,136 | $29,136 | |
| 46 | 2016 | How to Plan an Orgy in a Small Town | $24,532 | | $24,532 |
| 47 | 2015 | Backstreet Boys: Show 'Em What You're Made Of | $24,389 | | $24,389 |
| 48 | 2021 | The Violent Heart | $23,614 | $23,614 | |
| 49 | 2018 | First Light | $23,046 | | $23,046 |
| 50 | 2018 | Songbird | $22,647 | | $22,647 |
| 51 | 2016 | Crazy About Tiffany's | $21,964 | | $21,964 |
| 52 | 2018 | Half the Picture | $21,595 | $21,595 | |
| 53 | 2020 | The Rest of Us | $20,820 | | $20,820 |
| 54 | 2016 | Band of Robbers | $20,555 | $20,555 | |
| 55 | 2020 | Foster Boy | $19,046 | $19,046 | |
| 56 | 2021 | Sparkling: The Story of Champagne | $18,854 | | $18,854 |
| 57 | 2018 | Frank and Ava | $18,829 | $18,829 | |
| 58 | 2020 | I Used to Go Here | $18,340 | | $18,340 |
| 59 | 2017 | Mission Control: The Unsung Heroes of Apollo | $16,405 | $16,405 | |
| 60 | 2016 | Already Tomorrow in Hong Kong | $14,966 | $14,966 | |
| 61 | 2017 | Brave New Jersey | $14,105 | $14,105 | |
| 62 | 2022 | The Other Me | $12,250 | | $12,250 |
| 63 | 2021 | Sound of Violence | $8,150 | | $8,150 |
| 64 | 2018 | Adventures in Public School | $8,090 | | $8,090 |
| 65 | 2021 | Undergods | $7,742 | | $7,742 |
| 66 | 2022 | The Score | $7,128 | | $7,128 |
| 67 | 2017 | Dave Made a Maze | $6,363 | | $6,363 |
| 68 | 2016 | Slash | $5,902 | $5,902 | |
| 69 | 2021 | One of These Days | $5,208 | | $5,208 |
| 70 | 2023 | The Integrity of Joseph Chambers | $5,183 | | $5,183 |
| 71 | 2023 | Padre Pio | $4,556 | | $4,556 |
| 72 | 2021 | Lone Wolf | $3,510 | | $3,510 |
| 73 | 2014 | Bad Johnson | $3,361 | | $3,361 |
| 74 | 2022 | What Remains | $3,300 | | $3,300 |
| 75 | 2023 | The Other Fellow | $3,276 | | $3,276 |
| 76 | 2017 | Thrill Ride | $2,226 | $2,226 | |
| 77 | 2022 | The Laureate | $2,195 | | $2,195 |
| 78 | 2018 | What Still Remains | $1,759 | | $1,759 |
| 79 | 2017 | The Reagan Show | $1,608 | | $1,608 |
| 80 | 2018 | Delirium | $878 | | $878 |
| 81 | 2015 | Addicted to Fresno | $25 | | $25 |

This table is updated daily to reflect the latest studio reports.

**Note:** This chart is *not* adjusted for inflation.

**Quick Links**

DEG Watched at Home Top 20
Netflix Daily Top 10
Weekly DVD+Blu-ray Chart
News
Release Schedule
Daily Box Office
Weekend Box Office
Weekly Box Office
Annual Box Office
Box Office Records
International Box Office
Distributors
People Records
People Index
Genre Tracking
Keyword Tracking
Franchises
Research Tools
Bankability Index

### Most Anticipated Movies

Deadpool and Wolverine
Arthur the King
The Woman in the Yard
Twisters
Dune: Part Two
Godzilla x Kong: The New Empire
Civil War
Ordinary Angels
Drive-Away Dolls
Monkey Man

### Trending Movies

Argylle
Aquaman and the Lost Kingdom
Wonka
Madame Web
Anyone But You
The Beekeeper
Migration
Lisa Frankenstein
Poor Things
The Chosen: Season 4 Episodes 1-3

