# EXHIBIT 13

<u>WhatsApp Messages's of interest transcription exchanged between partners D. Shara and Plaintiff 2018-2019.</u>

David Shara was of the same mind with Plaintiff as regards to Sarandon in every single aspect. His change and actions against Plaintiff in 2019 right after Plaintiff defends the film once Sarandon slaps it "I don't have anything positive to say about your film", are obviously consequence of Sarandon's tortious interference by wrongful means to cower Shara into fear of retaliation against him also and the potential fallout of his own business due to Sarandon's public influence. See another exchanged close before Plaintiff's and Sarandon's exchange of opinions prompted by her ungratefulness, felt by all members of the team, David Shara included as can be seen here:

AB: By the way: **it is not enough to have Susan Sarandon in a feature to get success.** 'VIPER CLUB', despite the clear character-building loan taken from my script -I saw the movie!- is another Sarandon-FLOP.
[...]
David Shara: **Yes agreed.**
[...]
David Shara: **She's [Sarandon] useless**
[...]
**AB:** No. But I know how she likes to joke around, and **she is a very big mouth**, we know that, so I dont want to risk her speaking
[...]
**David Shara: Agreed**

1

[Enphasis (color, understriking, boldness of font, is added for easier access to the point made clear here. AB stands for "Arthur Balder". Comments related to Defendant Sarandon and Nazi Propaganda Project, in red.]

[10/22/18, 08:04:16] David Shara: Wow!
[10/22/18, 08:04:22] David Shara: How did it go
[10/22/18, 08:25:25] David Shara: Did we win an award? Or is that given to everyone? How did the crowd like it...
[10/22/18, 17:16:44] David Shara: ???
[10/22/18, 18:55:50] AB: Confirmation: Best Innovative Film, Best Cinematography, Best Composer, Paradjanov-Vartanov Instute Award (which is the most important one) for Susan Sarandon and "American Mirror"
[10/22/18, 19:15:29] AB: For the moment don't publish anything with Mia on social media, i need to organize the media strategy in coordination with the film festival.
[10/22/18, 21:23:12] David Shara: Wow
[10/22/18, 21:23:23] David Shara: Huge congratulations
[10/22/18, 21:23:31] David Shara: Won't publish
[10/22/18, 21:25:45] AB: It's great news, thanks, let's talk once in NYC tomorrow.
[10/22/18, 22:47:52] AB: image omitted
[10/22/18, 22:55:40] AB: But we will wait for film fest press release distribution. Then we'll set up our strategy with Mia, etc.
[10/22/18, 22:56:00] David Shara: Great news
[10/22/18, 22:56:05] David Shara: I wait for u
[10/23/18, 09:57:37] David Shara: Feeling good today?
[10/23/18, 09:57:44] David Shara: I'm very happy for u
[10/23/18, 09:58:03] David Shara: I hope it's the start of many well deserved awards for u
[10/23/18, 11:09:35] AB: Thank you so much, these awards are also yours.
[…]
10/25/18, 12:41:17] David Shara: Missed voice call
[10/25/18, 12:59:15] AB: i was on a call
[10/25/18, 13:40:04] AB: **Email to Susan sent informing of the success at LA and of her award**.
[…]
[11/4/18, 14:37:25] David Shara: Oki will read
[11/4/18, 14:37:35] David Shara: I'm back in USA tomorrow
[11/4/18, 22:18:27] David Shara: **Do we have the movie online anywhere?**
[11/4/18, 22:27:35] AB: Online? You mean passport protected for selection? Or online distributed? Online distributed absolutely no that I know, not pirated.
[11/4/18, 22:27:37] AB: Why?
[11/4/18, 22:28:02] AB: Sorry wanted to say "password protected"
[11/4/18, 23:02:09] AB: Don't scare me! What's going on?
[11/4/18, 23:35:15] David Shara: No, **my friend wants to see it in Israel**
[11/4/18, 23:35:30] David Shara: Sorry to scare u
[11/4/18, 23:51:58] AB: That's no problem: I can send an email with url , user and password so that he can see it. The best is to send him an email to a trusted email address.Let me know, I can get that sent now.
[11/5/18, 11:18:29] David Shara: I I'll get his address now
[11/5/18, 13:16:36] David Shara: Roie.edelman@gmail.com
[11/5/18, 13:16:44] David Shara: Please send him the movie
[11/5/18, 13:16:53] David Shara: He will not share it ever
[11/5/18, 13:17:11] AB: ok, I know, his your friend

