# EXHIBIT 1

Email agreements between Plaintiff and D. Shara concerning informing and discussing budget and distribution from 2017 until 2020. It contains repeated confirmations by D. Shara (in writing and by performance) of the detailed actions being discussed by both.

This is consequence of:

Producers' Agreement, Terms, ¶ 6:

*"The Director/Producer will inform and discuss any distribution possibilities with the Executive Producer, both being informed in due time to ensure the best performance possible of the business."*

 **Gmail**

ARTHUR BALDER <artur.balder@gmail.com>

---

## TIMES PRESSES ON // SUSAN SARANDOM CONFIRMED FOR 16TH JUNE // CAR-shooting before June 26th and after 17th June

---

**David Shara** <davidshara@mac.com>                                        Thu, Jun 2, 2016 at 2:05 PM
To: Artur Balder <artur.balder@gmail.com>
Cc: TIGRAN TSITOGHDZYAN <tigrants@icloud.com>

I believe in you, I think you are the perfect fit for this entire project and I love your commitment to Ron and to helping him in his development

Sent from my iPhone
[Quoted text hidden]

 Gmail

ARTHUR BALDER <artur.balder@gmail.com>

## FX Update

**David Shara** <davidshara@me.com>                                    Wed, Jan 4, 2017 at 8:27 AM
To: ARTHUR BALDER <artur.balder@gmail.com>

    Hi Arthur,
    Happy new year.
    I will arrange the 10k this week.
    I will read and sign our contract today.
    I told tigran to contact the composer...I'll check On that.
    Talk soon
    Ds

    Sent from my iPhone
    [Quoted text hidden]

 ARTHUR BALDER <artur.balder@gmail.com>

## Fwd: Budget Petition to Molecule NY Visual FX Company

**David Shara** <davidshara@me.com>          Mon, Feb 6, 2017 at 6:42 PM
To: ARTHUR BALDER <artur.balder@gmail.com>

I will send 5500 tomorrow
Call me in the morning

Sent from my iPhone
[Quoted text hidden]

 Gmail

ARTHUR BALDER <artur.balder@gmail.com>

## Shooting February 10th Submission Budget

**TIGRAN TSITOGHDZYAN** <tigrants@icloud.com>                    Wed, Feb 1, 2017 at 10:33 PM
To: ARTHUR BALDER <artur.balder@gmail.com>
Cc: David Shara <davidshara@me.com>

I don't know do how imagine the shot with Allen. But I want to keep it real, as a documental, so lets separate things.
I think Morgan can just appear in one shot for example posing for me painting her new portrait? She can be in the same angle but moving and talking, laughing and the focus depth can go between me painting her and real her in action.. I don't know, just ideas…
Maybe not necessary, its all up to you. Just as we move in time and I painted Morgan and I think its a special piece and looks different then the others we could take a shot. Your call. Mellisa wood who appear in the studio visits, her painting is almost ready as well..

[Quoted text hidden]

 Gmail

## Fwd: Budget Petition to Molecule NY Visual FX Company

**David Shara** <davidshara@me.com>                                     Tue, Feb 7, 2017 at 2:04 PM
To: ARTHUR BALDER <artur.balder@gmail.com>

Wire sent

Sent from my iPhone
[Quoted text hidden]

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

## ==URGENT Production Update // Invoices,== Susan Sarandon willing to participate in promotion of film & other budget problems

**David Shara** <davidshara@me.com>                                    Wed, Oct 4, 2017 at 4:23 PM
To: Arthur Balder <arthurbalderfiles@gmail.com>

hello arthur,
==I will give up 5% just like you, so you can offer her 10%==
==Yes to the laptop 3k==
==yes to 20k==
==yes to 10k==
congratulations on her green card, this is amazing.
==I will make sure tigran finishes your painting and gets it to you very soon.==
I am still tight on money, but I can send 20k right now.
==The music is MUCH MUCH BETTER.==
==lets chat tomorrow.==
Best
DS


[Quoted text hidden]
[Quoted text hidden]
<Invoice-Production-American-Mirror-09-18-2017-Pending.jpg><asn2016808001 - acl for wwro - NationalVisaCenter - 22Sept2017.pdf><Invoice-Production-American-Mirror-09-18-2017-Pending.jpg> <Invoice-MacBookPro-15inch.jpg><Invoice-Edit-Color-Sept-2017.jpg>

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

## Email address

**Arthur Balder** <arthurbalderfiles@gmail.com>                               Mon, Feb 12, 2018 at 10:51 AM
To: David Shara <davidshara@me.com>, David Shara <davidshara@mac.com>

That's no problem at all, because the breakdown is sketched in each invoice I sent. I will get it ready and more detailed by today.
It is true I am a bit upset, but not with you, but with all this Tigran situation, which is un-understandable, and has a repercussion
on the whole. Let's talk later in person.

On Mon, Feb 12, 2018 at 10:26 AM, David Shara <davidshara@me.com> wrote:
Do not be upset, everything is fine. I am very happy with everything you have done and how carefully you have spent the money. You have been wonderful throughout the whole thing and I appreciate everything you have done. My accountant requests details of my payments...
Talk later

Sent from my iPhone

On Feb 12, 2018, at 10:22 AM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:


This is the email conversation that contains our last talking and approval of budget from October 5.
It is after this that I requested additional and technical budget as described before in the other emails, which were also approved of by you, you can see
the emails sent and look after them in your own email account.


On Thu, Oct 5, 2017 at 9:06 PM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:
Thank you David.

Attached is the 20k invoice, and will get the other ready as soon as I can since they are different parts of the budget and I do prefer to get them to you separately,
as just a matter of order.
I need to get a concrete final price for the sound mix we intend to get done in Spain. Here in NY the prices are around 500-700 USD per minute, there we will get 250-350 USD per minute, same quality guaranteed or better, but
once in person in Spain I will be able to negotiate it better, and will let you know.

You don't need to pay anything else for:
music licensing for movie (included AVICI theme), music licensing for trailers, original soundtrack (recording of live strings, from two composers collaborating, Mark Petrie and Andrew Prahlov),
all VFX, including a movie official website that is going to be included at the end of all trailers superimposed on screen: www.tigransmovie.com,
sound editing in assembling process plus all voices ready and dialogs clean for the movie and for all trailers, and all graphics for movie and for all trailers (main credits and final credits animation & implementation).

As you know I added two months of editing and the final side of color grading, of which you approved yesterday for September to mid-October, and will need mid-October to November, 10k you approved of yesterday, will need 15k more.

Then we have the DCP (Digital cinema projection) file, that is produced once we have the master of sound and of image. The budget I have is very good 3k -**unlimited positive copies**, not included the hardrives, of course, since every single DCP is burned
into fast connection hardrive. In other words, the DCPs today are like the positive copies of film of old movies. We just produce one negative, and they can burn the DCP in as many projection hardrives of our choice -positives- as we might need. This is also sensitive in the sense that whoever produces the

DCP is managing the master of the movie, and I do not recommend to let this in the hands of someone I do not know personally and I do trust.

