UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR BALDER,<br><br>                              Plaintiff,<br><br>-against-<br><br>SUSAN SARANDON et al.,<br><br>                              Defendants. | Case No. 1:22-cv-06401 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

In light of the parties' ongoing settlement discussions, the time to file responses to the objections to the Report and Recommendation (ECF No. 86) is STAYED until further order of the Court. The Clerk of Court is respectfully directed to STAY this case.

Dated: February 29, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge

1