UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ARTHUR BALDER,

                                              Plaintiff,

               -against-

SUSAN SARANDON, et al.,

                                             Defendants.

-------------------------------------------------------------X

22-CV-06401 (JLR)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/2024

**SARAH NETBURN, United States Magistrate Judge:**

       A settlement conference was held on February 28 and 29, 2024. The parties reached an agreement, and the Court memorialized the terms on the record. The transcript memorializing the terms shall be filed under seal. The parties are reminded that, pursuant to the terms of the settlement, the transcript is confidential and shall not be shared with any non-party, except NYLAG counsel assisting the Plaintiff.

**SO ORDERED.**

                                                                     _____
                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:      March 19, 2024
                  New York, New York