**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 3/27/2024  _
```

ARTHUR BALDER,

                                        Plaintiff,                    **22-CV-06401 (JLR)(SN)**

                    -against-                                         **ORDER**

SUSAN SARANDON, et al.,

                                        Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        A conference is scheduled for April 1, 2024, at 2:30 p.m. to discuss settlement execution.

At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757

and enter Access Code 7938632, followed by the pound (#) key. If the parties have resolved their

issues, they may notify the Court and request that the conference be adjourned.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        March 27, 2024
              New York, New York