

April 26, 2024

Honorable Jennnifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Balder v. Sarandon et al., 22-cv-6401-JLR-SN

Dear Judge Rochon,

New York Legal Assistance Group represents plaintiff Arthur Balder for settlement purposes. I write with the consent of counsel for defendants, to request a 30-day extension from April 29, 2024 (ECF 121) until May 29, 2024, to reopen the case. This is the plaintiff's first request for this action.

Since the parties reached a settlement at the settlement conference before Judge Netburn, we have been drafting the settlement documents. Included is a separate contract agreement between two of the parties involving detailed terms which are not finalized. Since the agreements cannot be consummated by April 29, 2024, and additional time is needed to prepare the documents, we respectfully request an extension to reopen the case until May 18, 2024.

Respectfully submitted,

*Susanne Keane*

Susanne Toes Keane

The requested extension of time to reopen this case until May 18, 2024, is GRANTED.

Dated: April 26, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

7 Hanover Square, New York, NY 10004   t:212.613.5000   f:212.750.0820   nylag.org