```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARTHUR BALDER,

                                        Plaintiff,

              -against-

SUSAN SARANDON, et al.,

                                        Defendants.

-----------------------------------------------------------------X

22-CV-06401 (JLR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       A conference is scheduled for May 2, 2024, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The purpose of the conference is to discuss settlement execution. Plaintiff, Plaintiff's counsel, and defense counsel shall appear in-person. If any individual Defendants are unable to appear in-person, they must be available by phone. If the parties resolve their issues before the conference, they may notify the Court and request that the conference be adjourned.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      April 29, 2024
               New York, New York