```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ARTHUR BALDER,

                        Plaintiff,

      -against-

SUSAN SARANDON, et al.,

                      Defendants.

------------------------------------------------------------X

22-CV-06401 (JLR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for June 7, 2024, at 12:30 p.m. to discuss settlement execution. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 4, 2024
              New York, New York