UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARTHUR BALDER,

                Plaintiff,

    -against-

SUSAN SARANDON, et al.,

                Defendants.

-----------------------------------------------------------------X

22-CV-06401 (JLR)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2024

**SARAH NETBURN, United States Magistrate Judge:**

    The June 7, 2024 conference is RESCHEDULED to June 10, 2024, at 11:00 a.m. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 5, 2024
                  New York, New York