Sarah M. Matz
Partner
sarah@adelmanmatz.com
p: (646) 650-2207

June 10, 2024

**VIA ECF**
Hon. Magistrate Judge Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square, Room 430,
New York, NY 10007

    Re:    *Arthur Balder v. Susan Sarandon, et al,* Case No.: 1:22-cv-06401-JLR-SN

Hon. Judge Netburn:

    We represent Defendants Susan Sarandon ("Sarandon"), Honey Shara ("Honey Shara"), David Shara ("David Shara") and Tigran Tsitoghdzyan ("Tigran") (collectively, "Defendants") in this action. We are writing regarding Your Honor's Order dated June 7, 2024, "granting the Letter Motion to Adjourn the [Settlement] Conference ("Conference")" and ordering Defendants to "file a letter proposing other times that work for all parties" [Dkt. No. 137].

    Defendants propose the following time windows for the Conference and confirm that the undersigned and all Defendants except Ms. Honey Shara will be available during these time windows. Ms. Honey Shara has a pre-planned and scheduled trip out of the country on June 15, 2024, and will not be available for two weeks after June 15, 2024. However, Mr. David Shara has authority to speak for her with respect to this action:

- June 17, 2024, any time between 12:30 PM and 3:00 PM ET. However, the undersigned has a pre-scheduled arbitration conference in another matter at 3:30 PM on the same day, and respectfully requests that your Honor consider this factor in scheduling the Conference.
- June 18, 2024, any time between 1:00 PM and 4:00 PM ET.

    The Plaintiff, Arthur Balder ("Balder") has also confirmed his availability during the aforementioned times windows.

    We greatly appreciate your Honor's time and consideration in this matter, and should the Court need any further information we are available at the Court's convenience.

    Respectfully Submitted,

    ADELMAN MATZ P.C.

**Adelman Matz P.C.**
Phone: (646) 650-2207 • Fax: (646) 650-2108
Mailing:
1159 Second Avenue, Suite 153
New York, New York 10065
Office:
800 Third Avenue, Suite 2502
New York, New York 10017

Sarah M. Matz Esq.

Cc.     Arthur Balder (via e-mail at arthurbalderfiles@gmail.com)