```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARTHUR BALDER,

                            Plaintiff,

        -against-

SUSAN SARANDON, et al.,

                          Defendants.

-----------------------------------------------------------------X

22-CV-06401 (JLR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties have been unable to execute a final written settlement agreement. By July 25, 2024, the parties shall file any responses to objections to the Court's December 18, 2023 Report and Recommendation. Additionally, if either party intends to file a motion to enforce the settlement agreement, any such motion shall also be filed by July 25, 2024.

      The Clerk of Court is respectfully directed to reopen this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 25, 2024
               New York, New York