UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ARTHUR BALDER,

                            Plaintiff,

      -against-

SUSAN SARANDON, et al.,

                          Defendants.
------------------------------------------------------------X

22-CV-06401 (JLR)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/2024

**SARAH NETBURN, United States Magistrate Judge:**

    Any motion to enforce the settlement agreement shall be filed by August 9, 2024. Opposition shall be filed by August 23, 2024. Replies, if any, shall be filed by August 30, 2024. In filing their briefs, the parties may file under seal any confidential settlement terms, but the Court may later require public disclosure if those terms inform the Court's decision on the motion to enforce the settlement agreement. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). The parties may file redacted versions of their briefs and exhibits publicly and unredacted versions under seal.

    The Court STAYS the deadline for the parties to respond to objections to the Court's December 18, 2023 Report and Recommendation pending decision on the parties' forthcoming motions to enforce the settlement agreement.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 147.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:    August 1, 2024
               New York, New York