UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARTHUR BALDER,

                Plaintiff,

           v.

SUSAN SARANDON, DAVID SHARA, HONEY
SHARA, and TIGRAN TSITOGHDZYAN,

                Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-06401-JLR-SN

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE
PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the plaintiff ARTHUR BALDER ("Plaintiff") on the one hand, and defendants SUSAN SARANDON, DAVID SHARA, HONEY SHARA, and TIGRAN TSITOGHDZYAN (collectively, "Defendants") on the other hand, by and their respective counsel that based upon the settlement agreement reached among the parties hereto, all of the claims in the above-captioned action are hereby dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and that each party shall bear their own costs, expenses and attorneys' fees.

Dated: August 16, 2024
Hoboken, New Jersey

By:_____
Arthur Balder
300 Observer Hwy, Suite E32
Hoboken, NJ 07030
Tel: (424) 428-9710
Email: 1@davincifilms.us
*Pro se Plaintiff*

Dated: August 16, 2024
New York, New York

By:_____
Sarah M. Matz
Barry M. Golden
ADELMAN MATZ P.C.
1159 Second Avenue, Suite 153
New York, NY 10065
Telephone: (646) 650-2207
Email: sarah@adelmanmatz.com
Email: bgolden@adelmanmatz.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARTHUR BALDER,

                         Plaintiff,

          v.

SUSAN SARANDON, DAVID SHARA, HONEY
SHARA, and TIGRAN TSITOGHDZYAN,

                        Defendants.
-----------------------------------------------------------X

Case No.: 1:22-cv-06401-JLR-SN

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE
PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the plaintiff ARTHUR BALDER ("Plaintiff") on the one hand, and defendants SUSAN SARANDON, DAVID SHARA, HONEY SHARA, and TIGRAN TSITOGHDZYAN (collectively, "Defendants") on the other hand, by and their respective counsel that based upon the settlement agreement reached among the parties hereto, all of the claims in the above-captioned action are hereby dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and that each party shall bear their own costs, expenses and attorneys' fees.

Dated: August 16, 2024
         Hoboken, New Jersey

By:_____
Arthur Balder
300 Observer Hwy, Suite E32
Hoboken, NJ 07030
Tel: (424) 428-9710
Email: 1@davincifilms.us
*Pro Se Plaintiff*

Dated: August 16, 2024
         New York, New York

By:_____
Sarah M. Matz
Barry M. Golden
ADELMAN MATZ P.C.
1159 Second Avenue, Suite 153
New York, NY 10065
Telephone: (646) 650-2207
Email: sarah@adelmanmatz.com
Email: bgolden@adelmanmatz.com
*Attorneys for Defendants*