### Trending People

M. Night Shyamalan
Dwayne Johnson
Ryan Reynolds
Jason Statham
Nicolas Cage
Bryan Cranston
Robert Downey, Jr.
Leonardo DiCaprio
Max Minghella
Brenda Fricker

---

© 1997-2024 Nash Information Services, LLC. All rights reserved.
The Numbers is a registered trademark of Nash Information Services, LLC
For comments or corrections, please email us at corrections@the-numbers.com

Privacy Policy - About Us - Glossary



MP Production Office <meatpacking.productions@gmail.com>

## sales representation for American Mirror - Intimations of Immortality

**Alex Nohe** <alex@bloodsweathoney.com>  Wed, Mar 20, 2019 at 4:45 PM
To: DVF Films <davincifilms.productionoffice@gmail.com>

Hey Arthur,

Bravo! That is quite the unconventional yet compelling portrait of an artist who also portrays artists. It's beautiful, serious, and very well executed. I totally dig it and there's definitely an audience out there for it. It's somewhat of a love story as well -- although alot of the love is under the surface... Great job to you and everyone involved with making this great film.

Let me pose a few standard questions to find out where you are with the film and then let's find a time to talk.

1. Do you have any current US distribution offers? Have any distributors passed?

2. What other film festivals are you trying?

3. Do you have an entertainment attorney? A publicist? An international sales agent?

4. What are your expectations for your film? Theatrical? DVD? Digital?

5. What was the production budget? (Skip if you're uncomfortable sharing this info.)

6. Is the film fully finished? Is everything cleared? Are there any outstanding bills or legal issues?

7. Are there any special elements that I should be aware of to best position the film to buyers (such as star power, fan base, unique attachment, unusual angle)?

8. Are you primarily interested in a standard distribution deal -- or are you considering doing your own theatrical run depending? If so, do you have access to a P&A budget for that?

9. What's the best phone number for you – and what's your time zone?

Thanks!
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
> [Quoted text hidden]

[Quoted text hidden]



MP Production Office &lt;meatpacking.productions@gmail.com&gt;

## sales representation for American Mirror - Intimations of Immortality

**Alex Nohe** &lt;alex@bloodsweathoney.com&gt;                                                      Mon, Mar 11, 2019 at 6:20 PM
To: info@meatpackingproductions.us

Congratulations on your upcoming Premiere at the 2019 Richmond International Film Festival. We are always looking out for provocative, challenging, unique films that inspire or enlighten us. Do you have a screener available for review?

**BloodSweatHoney** is a seasoned Producer's Rep outfit. Partners Alex Nohe and Jeff "The Dude" Dowd represent films and secure distribution deals for filmmakers ranging from theatrical to DVD/VOD, cable TV, streaming and educational in North America, China, or Worldwide. We also help with film festivals, consult on international sales, handle contract negotiations, and provide hybrid, alternative, or theatrical releases as needed.

- **North American Sales** - We work with some 75 or so North American distributors. We sell to everyone from Magnolia and Lionsgate to the smallest DVD and VOD companies to HBO and Showtime. We also know who not to work with.

- **International Sales** - We work with our clients on proper placement with the right international sales outfits and negotiate that deal. We do not take our commission for doing so.

- **Domestic Blu-ray and DVD distribution** - We have an in-house solution for clients who land a VOD only deal (for whatever reason). We can set up a title with over 150 outlets for retail and wholesale.

- **Super Aggregation and Service Deals** - We can set you up with a number of "real" and completely professional distribution companies with actual sales teams to get your film released wider and with better results than the branded aggregators out there.

- **Creative Consulting** - On story, script, and films in post-production.

- **Marketing and Publicity Consulting** - We work with the top people and can recommend results oriented teams to further the goal.