2

[11/5/18, 13:17:46] AB: I will get it send in half an hour, with cc copy to your email, so that you can see it
[11/5/18, 13:17:49] David Shara: Yes and **he bought a painting for 140,000 dollars**
[11/5/18, 13:17:52] David Shara: Thx
[11/5/18, 13:18:05] AB: that's great! congratulations
[11/5/18, 13:18:10] David Shara: Mom loves the movie
[…]
11/5/18, 13:19:07] AB: it's powerful on big screen
[11/5/18, 13:19:27] David Shara: U didn't watch on big screen?
[11/5/18, 13:19:52] AB: at DOC LA I did
[11/7/18, 17:41:45] AB: **Did you see the email from Gravitas Ventures?**
**[11/7/18, 17:45:03] AB: An acquisition executive wrote to us inquiring to watch our film**
[11/7/18, 17:45:29] AB: Gravitas Ventures in the news section, as you can see they are true players:
[11/7/18, 17:45:33] AB: https://www.google.com/search?num=100&biw=2396&bih=1343&tbm=nws&ei=2WnjW53ZF5Xu-QaGt6y4Dw&q=%22gravitas+ventures%22&oq=%22gravitas+ventures%22&gs_l=psy-ab.3...229196.229196.0.229995.0.0.0.0.0.0.0..0.0....0...1c.1.64.psy-ab..0.0.0....0.EHjmsVCA-Sk
[...]
[11/9/18, 20:11:42] AB: Screening at Toronto is now confirmed. Are you going? It is on November 17th. […]
[11/9/18, 21:14:33] David Shara: I'm not sure I can go
[11/9/18, 21:15:02] David Shara: **I have a Russian client coming to buy diamonds in Florida** on the 17th
[11/9/18, 21:15:15] David Shara: If he confirms then I cannot go […]
[11/9/18, 21:21:08] AB: **By the way I sent online secure screener to the acquisition executive of Gravitas Ventures, we don't lose anything by showing it to them and start hearing bids.**
**[11/9/18, 21:23:55] David Shara: Agreed**
[11/9/18, 21:24:25] David Shara: It will be very interesting to hear the feedback
[11/9/18, 21:24:37] David Shara: **I'm excited to talk to them with you**
[11/11/18, 15:26:50] AB: Hello David, we just received an email from Pomegrante FF in Toronto, where the president officially announces the deliberations of jury are that The Best Cinematography Award, as well as The Most Innovative Film Award,
will be presented to team of 'American Mirror' after gala screening in Toronto. Bella forwarded you the email.
[11/11/18, 15:27:10] David Shara: Wow
[11/11/18, 15:27:15] **David Shara: Congratulations**
[11/11/18, 15:27:21] **David Shara: Fucking awesome**
[11/11/18, 15:27:29] **AB: Congratulations to everybody then!**
[11/11/18, 15:27:36] AB: Thank YOU.
[11/11/18, 15:27:36] David Shara: When is it?
[11/11/18, 15:27:49] **David Shara: U deserve it**
[11/11/18, 15:27:54] David Shara: It's Sunday?
[11/11/18, 15:28:03] AB: Next Saturday 17th gala event.
[11/11/18, 15:28:26] David Shara: And u cannot go?
[11/11/18, 15:28:41] AB: They also **would present Golden POM Award to Sarandon if she goes**. Will forward to her office the announcement and petition of assistance. She won't go, but we have to.
[11/11/18, 15:28:46] David Shara: Let me see if I can go for the day
[11/11/18, 15:28:57] AB: Go, go, go! […]
[11/15/18, 13:23:31] AB: do you think we can meet later?