In July I told you we will need 2k to 4k for film festivals fees at a later date, but I would just start thinking of rounding this once film is ready and we can think of it in detail. This budget is for paying fees to the film festivals,
so it depends of how many film festivals, etc.

And beyond that I suggest to wait, because we do not know the consequences of having exposure in FF. In terms of money, no big funds are necessary.

**Missing Production Budget**

So missing is:

-Final Sound Mix, around 25k
-DCP negative, 3k
-Final edit and color (movie and trailers): 15k
-Film festivals fees: it depends of how many presentations, but around 2-3k
Total missing Production around 40k

Once production is done, so the product ready, then looking to the future for me we should focus on film festivals strategy, and act according to what happens there, but here are the estimations of three central chapters:

**Internet distribution costs**

Then we have internet distribution costs, of which we do not need to worry now, but I gave you an estimation of putting the film on sale in the mayor platforms: Itunes, Amazon and Google Play. Its 3k to 5k, but also
a few permits have to be done for instance to sell the movie, although in English, in certain territories, like Austrlia o New Zealand, or UK, or Germany. Those are good markets, but permissions of their motion picture associations are necessary, mandatory, so that Itunes puts the film on sale for people in those territories. I dont have these numbers now, but they are not a big deal.

**Theaters Distribution, bicoastal, a possibility**

Then theaters: we will see, but a bicoastal theater presence if possible in independent theatres in NY and LA. If we get there some extra costs could pop up, but will be compensated by box office and publicity.
Also if we get bicoastal theater presence we could be considered for many other awards, not only Oscar. But I think this is not foreseeable at this moment, the theater presence. We need to beat in the film festivals, but specially in
a big, influential one. If we beat there we can get good offers for distribution, and then the internet distribution budget and any other theater distribution will no more be on our side.

**Regarding PR**

Regarding PR. I think that is something that should be well planned also once we have a meeting-point with the audience and critic at an important festival, or if several, then organize it around them.
I'm sure having Susan on board this also will be simplified, and much more efficient with less monetary effort. I would also focus this on a big film festival, if we get it, and then in NY, since she lives here and is easier to move her around
in the city -and less expensive.

A note: if a trailer have to be aired on TV or theaters (publicity), that will affect some licensing. It will not be a drama, but we will have to pay some more. It's not probable that the trailers are aired on TV, and if it happens will be for a good reason
compensating the small adjust of licensing.

Sorry for not being able to answer sooner, it's been a crazy day gathering documents for Bella's petition USCIS, I need to get all ready
by Monday and review it with her lawyer.

All the best,

A.

On Thu, <mark>Oct 5, 2017 at 11:52 AM,</mark> David Shara <davidshara@me.com> wrote:
<mark>i sent 25,000</mark>
I am very low on funds and cannot pay full amount
how much more until I am completely finished?

> On Oct 4, 2017, at 1:30 PM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:
>
> I forgot to let you know that I'm using this email arthurbalderfiles@gmail.com account because the other, artur.balder@gmail.com  one is completely full, cannot share even emails anymore or attach anything.
>
> A.

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

## Technical Stuff Budget // Please visit and review credits of trailer at www.tigransmovie.com

**David Shara** <davidshara@me.com>                                                     Mon, Oct 23, 2017 at 11:18 AM
To: Arthur Balder <arthurbalderfiles@gmail.com>

Let's talk later today...
Thanks for the update and keep up the good work!!!
I have shown the trailer 10 times and people LOVE it...Love it
Let's talk budget, let's talk music, order of scenes/storyline, VFX, film festivals, PR etc

Sent from my iPhone

On Oct 21, 2017, at 2:19 PM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:

Hello David,

attached are the payments by B&H for the technical stuff we were talking about.

I purchased the most powerful MacBook Pro, but instead of 500 GB SSD memory I
chose a 256 SSD, getting it by a lower price.
Because the central hard drives should not be moved for security questions, I added an 8TB external
memory drive to be able to work abroad without risking the central drives.
This I bought with Thunderbolt 3 connection to cope well with the Thunderbolt 3 connectors of the new
laptop.  That adds 374 USD.
Then I added an ACER proxy interface that keeps some rendering processes apart and make things
smoother, that is inexpensive, 205 USD
Then we have some necessary adaptors Thunderbolt 3 to 2 and USB 3.1, total almost 70 dollars
and additional RAM memory I bought a few weeks ago for the proxy interface, total 83 USD

The budget you approved of was 3000 USD (I did not include the taxes of the stuff, my mistake, with taxes
the budget would have been close to 3300 USD)

This is a total for technical stuff of 3758 USD, taxes included (almost 500 over the previos estimation if we
count the taxes, and due basically to the external Thunderbolt 3 8TB drive), and I let it to your criteria if you
can approve of it.
The invoices are attached. Of course all this is at OUR disposition for any future project that might arise.

I'm travelling tomorrow to south Catalonia, where I am from: during this week I got all this platform ready so
that things can go the same way abroad as they are going now.

**Regarding budget:**

If you can send me the technical stuff budget plus the remaining 5k we spoke of before the end of the
month that's enough at present, because I charged the technical stuff to a credit card that will be charged at
the beginning of November.

The composers added a new fragment, but I gave some directions to it. At the same time they requested for
more time -extended deadline- and I granted it, because that's good or the final result of our soundtrack.

I got all payments done according to each contract. VFX Times Square is almost ready, so now during
November we will be polishing VFX Color and the new minor but in my opinion important changes.

Sound mix will not start until December (first we need the original soundtrack finished), but before I will
confirm budget once I'm there and get final prices, &c.

**URGENT**

It is **URGENT** that you on a desktop and visit the trailer 1 and the movie website
because Optimum Diamonds appears in the main credits and I do not know if you approve of its use like
this or not, or if you have any requierements:

GO to the url www.tigransmovie.com,

Credentials access:
user:
tigran
password:
HHsxYjFI15bUrfbAXsYK

This is the film's website. The sections you find on the menu of the right.
The home button is the movie-poster.

Please, this is URGENT because we need to roll out that trailer and open the official website NOW, it's high
time to do so.

Please do it as soon as possible, we have to open website and launch trailer in social media, all is ready.