- **Film Festivals** - We lobby film festival programmers towards accepting the films of our clients. We have had films in all the top 100 film festivals including Sundance, Slamdance, Cannes, SXSW, LA and Toronto.

- **Theatrical Releases & Bookings** -If a client needs help executing a theatrical release, such as to make a big splash in the marketplace or to trigger a better ancillary deal (like the "day-and-date" VOD model), we can make it happen on 1 to 100 screens: bookings, advertising and a campaign, publicity, special events, and marketing.

- **Canadian Co-Productions** - We can raise the second half of your budget on films at the US$1M range and above.

- **Negotiations** - We have experience in negotiating distribution deals and have a top entertainment attorney on retainer when needed.

- **Transparency** - We are easy to get a hold of and provide references upon request. All deals and money flow directly to you as we put you directly in business with a distributor. We don't touch the money nor take over the rights to your film. There are no hidden costs or expenses charged back to the film.

We charge nominal fees that get applied to an overall 10% commission. If this sounds interesting to you, we would love to check out your film <u>confidentially</u> via online screener or DVD/Blu-Ray. If we feel like we can make a difference, we would set up a call to discuss strategy.

Check out the website for more info: www.bloodsweathoney.com

Thanks!

==Alex Nohe==
==Partner,== BloodSweatHoney
323.481.0120 | alex@bloodsweathoney.com
www.bloodsweathoney.com

http://variety.com/2017/film/news/jeff-dowd-alex-nohe-blood-sweat-honey-1202474345/
https://www.screendaily.com/news/jeff-dowd-alex-nohe-launch-blood-sweat-honey/5119300.article
https://pro-labs.imdb.com/company/co0645251/
https://pro.imdb.com/company/co0686564/

**Let's meet up at the American Film Market. We're in Loews Suite #603 (6th Floor Atrium).**



## Jeff Dowd – Partner



Jeff Dowd is a Los Angeles-based writer, producer, producer's representative, and a nationally recognized authority on marketing, distribution, and exhibition.

Jeff has consulted on the marketing or been producer's representative on such diverse films as Blood Simple, The Black Stallion, Chariots of Fire, Ghandi, War Games, Hoosiers, Desperately Seeking

## Alex Nohe – Partner



Alex Nohe has worked with some of the world's most noteworthy filmmakers including Christopher Nolan on Following, Don Coscarelli on Bubba Ho-Tep, and Bill Condon on Gods & Monsters, assisting them with representation, distribution and much deserved success. He also put together the first retrospective of the work of David Lynch in Los Angeles. This was while he was the Director of Programming of IFP/Los Angeles.

Susan, Kissing Jessica Stein, The Blair Witch Project, and Metallica: Some Kind of Monster, among many others.

Jeff produced Zebrahead, which won the Filmmakers Award at the Sundance Film Festival. He was Co-Executive Producer of FernGully: The Last Rainforest, the animated feature starring Robin Williams, Tim Curry, and Christian Slater. It was released by Twentieth Century Fox and won the Best Picture Award from the Environmental Media Association (EMA). He has raised more than $25 million of financing for independent pictures.

From 2013 to 2016 he was a Partner in Circus Road Films where he put over 100 films into distribution. Previous to that, he ran Walking Shadows, a theatrical distributor that released some 40 films.

He is an Executive Producer of Ain't it Cool with Harry Knowles, which launched on KLRU in Austin and expanded to over 50 other PBS stations. Guests included film directors Danny Boyle and Wes Craven, showrunner Beau Willimon, critic Leonard Maltin, and actor Burt Reynolds, among others.



MP Production Office <meatpacking.productions@gmail.com>

## American Mirror

**director@mdff.org.au** <director@mdff.org.au>    Tue, Sep 15, 2020 at 9:47 PM
To: MP Office <meatpacking.productions@gmail.com>

Hi,

We were wondering if we maybe able to stream in Australia-only American Mirror as part of a Best of Our Festival at 25% of box office for December.

Kind regards,

Lyndon Stone
Festival Director