3

[11/15/18, 13:33:34] David Shara: Yes
[11/15/18, 13:33:38] David Shara: 430?
[11/15/18, 13:38:42] AB: That's fine, I will be there.
[…]
[11/19/18, 00:18:01] David Shara: Thanks
[11/19/18, 00:18:07] David Shara: Great footage
[11/19/18, 11:09:16] **David Shara: Can I get another access to the movie for my partner in Belgium? Thanks in advance**
[11/19/18, 12:09:21] AB: **Of course!** Just let me know the email and we send it in a few minutes with CC copy to you, is that OK?
[11/19/18, 13:25:00] David Shara: Yes please
[11/19/18, 14:55:56] AB: But I dont have the email to send the screener to
[11/19/18, 15:30:54] David Shara: I sent u an email connecting with him

[Partners discuss another new project documentary about baseball player David Cone]

[11/27/18, 10:19:58] David Shara: Then we weave nyc art, food, nightlife, etc into his nyc career...both for the Mets and Yankees...and intersperse pivotal moments of his perfect game
[11/27/18, 10:20:43] AB: I see the David Cone film very clear, stylistically, in all senses
[11/27/18, 10:21:12] AB: I am ready to sit down and talk about it with him or with you previously if you have some time
[11/27/18, 10:21:37] AB: I will be in Manhattan later this afternoon, if you have time
[11/27/18, 11:10:21] David Shara: Let's talk later and decide
[11/27/18, 11:10:33] David Shara: I'm swamped today and leaving tomorrow morning
[11/27/18, 11:10:45] David Shara: I'll try and make 15 mins

[…]
[12/7/18, 14:43:24] AB: Confirmed. AM is finalist for best doc against other 3 films. Jury president Paul Haggis. Winner unveiled on 15 December in Rome.
[12/7/18, 14:43:53] David Shara: Sweet!!!
[12/7/18, 14:43:59] David Shara: Whoa whoa […]
[12/15/18, 19:31:52] David Shara: Congratulations
[12/15/18, 19:32:22] AB: thank heartily, not possible without working together
[12/15/18, 19:32:50] David Shara: I'm proud of you and your movie
[12/15/18, 19:32:55] AB: still i felt depressed when i saw some clips of some italian films winners
[12/15/18, 19:33:18] AB: i couldn't avoid feeling very "jealous"
[12/15/18, 19:33:23] AB: of what i saw
[12/15/18, 19:33:23] David Shara: Why depressed
[12/15/18, 19:33:50] AB: **because i should do much more, i thought**
[12/15/18, 19:34:27] AB: it's a curious feeling, i'm glad and feel very honored and at the same time i'm sort of depressed
[12/15/18, 19:34:54] AB: anyway it must be ambition mixed with frustration
[12/15/18, 19:34:57] **David Shara: Just enjoy for now and learn and improve**
[12/15/18, 19:35:15] AB: that's it, it's true
[12/15/18, 19:35:18] David Shara: Let's see what comes from museums
[…]
[12/19/18, 10:43:16] David Shara: Incredible success
[12/19/18, 10:43:25] David Shara: I'm in nyc next 2 days
[12/19/18, 10:45:32] AB: i'm preparing all conclusions **on a memo** and we could meet in person
[12/19/18, 10:45:50] AB: tomorrow is ok?