All the best for you and your family,
Arthur

<BH_697906440.pdf>

<Receipt-Ext-8TB-Thunderbolt3.pdf>

<BH_691411610.pdf>

<BH_697903080.pdf>

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

## Technical Stuff Budget // Please visit and review credits of trailer at www.tigransmovie.com

**David Shara** <davidshara@me.com>                                Mon, Oct 30, 2017 at 9:29 AM
To: Arthur Balder <arthurbalderfiles@gmail.com>

Keep up the good work, I am proud to be involved in this project and I'm very excited to see for the results, let's talk soon and safe travels

Sent from my iPhone
[Quoted text hidden]

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

---

## New movie's script attached //

---

**David Shara** <davidshara@me.com>
To: Arthur Balder <arthurbalderfiles@gmail.com>

Tue, Jan 23, 2018 at 8:53 AM

I am in from 12-530 today

Sent from my iPhone
[Quoted text hidden]

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

---

## Budget situation

**David Shara** <davidshara@me.com>                                    Sun, Feb 11, 2018 at 3:09 PM
To: Arthur Balder <arthurbalderfiles@gmail.com>

Call me tomorrow to discuss...
Please prepare for me a spreadsheet of everything I and you have paid for...
I need very detailed spending for my accountant.
Thank you
DS

Sent from my iPhone

On Feb 9, 2018, at 7:14 PM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:

> Hello David,
>
> I've been so absorbed in the work that I forgot to request a part of the budget in January, and i have things
> pending to pay by the beginning-mid February. It's my fault though because I was focused on
>  the assembling of all parts and final edit and whenever I could I closed on everything and put all my mind to
> work on the script of '16 Hours'.
>
> As you remember we had some things pending. Because you approved of the technical budget -I have the
> laptop I brought abroad to be able to keep on the work,
> and the extra hardrive,- and of the extra final color and editing, for we were far beyond our deadlines and I
> couldn't cope with it- we got still:
>
> -DCP negative, 3k
> -Final edit and color (movie and trailers): 15k
> -Film festivals fees: it depends of how many presentations, but around 2-3k
> -Final Sound Mix, around 25k (there are dozens of stems in the orchestral soundtrack)
> Total missing Production around 45k
>
> This is without counting with whatever costs would arise from adding voice over (studio renting and so on).
>
> I would need to get 25k as soon as possible to make the last payments that are pending, the visa charges for
> the technical budget, etc.
> There is no problem as yet but the pending I cannot stretch it out any longer.
>
> Let me know,
>
> Arthur

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

## Email address

**Arthur Balder** <arthurbalderfiles@gmail.com>                    Mon, Feb 12, 2018 at 10:51 AM
To: David Shara <davidshara@me.com>, David Shara <davidshara@mac.com>

That's no problem at all, because the breakdown is sketched in each invoice I sent. I will get it ready and more detailed by today.
It is true I am a bit upset, but not with you, but with all this Tigran situation, which is un-understandable, and has a repercussion
on the whole. Let's talk later in person.

On Mon, Feb 12, 2018 at 10:26 AM, David Shara <davidshara@me.com> wrote:
Do not be upset, everything is fine. I am very happy with everything you have done and how carefully you have spent the money. You have been wonderful throughout the whole thing and I appreciate everything you have done. My accountant requests details of my payments...
Talk later

Sent from my iPhone

On Feb 12, 2018, at 10:22 AM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:

This is the email conversation that contains our last talking and approval of budget from October 5.
It is after this that I requested additional and technical budget as described before in the other emails, which were also approved of by you, you can see
the emails sent and look after them in your own email account.

On Thu, Oct 5, 2017 at 9:06 PM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:
Thank you David.

Attached is the 20k invoice, and will get the other ready as soon as I can since they are different parts of the budget and I do prefer to get them to you separately,
as just a matter of order.
I need to get a concrete final price for the sound mix we intend to get done in Spain. Here in NY the prices are around 500-700 USD per minute, there we will get 250-350 USD per minute, same quality guaranteed or better, but
once in person in Spain I will be able to negotiate it better, and will let you know.

You don't need to pay anything else for:
music licensing for movie (included AVICI theme), music licensing for trailers, original soundtrack (recording of live strings, from two composers collaborating, Mark Petrie and Andrew Prahlov),
all VFX, including a movie official website that is going to be included at the end of all trailers superimposed on screen: www.tigransmovie.com,
sound editing in assembling process plus all voices ready and dialogs clean for the movie and for all trailers, and all graphics for movie and for all trailers (main credits and final credits animation & implementation).

As you know I added two months of editing and the final side of color grading, of which you approved yesterday for September to mid-October, and will need mid-October to November, 10k you approved of yesterday, will need 15k more.

Then we have the DCP (Digital cinema projection) file, that is produced once we have the master of sound and of image. The budget I have is very good 3k -**unlimited positive copies**, not included the hardrives, of course, since every single DCP is burned
into fast connection hardrive. In other words, the DCPs today are like the positive copies of film of old movies. We just produce one negative, and they can burn the DCP in as many projection hardrives of our choice -positives- as we might need. This is also sensitive in the sense that whoever produces the

DCP is managing the master of the movie, and I do not recommend to let this in the hands of someone I do not know personally and I do trust.

In July I told you we will need 2k to 4k for film festivals fees at a later date, but I would just start thinking of rounding this once film is ready and we can think of it in detail. This budget is for paying fees to the film festivals,
so it depends of how many film festivals, etc.

And beyond that I suggest to wait, because we do not know the consequences of having exposure in FF. In terms of money, no big funds are necessary.

**Missing Production Budget**

So missing is:

-Final Sound Mix, around 25k
-DCP negative, 3k
-Final edit and color (movie and trailers): 15k
-Film festivals fees: it depends of how many presentations, but around 2-3k
Total missing Production around 40k

Once production is done, so the product ready, then looking to the future for me we should focus on film festivals strategy, and act according to what happens there, but here are the estimations
of three central chapters:

**Internet distribution costs**

Then we have internet distribution costs, of which we do not need to worry now, but I gave you an estimation of putting the film on sale in the mayor platforms: Itunes, Amazon and Google Play. Its 3k to 5k, but also
a few permits have to be done for instance to sell the movie, although in English, in certain territories, like Austrlia o New Zealand, or UK, or Germany. Those are good markets, but permissions of their motion picture associations are necessary, mandatory, so that Itunes puts the film on sale for people in those territories. I dont have these numbers now, but they are not a big deal.

**Theaters Distribution, bicoastal, a possibility**

Then theaters: we will see, but a bicoastal theater presence if possible in independent theatres in NY and LA. If we get there some extra costs could pop up, but will be compensated by box office and publicity.
Also if we get bicoastal theater presence we could be considered for many other awards, not only Oscar. But I think this is not foreseeable at this moment, the theater presence. We need to beat in the film festivals, but specially in
a big, influential one. If we beat there we can get good offers for distribution, and then the internet distribution budget and any other theater distribution will no more be on our side.

**Regarding PR**

Regarding PR. I think that is something that should be well planned also once we have a meeting-point with the audience and critic at an important festival, or if several, then organize it around them.
I'm sure having Susan on board this also will be simplified, and much more efficient with less monetary effort. I would also focus this on a big film festival, if we get it, and then in NY, since she lives here and is easier to move her around
in the city -and less expensive.

A note: if a trailer have to be aired on TV or theaters (publicity), that will affect some licensing. It will not be a drama, but we will have to pay some more. It's not probable that the trailers are aired on TV, and if it happens it will be for a good reason
compensating the small adjust of licensing.