4

[12/19/18, 10:47:52] **David Shara: Yes**
[...]
[12/20/18, 12:22:09] AB: **Bella have also request from Fabrique if it is possible to get the production of a second copy of the Award**, so that we both can have a copy, **if not honestly I think the award 'should be displayed and put to work' at your office, only if you like the idea.** The same with one of the Parajanovs.
[12/20/18, 12:28:05] **AB: By the way:** it is not enough to have Susan Sarandon in a feature to get success. "VIPER CLUB", despite the clear character-building loan taken from my script -I saw the movie!- is another Sarandon-FLOP  /// see by your self the box office: https://www.boxofficemojo.com/movies/?id=viperclub.htm
**[12/20/18, 12:28:32]** David Shara: Yes agreed
[12/20/18, 12:28:37] AB: To abbrige, the numbers: domestic **total gross Domestic Total Gross: $60,607**
[12/20/18, 12:29:30] AB: She looks discouraging in the movie, the director has a pathetic camera choreography, the rest of actors dangle around her, and, most of all, she looks ODDLY OLD.
[12/20/18, 12:29:57] AB: And the editing is at best, conventional without hitting the mark of a journalistic thriller...
**[12/20/18, 12:30:25] David Shara: Yes please, I'd love to show the awards at my office**
**[12/20/18, 12:30:30]** David Shara: She's useless
**[12/20/18, 12:30:46] David Shara:** We will gross more than 60,000 dollars
[12/20/18, 12:31:34] AB: Now meanwhile **she looks amazying in our movie, really, and while she gets the Parajanov-Vartanov award, only awarded previously to people such as Martin Scorses (who praised it publicly, like Coppola), so while she gets the Parajanov-Vartanov award she looks sidelong elsewhere pretending AMERICAN MIRROR is a 'found footage' thing**....
[12/20/18, 12:33:00] **AB: Talking coldly and from business point of view: from now on,** Susan is not necessary. If we get into MoMA's non-fiction doc film fest for february, the DOC FORTNIGHT, its even agains the interest of the film that she comes, believe me, because then she will only come to steal the show, and I am against it.
[12/20/18, 12:33:41] **AB:** I want there Tigran to be protagonist, you to say some good remarks to OUR guests, Donald Kuspit to talk to Tigran at the end of the projection, and convince the audience they NEED to have a painting of Tigran.
[12/20/18, 12:34:26] AB: We don't need her there making jokes about out very serious, award-loaded movie, depreciating our 'cinema-art' approach at the MoMA. No please, she can go and promote VIPER FLOP
[12/20/18, 12:35:22] **David Shara:** Is she making jokes?
[12/20/18, 12:36:47] David Shara: I still would like Tigran to explain why he paints, the meaning of hands over face (reference to social media) and a drop more about his past in Armenia leading him to his current status
[12/20/18, 12:38:22] AB: No. But I know how she likes to joke around, and she is a very big mouth, we know that, so I dont want to risk her speaking IN after a projection at MoMA in a 'light' way on how casual all was. That is against **our** interest, because everybody things the movie has been highly controlled in terms of direction, and so it was, and **she speaking lightly is 'no good'**.
[12/20/18, 12:40:20] David Shara: Agreed
[12/20/18, 12:40:43] **AB:** That regarding Susan.

[…]
[1/2/19, 14:44:28] David Shara: Excellent work, keep it up and let's get into as many as we can ensure the film with as many people as possible