Sorry for not being able to answer sooner, it's been a crazy day gathering documents for Bella's petition USCIS, I need to get all ready
by Monday and review it with her lawyer.

All the best,

A.

On Thu, <mark>Oct 5, 2017 at 11:52 AM,</mark> David Shara <davidshara@me.com> wrote:
<mark>i sent 25,000</mark>
I am very low on funds and cannot pay full amount
how much more until I am completely finished?

> On Oct 4, 2017, at 1:30 PM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:
>
> I forgot to let you know that I'm using this email arthurbalderfiles@gmail.com account because the other, artur.balder@gmail.com  one is completely full, cannot share even emails anymore or attach anything.
>
> A.

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

## Technical Stuff Budget // Please visit and review credits of trailer at www.tigransmovie.com

**David Shara** <davidshara@me.com>                                        Mon, Oct 23, 2017 at 11:18 AM
To: Arthur Balder <arthurbalderfiles@gmail.com>

Let's talk later today...
Thanks for the update and keep up the good work!!!
I have shown the trailer 10 times and people LOVE it...Love it
Let's talk budget, let's talk music, order of scenes/storyline, VFX, film festivals, PR etc

Sent from my iPhone

On Oct 21, 2017, at 2:19 PM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:

Hello David,

attached are the payments by B&H for the technical stuff we were talking about.

I purchased the most powerful MacBook Pro, but instead of 500 GB SSD memory I
chose a 256 SSD, getting it by a lower price.
Because the central hard drives should not be moved for security questions, I added an 8TB external
memory drive to be able to work abroad without risking the central drives.
This I bought with Thunderbolt 3 connection to cope well with the Thunderbolt 3 connectors of the new
laptop.  That adds 374 USD.
Then I added an ACER proxy interface that keeps some rendering processes apart and make things
smoother, that is inexpensive, 205 USD
Then we have some necessary adaptors Thunderbolt 3 to 2 and USB 3.1, total almost 70 dollars
and additional RAM memory I bought a few weeks ago for the proxy interface, total 83 USD

The budget you approved of was 3000 USD (I did not include the taxes of the stuff, my mistake, with taxes
the budget would have been close to 3300 USD)

This is a total for technical stuff of 3758 USD, taxes included (almost 500 over the previos estimation if we
count the taxes, and due basically to the external Thunderbolt 3 8TB drive), and I let it to your criteria if you
can approve of it.
The invoices are attached. Of course all this is at OUR disposition for any future project that might arise.

I'm travelling tomorrow to south Catalonia, where I am from: during this week I got all this platform ready so
that things can go the same way abroad as they are going now.

**Regarding budget:**

If you can send me the technical stuff budget plus the remaining 5k we spoke of before the end of the
month that's enough at present, because I charged the technical stuff to a credit card that will be charged at
the beginning of November.

The composers added a new fragment, but I gave some directions to it. At the same time they requested for
more time -extended deadline- and I granted it, because that's good or the final result of our soundtrack.

I got all payments done according to each contract. VFX Times Square is almost ready, so now during
November we will be polishing VFX Color and the new minor but in my opinion important changes.

Sound mix will not start until December (first we need the original soundtrack finished), but before I will
confirm budget once I'm there and get final prices, &c.

**URGENT**

10/02/2024, 14:1... Gmail - Technical Supergument ... 10+12 review t... Filed 02/16/24 ... www.tigransmovie.com Page 20 of 44

Case 1:22-cv-06401-JLR-SN    Document 110-12    Filed 02/16/24    Page 20 of 44

It is **URGENT** that you on a desktop and visit the trailer 1 and the movie website because Optimum Diamonds appears in the main credits and I do not know if you approve of its use like this or not, or if you have any requierements:

GO to the url www.tigransmovie.com,

Credentials access:
user:
tigran
password:
HHsxYjFl15bUrfbAXsYK

This is the film's website. The sections you find on the menu of the right.
The home button is the movie-poster.

Please, this is URGENT because we need to roll out that trailer and open the official website NOW, it's high time to do so.

Please do it as soon as possible, we have to open website and launch trailer in social media, all is ready.

All the best for you and your family,
Arthur

<BH_697906440.pdf>

<Receipt-Ext-8TB-Thunderbolt3.pdf>

<BH_691411610.pdf>

<BH_697903080.pdf>

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

## Technical Stuff Budget // Please visit and review credits of trailer at www.tigransmovie.com

**David Shara** <davidshara@me.com>                                Mon, Oct 30, 2017 at 9:29 AM
To: Arthur Balder <arthurbalderfiles@gmail.com>

Keep up the good work, I am proud to be involved in this project and I'm very excited to see for the results, let's talk soon and safe travels

Sent from my iPhone
[Quoted text hidden]

 Gmail      **MP Production Office <meatpacking.productions@gmail.com>**

## Nominaciones Comision Cine 2019 para filme AMERICAN MIRROR

**David Shara** <davidshara@me.com>              Sun, Jan 6, 2019 at 12:51 AM
To: MP Files <meatpacking.productions@gmail.com>

Congratulations again...
This little films is doing big things.
I'll be in New York Monday to Thursday
Let's get together
David

Sent from my iPhone

On Jan 5, 2019, at 9:55 PM, MP Files <meatpacking.productions@gmail.com> wrote:

Hello David,

Below is forwarded the email from the Film Comission of ACE, Association of Latin Entertainment Critics of New York, Premios ACE.
We have 7 film award nominations for the 2019 awards, to be announced at the end of 2019 or beginning 2020. Nominations are not public, they only annouce officially the winners by the end of the year 2019.
They basically say that
**for the nominations to opt for the Awards the film also has to be publicly screened in NYC before 31th December 2019**, and that's a condition because they are based in NYC (Latin Entertainment Critics of New York).
The reason why the consider the film is because Arthur is of Ibero-American origin (born in Spain).
Arthur says this is perfect timing for us because obviously we will have public screening before end of 2019 in NYC, and because the real value of these awards is the publicity they generate across Latin America, so the best is that it happens once the film is for sale on Itunes, VOD etc, and that will likely be happening by end of 2019.

The 7 categories of nominations for AMERICAN MIRROR are:

Best Documentary
Best Original Idea
Best Direction
Best Original Score
Best Cinematography
Best Sound Design
Best VFX (Visual FX)

They also published the news on their official site regarding Parajanov-Vartanov Award (in Spanish):
https://www.premiosace.org/american-mirror-de-arthur-balder-con-susan-sarandon-gana-el-parajanov-vartanov-institute-award-en-los-angeles/

And regarding Fabrique Du Cinema Award (in Spanish):
https://www.premiosace.org/artur-balder-recibe-en-roma-el-fabrique-du-cinema-international-award-2018-por-su-trabajo-como-realizador-en-american-mirror/

Happy New Year,
Bella

This is the email by Film Comission below (in Spanish):


---------- Forwarded message ---------
From: **Comision Cine ACE** <comisionado_cine@premiosace.org>
Date: Sat, Jan 5, 2019 at 1:43 PM

Subject: Nominaciones Comision Cine 2019 para filme AMERICAN MIRROR
To: <meatpacking.productions@gmail.com>

Distinguidos Sres.,

Después de visionado privado del filme  AMERICAN MIRROR - INTIMATIONS OF IMMORTALITY, dirigida por realizador español Artur Balder,
 la comisión de Cine de la Asociacion de Criticos Latinos de Entretenimiento,
encargada de entregar los Premios de Cine, les informar de que
las nominaciones del filme serán las siguientes para los Premios ACE 2019, 52th Premios ACE, que se anunciaran a finales de 2019
o en enero de 2020.