[…]
[1/6/19, 18:43:42] AB: We could meet on tuesday?
[1/6/19, 18:45:21] David Shara: Yes
[1/6/19, 19:01:01] AB: image omitted
[1/6/19, 19:23:50] AB: **OSCARS_91aa_doc_features.pdf** • 3 pages document omitted
[1/6/19, 19:24:07] AB: **Oscars Doc submissions rules**
[…]
[1/9/19, 18:33:47] David Shara: Sweet!
[…]
[1/10/19, 11:11:05] AB: Hello David, I need some money.
[1/10/19, 11:12:52] AB: 4K December, 4k January and 4k February, 12K (I need 4k to get through the month)
[1/10/19, 11:13:42] AB: Then I have 2.7K from Italy travel  (I had to buy the ticket last minute)
[1/10/19, 11:14:05] AB: I have 1k more in submissions I presented December-January
[1/10/19, 11:14:39] David Shara: Ok, **I'll take care of it by Monday**
[…]
[1/13/19, 13:39:13] AB: So Melbourne Documentary Film Festival director sent an email yesterday saying they are considering our film very seriously, we will see. Bella will forward you the email.
[1/13/19, 21:14:24] David Shara: **Brilliant**
[…]
[1/16/19, 14:11:12] David Shara: Love it
[1/16/19, 14:11:29] **David Shara: I'm working on $$$ for u**
[1/16/19, 14:24:26] AB: thank you, it is needed, but I understand you always do your best. I keep working, many pots on the fire!
[1/16/19, 14:50:27] David Shara: Keep kicking ass thanks for your patience
[…]
[1/21/19, 15:11:37] AB: David THIS is the kind of internationally political propaganda of nowadays that is being rewarded in documentary festivals, **trying to 'normalize' Hamas by focusing on Arabic victims.** This doc trailer is interesting to see, and **that's one of the reasons and not the only one why the project about Nazy propaganda and today's propaganda I think it is important** (on top of that as **Mr Langerman himself recognizes the hate-mongering illustrations were made in some cases by great artists**, and that opens the path to two-dimension adjustment-animation of them in a high-quality way):    https://www.youtube.com/watch?v=qDlm3P4zgy8
[...]
[1/22/19, 16:13:04] AB: I am getting solved the theatrical release... good news, let's talk
[1/22/19, 16:36:59] AB: Cinema Village, 22 E 12th St, New York, NY 10003, will screen at least for a week in one of its 3 theatres, probably the small one 63 seats, dates yet to be set...
[1/22/19, 16:37:04] AB: image omitted
[1/22/19, 16:37:04] AB: image omitted
[1/22/19, 16:37:30] AB: great venue
[1/23/19, 08:38:51] **David Shara: I'm free when you are**
[1/23/19, 12:16:05] AB: ok we can talk if you can
[1/23/19, 12:44:32] AB: GIF omitted
[1/23/19, 12:44:40] AB: 🤣
[2/5/19, 14:38:49] AB: image omitted
[2/5/19, 14:38:54] AB: image omitted
[2/5/19, 14:39:06] AB: FACF-IF39-0360.pdf • 1 page document omitted
[2/5/19, 14:39:13] AB: Cannes submission also paid