Nominaciones, categorias:

Mejor Documental
Mejor Idea Original
Mejor Dirección
Mejor Banda Sonora Original
Mejor Cinematografia
Mejor Diseño de Sonido
Mejor Efectos Visuales (VFX)

***IMPORTANTE: El film solo podrá optar a los premios si finalmente tiene estreno publico en el area metropolitana de Nueva York antes del 31 de Diciembre de 2019.***

Sin otro particular,

Premios ACE, Comision de Cine
Association of Latin Entertainment Critics of New York
Founded in 1967
https://www.premiosace.org/

 Gmail

**MP Production Office <meatpacking.productions@gmail.com>**

# AMERICAN MIRROR - INTIMATIONS OF IMMORTALITY // SUBMISSION TO MELBOURNE DOCUMENTARY FILM FEST

**David Shara** <davidshara@me.com>                                                       Sun, Jan 13, 2019 at 9:15 PM
To: MP Files <meatpacking.productions@gmail.com>

I wish!

Sent from my iPhone

On Jan 13, 2019, at 1:41 PM, MP Files <meatpacking.productions@gmail.com> wrote:

> Hello David,
> this is the email send by Susannah Duff, Melbourne Doc Film Festival. They ask about Susan promoting the film on twitter :-)
> Bella
>
> ---------- Forwarded message ---------
> From: <info@mdff.org.au>
> Date: Sat, Jan 12, 2019 at 5:56 PM
> Subject: RE: AMERICAN MIRROR - INTIMATIONS OF IMMORTALITY // SUBMISSION TO MELBOURNE DOCUMENTARY FILM FEST
> To: MP Files <meatpacking.productions@gmail.com>
>
>
> Hi,
>
> We are seriously considering this one. Can Susan Sarandon promote the documentary via Twitter?
>
> Kind regards,
>
> Susannah
> Festival Director



MP Production Office <meatpacking.productions@gmail.com>

---

## 24th Milano Film Festival, Italy // 10th Oaxaca FilmFest Screen Competition, Mexico

**David Shara** <davidshara@me.com>                                    Sat, Feb 16, 2019 at 12:06 PM
To: MP Production Office <meatpacking.productions@gmail.com>
Cc: Honey Shara <Honeyshara@hotmail.com>, David Shara <davidshara@mac.com>

Keep up the great work

Sent from my iPhone

On Feb 15, 2019, at 1:26 PM, MP Production Office <meatpacking.productions@gmail.com> wrote:



Hello Honey and David!

How are you? I hope all is well.
Just wanted to share the good news with you of this week.
AMERICAN MIRROR got invitation to be part of the **24th Milano Film Festival**, Italy!
It is the second biggest film festival of Italy, after Venice Film Festival, so we got our first big one in Europe.
They also pay flight and hotel for the director's attendance. It takes place end September.

And Arthur's script 16 HOURS got selected as **FINALIST for the 10th Oaxaca Filmfest, Mexico**!
The same script has been selected as semifinalist at the Screenwriting competition of Richmond
International Film Festival 2019, where AMERICAN MIRROR participates as Official Selection in April.

**Th Oaxaca FilmFest is considered among the 20th most important screenwriting contests in the
world by Moviemaker Magazine**, and they are in collaboration with Sundance Film Institute since 2015.
They also pay flight and hotel for Arthur. It is in beginning October. We hope Oaxaca Filmfest will also select
AMERICAN MIRROR for the documentaries competition.

https://www.moviemaker.com/archives/festivals/oaxaca-film-festival-mole-mescal-magic-memorable-films/

Also we got invitation for AMERICAN MIRROR to be part of the **Armenian Sydney Film Festival**, in
Sydney, Australia, at the end of August.

I think we will have more good news confirmed
 soon, many submissions still open.

all the best and a big hug, hope we will meet soon!

Bella
A few fotos of Milano Film Festiva past editions, a big event:<milano_20121-620x435.jpg>





  Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

## Funds Situation

**Arthur Balder** <arthurbalderfiles@gmail.com>                    Mon, Nov 25, 2019 at 1:04 PM
To: David Shara <dshara@optimumdiamonds.com>, David Shara <davidshara@mac.com>, David Shara
<davidshara@me.com>

Hello David,

we have to talk about the distribution funds, the pending invoices, very seriously. As I told you before, I have a hole of almost 45k with this project in 2019 on three credit cards. The APR of these credit cards was zero for quite a long time until mid-November. Now I have, as I told you, also financial charges close to 23%. I have to pay them off so that I can apply for new ones with zero APR and I can start over.

I am sure you've been working on this the last weeks, but the situation is very bad on my side right now, and I am not including your mother in this email because simply I don't want to stress her. We've been always able to solve all these operations between ourselves, and the results show they were the right decisions, and we should be able to do it so now and in the future without stressing her.

When nobody knew what would happen with my work, we had no problems to fund the making of the film. When nobody knew how to get the prestige of the festival circuit, you trust me in taking care of it, and here are the results -its a blast, nobody would have got a better result. Now that all is clear and poised to strike distribution, now that the risk is over, we should not have any problems of funding.

Things cannot look better just a few months before Theatrical release in the USA in March, and it cannot be postponed, believe me.

The theatrical release schedule for March-April in NYC and LA is paramount. I've said it many times: things have to be absolutely fixed now, there is no more time. The project is ready for a big win in the USA in all senses, and audiences respond incredibly well.

You need to provide funds asap so that the whole work is not imperiled. It is a considerable investment on your side in terms of money, but it is money and a tremendous amount of work on my side.