[2/5/19, 14:39:43] AB: And duplicate of Fabrique Du Cinema Award for your Office also paid and shipment, about to arrive in NY, will bring it to your office once here.
[2/5/19, 14:40:10] **David Shara: Thank you**
**[2/5/19, 14:40:16] David Shara: I'm working on a check for you**
[2/5/19, 14:40:31] AB: image omitted
[2/5/19, 14:40:45] AB: OK, thank you
[2/13/19, 09:08:29] AB: I think this news is interesting, it happened in Paris just a few days ago: https://www.foxnews.com/world/**anti-semitic-graffiti-sprayed-on-paris-bagel-shop-in-act-similar-to-attacks-in-nazi-germany**
[2/15/19, 11:45:18] AB: **Selected for Milano Film Festival, 2019,** September. Director's flight and hotel paid by them. It is the SECOND biggest film festival in Italy, after Venice Film Festival.
[2/15/19, 11:46:05] AB: magazineMFF_bassa.pdf • 31 pages document omitted
[2/15/19, 11:46:27] AB: That's the program of the festival in 2018. It gives an idea of it is.
[2/15/19, 11:49:09] **David Shara: Congratulations**
**[2/15/19, 11:49:12] David Shara: Awesome**
[2/15/19, 11:49:54] AB: image omitted
[2/15/19, 11:51:23] AB: Armenian Sydney FF has requested the film, but they are small, and I want to make sure first what happens with the submissions to the big ones of Australia. Anyway is not bad as a side-show.
[2/28/19, 02:37:10] **David Shara: Please give me a call when you wake up, you need to be careful with Susan. She can ruin you**
[2/28/19, 02:37:34] David Shara: I **want** to call her and try and straighten things out, **we do not need her as an enemy** and it is not smart the way you were treating her
[2/28/19, 02:51:46] David Shara: **You cannot write this stuff, she will make a lawsuit against us and ruin your dream**, this set of emails is unacceptable
[2/28/19, 02:52:06] David Shara: I read the emails, that is not ok
[2/28/19, 09:20:51] David Shara: Missed voice call
[2/28/19, 09:21:15] David Shara: I'm going to sleep, I'm flying tomorrow
[2/28/19, 09:21:40] David Shara: **You need to write the nicest, most sincere apology in the world**
[2/28/19, 09:21:49] David Shara: What you wrote is terrible
[2/28/19, 12:00:24] AB: I have been treating her the 'smart' way for years, and the result has been that we have nothing, not even a well deserved respect. She's been doing all she can passively to curtail our possibilities of success. Only things have been going in an unexpected direction, despite what she expected after 'leaving all in the lurch'.  What I wrote is the truth. She has been humiliating our work for years, and the last thing is to spite on the Parajanov-Vartanov Prize. We've been treating her with silken gloves, all what for? To be slapped with a bunch of overacted statements the day I step in and ask WHAT'S GOING ON? How is it that she send to me such a disgraceful note. Why? It is very clear why. Very unfair. I sent the entire documentation and the entire emails exchange as it is. Too long for Wahtsup, you have now the emails. You should read them to get a chronological picture of the facts regarding this conversation.
[4/15/19, 12:12:32] **David Shara: Unfortunately we are not able to continue our relationship**
**[4/15/19, 12:12:54] David Shara: The way you write to Susan and Tigran is unacceptable**
**[4/15/19, 12:15:33] David Shara: I cannot work with you anymore**
[4/15/19, 12:16:04] **David Shara: The other projects can never be exposed to the angry hateful words you spew at people**
**[4/15/19, 12:16:12] David Shara: It is unacceptable**
[4/15/19, 12:41:17] AB: We will have to talk.
[4/15/19, 12:41:33] **David Shara: Speak to my mother**
[4/15/19, 12:41:41] David Shara: I am too upset to talk
[4/15/19, 12:41:57] David Shara: You are too much for me