With my very best wishes,

Arthur


--
*CONFIDENTIALITY NOTICE

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential, and may be legally privileged. You don't have any permission to disseminate or distribute it, for it is solely intended for you. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, and then please delete it. The information contained within this email is copyrighted

 Gmail

## Funds Situation

**David Shara** <dshara@optimumdiamonds.com>                    Mon, Nov 25, 2019 at 3:21 PM
To: Arthur Balder <arthurbalderfiles@gmail.com>
Cc: David Shara <davidshara@mac.com>, David Shara <davidshara@me.com>

<mark>I will take care of it in the next 10 days.</mark>
Waiting on several payments
But I will resolve it

Sent from my iPhone

On Nov 25, 2019, at 1:04 PM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:

[Quoted text hidden]



## Funds Situation

**David Shara** <dshara@optimumdiamonds.com>                                    Mon, Dec 9, 2019 at 8:25 PM
To: Arthur Balder <arthurbalderfiles@gmail.com>, Honey Shara <honeyshara@hotmail.com>
Cc: David Shara <davidshara@mac.com>, David Shara <davidshara@me.com>

We will continue to fund as it become available
Cheers
Ds

Sent from my iPhone
[Quoted text hidden]

M Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

**Funds Situation**

**Arthur Balder** <arthurbalderfiles@gmail.com>
To: David Shara <dshara@optimumdiamonds.com>, Honey Shara <honeyshara@hotmail.com>, David Shara <davidshara@mac.com>

That's very different from what you wrote two weeks ago (read emails below):

*Mon, Nov 25, 3:21 PM*
*to me, David, David*  ▾

*I will take care of it in the next 10 days.*

*Waiting on several payments*

*But I will resolve*

Please read all the emails of this conversation. <mark>I cannot keep the credit cards debt and its financial charges,</mark>
<mark>and operations of commercialization cannot be postponed.</mark>
Festival circuit is ending (it is not *almost* 50 official selections in 2019, it *is in fact* 50 now),
the theatrical release will happen in March 2020.
<mark>Don't you have any interest in the commercialization of this film?</mark>

AB
[Quoted text hidden]

 Gmail                                                                    Arthur Balder <arthurbalderfiles@gmail.com>

---

## Funds Situation

---

**David Shara** <dshara@optimumdiamonds.com>                                    Tue, Dec 10, 2019 at 2:58 PM
To: Arthur Balder <arthurbalderfiles@gmail.com>
Cc: Honey Shara <honeyshara@hotmail.com>, David Shara <davidshara@mac.com>

What's the current balance?
<mark>What's the projection for length of time until we see profi</mark>t?


Sent from my iPhone


On Dec 10, 2019, at 2:35 PM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:


[Quoted text hidden]

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

---

## Funds Situation

**Arthur Balder** <arthurbalderfiles@gmail.com>                    Tue, Dec 10, 2019 at 5:51 PM
To: David Shara <dshara@optimumdiamonds.com>, arthur@davincifilms.us
Cc: Honey Shara <honeyshara@hotmail.com>, David Shara <davidshara@mac.com>, David Shara <davidshara@me.com>

There was a payment of 8.5K made on 02/20/2019, it comes from 2018 budget, and does
not comes into the 2019 accounting.***

**2019 Accounting**

**INVOICE #19014**
(4k January to April 2019) PAID 16K
**INVOICE #19015**
(travels first months 2019) PAID  7K
**INVOICE #19016**
(Implementing Theatrical release, 1st Installment) PAID 15K
ALL THREE PAID BY CHECK IN MAY 2019 on 05/09/2019 38k

**INVOICE #19020**
(4K monthly fee production office of May)  4K
**INVOICE #19021**
(5k for film festival submissions for 2019)  5K
**INVOICE #19022**
(Implementing Theatrical release, 2nd and last Installment)  15K
**INVOICE #19023**
Close caption, Language Transcription + Automatic
Translation (7 languages) + Subtitling (Embedded process)
+French subtitles (by translator) + Spanish (by translator)          5K
**INVOICE #19024**
(Media partners, campaigning the festival circuit)          5K
**INVOICE #19025**
(travels, attending festivals)          12K
**INVOICE #19026**
(June and July production office fee 4k per month)          8K
**INVOICE #19027**
(MPAA rating Motion Picture Association of America rating submission)  5K
**INVOICE #19033**
(August, Sept, October, November and December production office fee 4K) 20K
**INVOICE #19034**
(Last travels, including Oacaxa, Sarajevo, London, LA, and Jaipur)     12.5 K

TOTAL 91.5

Checks received after May 2019:

On 08/29/2019 received 4K
On 10/21/2019 received 8K
On 11/01/2019 received 5K
On 12/09/2019 received 5K
Total 22K

91.5K - 22K makes 69.5 pending.
**These numbers are total and final.**

What I need NOW is 40K to pay off the credit cards. I truly need it, and I deserve to be paid given the results and my commitment.

The rest should come between January and February 2020, or sooner if you can, of course for me it's better.

-There won't be any Monthly 4K production office fee after these related to 2019. It means: No monthly fees in 2020 previously or during theatrical release (although that is going to take much attention.).
-No more travels save those of the last invoice. If I chose to attend any other festival, I will pay for it if I can.

After the theatrical release in March-April, comes digital distribution, if both parts agree, and I agree of course.
I will take care of establishing the platform, with transparency for both parts to access to sales. According to the contract, all revenue goes to you until investment covered.
**Please, send me also your total investment Accounting result on the film.**
This should happen according to common practices, and as we agreed. That means from that moment on, revenue starts.
Also, no marketing costs are mandatory, you don't have to have extra costs if you don't want, although you may change opinion seeing the possibilities.
I will also take care of submitting the film to Oscars, which also will generate some costs, but will be on my side. Once the theatrical release takes place and the film is submitted,
the film will become an 'Oscar-contender' (one about 200 other documentaries), afterward comes Oscar-shortlist (25 shortlist out od 200), afterwards comes Oscar-nominee (5 films out of the 25 shortlist).
Campaigning will take place during 2020, and that campaigning helps publicity and revenue. If the film makes it into the shortlist the revenue will be way over the 1,000,000, and close to 2,000,000. However,
you never know. I've seen very positive things happening with the audience when they watch it, you never know.

I've said that I see how to get at least 1,000,000 revenue in about the first 12 months or sooner, but nobody is interested in my conclusions it seems, nobody cares about commercialization really when it comes just down to it yet
the path is clear to me. Nobody gave a dime for me taking care of the festival circuit, and thanks to it now there is a PRODUCT, the result has beaten all expectations,
a film that can be sold not only next years but for decades to come. It will only generate profits over the years.

Please understand that 50 film festivals and film events have been demanding much more attention
to get a good management of them than 20 (and 20 was my most optimistic prevision at the beginning of 2019, I thought between 10-20).

And, given the extraordinary results and the negative circumstances created by others (no aid from Tigran to compete/promote screenings on social media, although it's been clear that social media does not play
any role to beat the festival circuit, you just need a great film), the budget performance of 2019 must be considered a total and absolute success.
The fact that people fall in love with the film, and that the elements inside it (actors and painter) are elements of it, just that, is the best that could happen: it means that the film
is liked by what it is, a good film, and that is the best guarantee for its commercial success.

I hope this clarifies the perspective, I don't deserve to be in this situation financially.
If I had left this film in the lurch back in May, all this perspective would not be here, and my work would be in the trash, and your investment, the far biggest part of it, wouldn't have this perspective.

It will be up to you to make marketing decisions in 2020, you are not obliged to anything.