7

[4/15/19, 12:42:15] AB: So do I am, but we have to face the facts.
[4/15/19, 12:42:17] **David Shara: I cannot do any other work together**
[4/15/19, 12:42:38] **David Shara: I'm finished with this project and the others**
[4/15/19, 12:42:48] **David Shara: Cancel the film festivals**
**[4/15/19, 12:42:55] David Shara: I do not care about them**
[4/15/19, 12:42:59] David Shara: It's not ok
[4/15/19, 12:43:34] AB: I cannot read the mind of people. You should have speak also sooner, if your ideas had changed, because in January you said other things.
[4/15/19, 12:43:49] AB: What is not OK?
[4/15/19, 12:44:01] David Shara: And you wrote terrible things without asking me
[4/15/19, 12:44:11] **David Shara: Speak to my mother**
[4/15/19, 12:44:35] AB: Why should I ask you about something that is connected with the way others were treating my work of 4 yours?
[4/15/19, 12:44:41] **David Shara: The email u wrote to Susan and the way u treat Tigran is unacceptable**
[4/15/19, 12:45:06] David Shara: Call honey
[4/15/19, 12:47:46] AB: The way I treat Tigran, no idea what's that. I was making a film about a painter, and the painter doesn't want to be shown painting an artwork. That's practically sabotage. Then we have to press him to help with launching of the film festival circuit. Then we have to avoid the 'real part' of his life, he dealing with his condition of the mediterranean fever, etc every month, or at least that he says. I have to get a good film while this capricious attitude contribute to limit all possibilities of getting what the audience expect: show the artist in his entirety. Practically sabotage, and despite that I got what I got.
[4/15/19, 12:50:02] **AB: Regarding Susan: unacceptable that she treats a film this way after even getting a recognition thanks to my work. It is unacceptable,** the things I wrote are perfectly and fully appropriate, and I made myself responsible of them. We were one day after that exchange of opinions as we had been three months before, six months before, or one year before.
[4/15/19, 12:55:27] **AB: By the way: new projects. The Nazi propaganda project is about self-respect, and how to deprive people of it, and all you say and do now is just designed to undermine my professional possibilities just because I had self-respect. This is absolutely outrageous.**
**[4/15/19, 12:56:11] David Shara: Sorry, not interested**
**[4/15/19, 12:56:24] David Shara: You cannot write that shit to Susan**
[4/15/19, 12:56:28] David Shara: How dare u
[4/15/19, 12:56:41] **David Shara: You embarrassed yourself and all of us**
[4/15/19, 12:56:48] David Shara: Beyond reproach
[4/15/19, 12:57:24] AB: I do believe professional standards are universal, and a celebrity doesn't have the right to go to these lengths as she went.
[4/15/19, 12:58:18] **AB: Humans beings deserve respect, and also their work**, and she manifestly showed the polar opposite.
[4/15/19, 12:58:38] **David Shara: U can never take it back**
[4/15/19, 12:58:54] AB: Take what? I want to understand it...
[4/15/19, 12:59:22] AB: "It", the film is already done.
[4/15/19, 12:59:19] **David Shara: She never signed up for any of that, you were lucky enough to get her to sit for you and be filmed, but she did not want anything to do with the project. In your head** you made it that she was a part of this project, but she is a busy and famous woman and you twisted it around
[4/15/19, 12:59:35] **David Shara: Speak to my mom, I'm done**
[4/15/19, 12:59:54] AB: "in my head", no, in the emails.

[4/15/19, 13:01:04] **AB: She not only showed up knowing the camera was meant to be used, also knew the final result, consented to the use of her image**, considered for 3 months going to Armenia's Yerevan film festival, and a long etc.
[4/15/19, 13:01:17] **AB: She is just a hypocrite.**
[4/15/19, 13:04:31] AB: Then tell me: Why then than 'busy and famous woman', as you mainly describe her, came to the shooting of a film, knowing the camera, setting, etc, if not to be part of it?
[4/15/19, 13:04:58] AB: That's what **I asked, simply, asked her.** Can you answer that...?
[4/15/19, 13:05:18] AB: Of course you can.
[4/15/19, 13:07:08] AB: You are the producer of this film, and it is with you with whom now I will have to talk, not with your mom, with all due respect to her of course.
[4/15/19, 13:11:16] **David Shara: You told her she only wanted to fuck him and then when she was rejected it all changed**
[4/15/19, 13:11:26] David Shara: That's insane and mean
[4/15/19, 13:11:32] David Shara: It's terrible
[4/15/19, 13:11:40] David Shara: Not ok
[4/15/19, 13:11:51] **David Shara: You're right sbout many things**
[4/15/19, 13:11:45] AB: I did not say that, ever.
[4/15/19, 13:11:57] **David Shara: But not ok**
[4/15/19, 13:11:58] AB: Read my email. **I asked her what for she came.**
[4/15/19, 13:12:04] David Shara: Yes you did
[4/15/19, 13:13:55] AB: With all due respect, David, I demanded an answer from her after telling me 'she has nothing positive to say about my project', yes she did something, and also after saying I needed all possible publicity --not true, we did well wiithout any publicity from her. On the contrary, YOU KNOW she was pretending the film does not exist, looking somewhere else all the time. Then I requested some respect at least for the award she got thanks to US.
[4/15/19, 13:14:52] AB: I did not affirm what for she came, **I asked her, and that's an enormous difference.**