AB

[Quoted text hidden]

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

---

## Funds Situation

---

**David Shara** <dshara@optimumdiamonds.com>                    Tue, Dec 10, 2019 at 7:38 PM
To: Arthur Balder <arthurbalderfiles@gmail.com>
Cc: "arthur@davincifilms.us" <arthur@davincifilms.us>, Honey Shara <honeyshara@hotmail.com>, David Shara
<davidshara@mac.com>, David Shara <davidshara@me.com>

Give me a couple days and we will send a nice chunk...
Good news and continued good luck

Sent from my iPhone

> On Dec 10, 2019, at 5:52 PM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:

[Quoted text hidden]

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

---

## Funds Situation

**Arthur Balder** <arthurbalderfiles@gmail.com>                    Tue, Dec 17, 2019 at 12:35 PM
To: David Shara <dshara@optimumdiamonds.com>
Cc: Honey Shara <honeyshara@hotmail.com>, David Shara <davidshara@mac.com>, David Shara <davidshara@me.com>

How is it possible that, knowing you perfectly the situation that you have created by letting me execute 80% of the 2019 budget almost fully (and extremely successfully) since May, and knowing all we've been through on my side, and knowing (as this email thread shows clearly) the details of my financial situation caused by this project, how is it possible you acknowledged three weeks ago in beginning solving it and then you disappeared, and then we confirm details, and you said "in a couple of days" it will be solved, and then again is a week after that (not a couple of days) and we are not in a better but in a worse situation?

How is it possible you just don't care about these things? I am absolutely perplexed and upset. That is for me the most important of all:

How is it possible you just don't care about the enormous effort I am doing to amend this very wrong situation with goodwill,

that's what you should ask yourself.

[Quoted text hidden]

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

---

## Funds Situation

**David Shara** <dshara@optimumdiamonds.com>                                Fri, Jan 10, 2020 at 9:41 PM
To: Arthur Balder <arthurbalderfiles@gmail.com>
Cc: David Shara <davidshara@mac.com>, David Shara <davidshara@me.com>, Honey Shara <honeyshara@hotmail.com>

We will be able to send more money next week...

Sent from my iPhone

> On Jan 10, 2020, at 7:37 PM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:

[Quoted text hidden]
<Turkey_mirror ii_, auction sale for tigran tsitoghdzyan (19972413).pdf>

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

## Funds Situation

**Arthur Balder** <arthurbalderfiles@gmail.com>                                    Sat, Jan 11, 2020 at 1:10 PM
To: David Shara <dshara@optimumdiamonds.com>
Cc: David Shara <davidshara@mac.com>, David Shara <davidshara@me.com>, Honey Shara <honeyshara@hotmail.com>

Tried to call you. It would have been easier to explain this situation in a conversation:
Biggest distributor for Arabic World-Mddle East interested in film (Israel market excluded). When I say 'biggest' is because it is the biggest,
not only distributor but also producer of cutting edge films for the Arabic world based in Cairo (all biggest Arabic world industry players are based in Cairo).
But ALL it's getting absolutely messy because simply I cannot go ahead with plan of theatrical release USA as planned with this accounting hole.
Complex and disastrous to delay the USA theatrical release (for a second time, first was planned to end 2019), precisely when all factors on the film's side
as a business (successful festival circuit and first film reviews just before USA theatrical release >> minimum theatrical release boosts film reviews by local media (NYT, LA Times) >> and THAT is the moment to establish global distribution with best partners
from Cannes' marche Du Film 2020 in May.

Note: I attended Carthage Film Festival in Tunisia, and it's film market-place, Carthage Pro. Consequence: I got the biggest distributor of that market, the Arabic world,
for the film. Very simple to see it coming: if I attend Canes Marche Du Film in May 2020 after an orderly executed plan -- as I have laid out carefully--
I will get same distribution results for the rest of the world
--excluding USA.
USA -domestic market digitally, most profitable of all - should be under OUR direct control for at least 1 year to ensure WE take advantage of it directly without intermediaries.

Breaking this moment is bad for everybody -- but particularly for me -- and it is irreplaceable.
**On the hither side:** I need the budget of 2019 paid in full to execute on time and to also get rid of the debt my company has run into
to get the fantastic result nobody expected and nobody helped to get.
**On the thither side:** breaking this moment only means loss, business disadvantage. We are at a decisive moment when **for real** the accounting mess brings real business disadvantages.

A.

[Quoted text hidden]

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

---

## Funds Situation

**David Shara** <dshara@optimumdiamonds.com>                                     Sun, Jan 12, 2020 at 2:22 PM
To: Arthur Balder <arthurbalderfiles@gmail.com>
Cc: David Shara <davidshara@mac.com>, David Shara <davidshara@me.com>, Honey Shara <honeyshara@hotmail.com>

I'll be back late tonight, <mark>let's discuss money and distribution tomorrow</mark>
Call me in the morning
Dave

Sent from my iPhone

On Jan 10, 2020, at 7:37 PM, Arthur Balder <arthurbalderfiles@gmail.com> wrote:

[Quoted text hidden]
[Quoted text hidden]

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

## Funds Situation

**Arthur Balder** <arthurbalderfiles@gmail.com>                                                    Mon, Jan 13, 2020 at 1:21 PM
To: David Shara <dshara@optimumdiamonds.com>
Cc: David Shara <davidshara@mac.com>, David Shara <davidshara@me.com>, Honey Shara <honeyshara@hotmail.com>

I understand all the reasons you adduced in the conversation, but I wish to add a couple of important lines to the conversation:
 the simple math behind the actual scenario is that the limited, small but highly effective theatrical release should take place as planned in April 2020, because it is the 'best moment' and irreplaceble, and it is impossible to push it back without losing big.
Because the film comes out fresh from festival circuit,
and in May 2020 Marche Du Film Cannes takes place, best place to fix distribution deals just a few weeks later.
That being said, the math is as follows:
with more than 40K in debt in credit cards, I cannot face this last wave. It is not a caprice, it is not an arbitrary decision on my side, it is the math.
Just wanted to clarify all with those simple lines. It is mid-January, I need to fix the theatrical release for April. But at least I need to free my debt so that
I can do it by getting back the credit after paying as much as possible of that debt. This also has an influence on my month-by-month domestic economy.

This is not a recalcitrant act of insisting, it's just that I feel it better explained all this way.

Regarding the interested Arabic World distributor: it is necessary to negotiate well the situation. I'd like to get the best possible deal, and
last decision has to be made joint. So I will keep you updated on steps, and we will talk again once I get what I think is the best of the situation. It is in an early stage.
**The problem here is that they assume that our theatrical release in the USA will take place in April, because they are thinking of a limited theatrical release in Egypt.** So it it difficult with the situation.

The Arabic World distributor interested is MAD Solutions, one of the biggest players in those markets (Arabic):
THR:
https://www.hollywoodreporter.com/news/cannes-arab-banner-mad-solutions-unveils-private-investment-initiative-1111122
THR
https://www.hollywoodreporter.com/news/how-arab-cinema-center-elevates-local-filmmakers-globally-1005449

Their company's website:
http://mad.film/

Best regards,

AB
[Quoted text hidden]

 Gmail

# Funds Situation

**Arthur Balder** <arthurbalderfiles@gmail.com>                    Thu, Jan 30, 2020 at 6:55 PM
To: David Shara <dshara@optimumdiamonds.com>
Cc: David Shara <davidshara@mac.com>, David Shara <davidshara@me.com>, Honey Shara <honeyshara@hotmail.com>

Hi David,

the negotiation with MAD Solutions is almost ready, i.e. getting the best deal possible,
and if they agree on some terms I insist upon, then the Middle East market will be ready. But here is a big *but*: their release is subject to start
after the USA release. It's the condition on which all this works. You need to understand this: that distribution relies on a 'general strategy',
so the date for the theatrical release here in the USA cannot change from April, at the latest, and it should be March,
so that the other distribution starts at the same time or immediately afterwards.
So: although all terms seem to be ready for contract signing with MAD Solutions (after they agree on some terms and you see the contract),
in fact, we won't be able to sign it because of the aforementioned major roadblock.
Now: I cannot secure the theatrical release in April, &c. without the pending 2019 budget paid.

We are on the verge of getting into a big problem. And that 's why I have to ask you what is the situation?? It's the beginning of February,
there is no more time. April is a date not to be missed for the USA theatrical release,
and its being missed will cause enormous damage to the business.

Arthur

[Quoted text hidden]

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

## New York Times Interview Request //

**Arthur Balder** <arthur@davincifilms.us>                                        Mon, Feb 17, 2020 at 7:03 PM
To: David Shara <dshara@optimumdiamonds.com>
Cc: Honey Shara <honeyshara@hotmail.com>, David Shara <davidshara@mac.com>, David Shara <davidshara@me.com>, Arthur Balder <arthurbalderfiles@gmail.com>

The NYT published a film review about Susan Sarandon's son's 'film', describing it as "such a pale, sickly thing you'd be forgiven for thinking you had imagined it." The film did not make into more than a couple of small festivals, but was mysteriously pushed into a limited theatrical release:
https://www.nytimes.com/2020/01/16/movies/vhyes-review.html

As a consequence, Sarandon slammed the NYT and the writer, a woman (well-seasoned film critic Jeannette Catsoulis):
https://www.hollywoodreporter.com/rambling-reporter/susan-sarandon-slams-new-york-times-review-sons-film-1278713

But what concerns me is that I have received a petition for an interview with the NYT regarding my last film, AMERICAN MIRROR: INTIMATIONS OF IMMORTALITY, which I have postponed to the theatrical release in NY and LA, April 2019.

The 50+ film festival official selections (only in 2019) and 26+ wins do not pass unnoticed, neither the contrasting, rare fact that Sarandon, who is always in search of 'opinion publicity' as an act of privilege (in this last case slamming a NYT film critic to 'acquit' her son's little sin), has kept an absolute silence since the beginning about a film (AMERICAN MIRROR) that has earned such critical acclaim oversees causing good expectation here. "What is happening?", they are asking, these star-slammed, razor-sharp witted journalists, who proudly unfurl the banner of the strongest rejection of the asphyxiantly high, unbreathable levels of hypocrisy choking the film industry by undercover privilege --- and thus they are eager to watch it (my film, not Sarandon's son's film), and then to hold a long conversation on cinema and what surrounds its making with a real filmmaker.

And this is happening just when I am receiving letters signed by actors that have won two Academy-awards (sorry but I cannot share the names as much that they swell my heart with pride), congratulating my last scripts, and providing these gild-edged recommendation letters to Da Vinci Films in the hope that this letters may help convince the many investors that are interested in my next work.

==Contrastingly, April theatrical release of AMERICAN MIRROR is about to be thwarted by the fact that the budget of 2019 is pending, and we know the rest of the tale after you wrote in May 2019 'I don't care about losing 300 K'. Yes, you wrote it, and after that no invoices were paid -- for very many months, leaving a budget hole lagging into 2020, submitting my business, my family and our life to great, undeserved distress.==

Please take my words *friendly*, because all I want is a successful distribution implementation, but you are helping to achieve the contrary. I very much wish all this to end at peace without further drama.

Arthur



Arthur Balder <arthurbalderfiles@gmail.com>

---

## New York Times Interview Request //

**David Shara** <dshara@optimumdiamonds.com>                                  Mon, Feb 17, 2020 at 9:15 PM
To: Arthur Balder <arthur@davincifilms.us>
Cc: Honey Shara <honeyshara@hotmail.com>, David Shara <davidshara@mac.com>, David Shara <davidshara@me.com>, Arthur Balder <arthurbalderfiles@gmail.com>

Understand...waiting for more money to come in next 10 days...be in touch
Let's discuss Netflix connection on Wednesday
David

Sent from my iPhone

On Feb 17, 2020, at 7:03 PM, Arthur Balder <arthur@davincifilms.us> wrote:

[Quoted text hidden]

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

## New York Times Interview Request //

**Arthur Balder** <arthur@davincifilms.us>                                      Wed, Feb 19, 2020 at 12:58 PM
To: David Shara <dshara@optimumdiamonds.com>
Cc: Honey Shara <honeyshara@hotmail.com>, David Shara <davidshara@mac.com>, David Shara <davidshara@me.com>

I am sorry to tell you that this is not going well. Bella and I are going to be out of the country from today until April 1
because of a new project, which means that
PLEASE DO NOT MAIL ANY CHECKS, because that won't be able to cash them. Please, send wire transfer
only. All bank account info for wires appears at the bottom of each invoice sent.

On the other hand, Netflix, as far as I know, only works on the condition of 'total distribution exclusivity' worldwide.
So, what to do with Mad Solutions (Middle East distributor, which also controls theatres)...?
I do prefer a deal with Netflix, but I don't want to lose the deal with MAD if in the end there is no Netflix offer.
**Let me know things as soon as possible so that all this can be coordinated**.

Thank you,

Arthur

[Quoted text hidden]

 Gmail

Arthur Balder <arthurbalderfiles@gmail.com>

## New York Times Interview Request //

**David Shara** <dshara@optimumdiamonds.com>                Tue, Feb 25, 2020 at 12:47 PM
To: Arthur Balder <arthur@davincifilms.us>

I am selling my house in Hamptons because business is so slow from corona virus/clients not paying and returning diamonds/every excuse in the world. But I want you to know <mark>I'm going to take care of my obligation to you and the movie.</mark>

Sent from my iPhone

> On Feb 17, 2020, at 9:15 PM, David Shara <dshara@optimumdiamonds.com> wrote:
>
> Understand...waiting for more money to come in next 10 days...be in touch
>
> [Quoted text hidden]